AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ~~Massachusetts~~

KELLY LABRANCHE URELLA

**SUMMONS IN A CIVIL ACTION**

V.

VERIZON EMPLOYEE BENEFITS COMMITTEE
CHAIRPERSON OF THE VERIZON EMPLOYEE
BENEFITS COMMITTEE, VERIZON
CLAIMS REVIEW COMMITTEE, AETNA
LIFE INSURANCE CO. AND
METROPOLITAN LIFE INSURANCE
COMPANY

CASE NUMBER:

## 05 - 40064 FDS

TO: (Name and address of Defendant)    Aetna Life Insurance Co.
151 Farmington Ave, Hartford CT

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John K McGuire, Jr. McGuire & McGuire
45 Linden St. Worcester Ma 01608

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

4-15-05

CLERK    Sherry Jones

(By) DEPUTY CLERK                    DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | MAY 17, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| MICHAEL P. PANE | CT STATE MARSHAL - HARTFORD COUNTY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): IN HAND, THOMAS C. STROHMENGER, AETNA VICE - PRESIDENT, COUNSEL & CHIEF COMPLIANCE OFFICER LAW AND REGULATORY AFFAIRS

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| # 14.50 | # 39.20 | $0.00 #53.70 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MAY 17, 2005
　　　　　　　　Date

*Signature of Server*

230 ANNES COURT
ROCKY HILL, CT 06067-1002
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.