UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (Worcester)

| | |
|---|---|
| KELLY LABRANCHE URELLA,<br><br>        Plaintiff,<br>v.<br><br>VERIZON EMPLOYEE BENEFITS COMMITTEE, CHAIRPERSON OF THE VERIZON EMPLOYEE BENEFITS COMMITTEE, VERIZON CLAIMS REVIEW COMMITTEE, AETNA LIFE INSURANCE CO., AND METROPOLITAN LIFE INSURANCE COMPANY,<br><br>        Defendants. | Civil Action No. 05-40064-FDS |

**NOTICE OF APPEARANCE OF COUNSEL FOR
DEFENDANT AETNA LIFE INSURANCE COMPANY**

    TO THE CLERK: Kindly enter our appearance in the above-captioned matter as counsel on behalf of defendant Aetna Life Insurance Company.

    Respectfully submitted,

**AETNA LIFE INSURANCE COMPANY**

By its attorneys,

_____
Stephen D. Rosenberg,  BBO # 558415


/s/ *Eric L. Brodie*_____
Eric L. Brodie, BBO #639833

**McCormack & Epstein**
One International Place
Seventh Floor
Boston, MA    02110
Ph:    617/951-2929
Fax:   617/951-2672

**Dated:**    27 May 2005

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT AETNA LIFE INSURANCE COMPANY has been served upon all counsel of record by depositing a copy hereof in the U.S. Mail, postage prepaid, addressed to:

John K. McGuire, Jr.
McGuire & McGuire
45 Linden St.
Worcester, MA  01608

      **DATED** this __27th__ day of __May__, 2005.

      /s/ *Eric L. Brodie*
      Eric L. Brodie
      **McCormack & Epstein**
      One International Place
      Seventh Floor
      Boston, MA    02110
      Ph:   617/951-2929
      Fax:  617/951-2672

73996.1