UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (Worcester)

| | |
|---|---|
| KELLY LABRANCHE URELLA,<br><br>　　　　　Plaintiff,<br>v.<br><br>VERIZON EMPLOYEE BENEFITS COMMITTEE, CHAIRPERSON OF THE VERIZON EMPLOYEE BENEFITS COMMITTEE, VERIZON CLAIMS REVIEW COMMITTEE, AETNA LIFE INSURANCE CO., AND METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　Defendants. | Civil Action No. 05-40064-FDS |

## STIPULATION REGARDING ADDITIONAL TIME FOR DEFENDANT AETNA LIFE INSURANCE CO. TO ANSWER OR OTHERWISE PLEAD

By agreement of the parties listed below, it is hereby stipulated that Defendant Aetna Life Insurance Company ("Aetna") shall have an additional two weeks in which to answer or otherwise plead, thus causing Aetna's answer or other responsive pleading to be due on or before June 20, 2005.

Stipulated and agreed to by counsel for
Plaintiff Kelly Labranche Urella:

/s/ John K, McGuire, Jr. (by ELB)
John K. McGuire, Jr. (BBO#335020)
**McGuire & McGuire**
45 Linden St.
Worcester, MA  01608
Ph:　　508/754-3291
Fax:　　508/798-9415

Stipulated and agreed to by counsel for
Defendant Aetna Life Insurance Company:

/s/ *Eric L. Brodie*
Eric L. Brodie, BBO #639833
**McCormack & Epstein**
One International Place, Seventh Floor
Boston, MA　　02110
Ph:　　617/951-2929
Fax:　　617/951-2672

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing STIPULATION REGARDING ADDITIONAL TIME FOR DEFENDANT AETNA LIFE INSURANCE CO. TO ANSWER OR OTHERWISE PLEAD has been served upon all counsel of record by depositing a copy hereof in the U.S. Mail, postage prepaid, addressed to:

John K. McGuire, Jr.
McGuire & McGuire
45 Linden St.
Worcester, MA  01608

      **DATED** this   27th   day of   May  , 2005.

      /s/ *Eric L. Brodie*
      Eric L. Brodie
      **McCormack & Epstein**
      One International Place
      Seventh Floor
      Boston, MA    02110
      Ph:    617/951-2929
      Fax:    617/951-2672

73997.1