AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Kelly Labranche Unella

V.

Verizon Employee Benefits Committee,
Chairperson Of The Verizon Employee
Benefits Committee, Verizon
Claims Review Committee, Aetna
Life Insurance Co. And Metropolitan
Life Insurance Company

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**05-40064 FDS**

TO: (Name and address of Defendant)   Metropolitan Life Insurance Co.
2025 Leestown Road Suite A2 Lexington KY  40507

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John K. McGuire, Jr., McGuire & McGuire
45 Linden Street Worcester, MA 01609

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

_Sherry Jones_
(By) DEPUTY CLERK

DATE   4-15-05

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Lowell Jacobs
   MetLife
   1 Madison Avenue
   New York, NY 10010

2. Article (Trans:

PS Form

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Gracia                        6/30/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

595-02-M-1540