AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _Mass_

KELLY LABRANCHE URELLA

**SUMMONS IN A CIVIL ACTION**

V.

VERIZON EMPLOYEE BENEFITS COMMITTEE,
CHAIRPERSON OF THE VERIZON EMPLOYEE
BENEFITS COMMITTEE, VERIZON CLAIMS CASE NUMBER:
REVIEW COMMITTEE, AETNA LIFE
INSURANCE CO. AND METROPOLITAN **05-40064 FDS**
LIFE INSURANCE COMPANY

TO: (Name and address of Defendant)  _Chairperson of the Verizon Employee Benefits Committee_, 100 Half Day Road, Lincolnshire, IL

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John K. McGuire, Jr. McGuire & McGuire
45 Linden St. Worcester MA 01609

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                     4-15-05

CLERK

(By) DEPUTY CLERK                                     DATE

## AFFIDAVIT OF SERVICE

CASE NUMBER: 0540064      DOCKET NUMBER: 05F1009649  DEPUTY: _283_
TITLE: URELLA VS VERIZON EMPLOYEE BENEFITS COMMITTEE
CASE DATE: 04/15/05        EXPIRES: 06/12/05      TIME: 14:50
DEFENDANT:
NAME:   VERIZON EMPLOY BENEFITS COMMI      T TEE    ADDRESS: 100    HALF DAY RD

                                              LINCOLNSHIRE
EMPLOYER:          % CHAIRPERSON OF VERIZON
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
SERVICE INFORMATION: I CERTIFY THAT I SERVED THIS SUMMONS AND COMPLAINT ON THE DEFENDANT AS FOLLOWS:
DATE SERVED: __5 - 25 - 05__         TIME SERVED: __11__ : __02__  AM/PM

_____  PERSONAL SERVICE

_____  SUBSTITUTED SERVICE:  BY LEAVING A COPY AT THE DEFENDANTS USUAL PLACE OF
       ABODE, WITH SOME PERSON OF THE FAMILY OR A PERSON RESIDING THERE, OF THE
       AGE OF 13 YRS. OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS OF
       THE SUMMONS AND COMPLAINT. I, OR SOME OTHER AUTHORIZED PERSON, SENT A
       COPY OF THE SUMMONS IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID,
       ADDRESSED TO THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE.

NAME: _____      RELATION: _____
_X_  SERVICE ON: CORPORATION _X_ COMPANY ___ BUSINESS ___ PARTNERSHIP ___
     LEFT A COPY OF THE SUMMONS AND COMPLAINT WITH A REGISTERED AGENT ____,
     AUTHORIZED PERSON ___, PARTNER ____, OR OTHER _____.

NAME: Brodie Secrest
ADDRESS SERVED (IF DIFFERENT THAN ABOVE):


STREET: _____      CITY-STATE-ZIP: _____

PERSONAL INFORMATION:   SEX: M   RACE: W   AGE: 45   EYES:
HAIR:      HEIGHT:    WEIGHT:    EMPLOYER: % CHAIRPERSON OF VERIZON
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
NOT SERVED:      DATE ____/____/____

_____  02  RETURNED NOT FOUND MOVED  _____  07  RNF NEVER HOME

_____  03  RNF NOT AT GIVEN ADDRESS  _____  08  RNF DEFENDANT DECEASED

_____  04  RNF NO LONGER EMPLOYED    _____  09  RNF OTHER

_____  05  RNF REFUSED TO OPEN DOOR  _____  10  ACTION SCHEDULED

_____  06  RNF COURT DATE RAN OUT    _____  __  OTHER
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ATTEMPTS:
1)  DATE: _____    TIME: _____    NOTES: _____

2)  DATE: _____    TIME: _____    NOTES: _____

3)  DATE: _____    TIME: _____    NOTES: _____

4)  DATE: _____    TIME: _____    NOTES: _____
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
COMMENTS:

                                        GARY DEL RE
                                        SHERIFF OF LAKE COUNTY

                                        BY DEPUTY: _____

- - - - - - - - - - - - - - - - - - - - - - - -
NOTARY PUBLIC, LAKE COUNTY, ILLINOIS
MY COMMISSION EXPIRES:

GARY DEL RE

```
                        LAKE COUNTY SHERIFF
                           25 S. UTICA ST.
                        WAUKEGAN, IL  60085
                        PHONE: (847) 377-4400
```

DOCKET NUMBER    CASE NUMBER    ----------------- TITLE/DESC  -------------------
  05F1009649     0540064        URELLA VS VERIZON EMPLOYEE BENEFITS COMMITTEE

RECEIPT #: 05051304201S              DATE PAID: 05/13/05              TIME PAID: 14:49

AMOUNT PAID:       $68.10              PAYMENT TYPE: CK           RECEIVED BY: JMR

FEE DESC: MULTIPLE SERVICE  SAME               ACCOUNT/CHECK NUMBER: 10880

                                  THANK YOU

--------------------------------------------------------------
                              OFFICIAL RECEIPT
                    THIS IS YOUR RECEIPT FOR THE ABOVE ITEMS
              ALL CLAIMS OR ADJUSTMENTS MUST BE MADE WITHIN 10 DAYS