AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

KELLY LABRANCHE URELLA

V.

VERIZON EMPLOYEE BENEFITS COMMITTEE,
CHAIRPERSON OF THE VERIZON EMPLOYEE
BENEFITS COMMITTEE, VERIZON
CLAIMS REVIEW COMMITTEE,
AETNA LIFE INSURANCE CO. AND
METROPOLITAN LIFE INSURANCE
COMPANY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-40064 FDS

TO: (Name and address of Defendant)   Verizon Claims Review Committee
100 Half Day Road, Lincolnshire, IL

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John K. McGuire, Jr., McGuire & McGuire
45 Linden St. Worcester MA 01608

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                   4-15-05

CLERK                                                DATE

_Sherry Jones_
(By) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

CASE NUMBER: 0540064   DOCKET NUMBER: 05F1009649   DEPUTY: 267
TITLE: URELLA VS VERIZON EMPLOYEE BENEFITS COMMITTEE
CASE DATE: 04/15/05   EXPIRES: 06/12/05   TIME: 14:51
DEFENDANT:
NAME:   VERIZON CLAIMS REVIEW COMMITTEE   ADDRESS: 100   HALF DAY RD

LINCOLNSHIRE

SERVICE INFORMATION: I CERTIFY THAT I SERVED THIS SUMMONS AND COMPLAINT ON THE DEFENDANT AS FOLLOWS:
DATE SERVED: 5-25-05   TIME SERVED: 11:00 AM/PM

____ PERSONAL SERVICE

____ SUBSTITUTED SERVICE: BY LEAVING A COPY AT THE DEFENDANTS USUAL PLACE OF ABODE, WITH SOME PERSON OF THE FAMILY OR A PERSON RESIDING THERE, OF THE AGE OF 13 YRS. OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS AND COMPLAINT. I, OR SOME OTHER AUTHORIZED PERSON, SENT A COPY OF THE SUMMONS IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE.

NAME: _____   RELATION: _____

X  SERVICE ON: CORPORATION  X COMPANY ___ BUSINESS ___ PARTNERSHIP ___
LEFT A COPY OF THE SUMMONS AND COMPLAINT WITH A REGISTERED AGENT ___,
AUTHORIZED PERSON  X , PARTNER ___, OR OTHER ___.

NAME: BRODIE SECRIST
ADDRESS SERVED (IF DIFFERENT THAN ABOVE):

STREET: _____   CITY-STATE-ZIP: _____

PERSONAL INFORMATION:   SEX: M   RACE: W   AGE: 45   EYES:
HAIR:   HEIGHT:   WEIGHT:   EMPLOYER:

NOT SERVED:   DATE ___/___/___

____ 02 RETURNED NOT FOUND MOVED   ____ 07 RNF NEVER HOME
____ 03 RNF NOT AT GIVEN ADDRESS   ____ 08 RNF DEFENDANT DECEASED
____ 04 RNF NO LONGER EMPLOYED    ____ 09 RNF OTHER
____ 05 RNF REFUSED TO OPEN DOOR  ____ 10 ACTION SCHEDULED
____ 06 RNF COURT DATE RAN OUT    ____ OTHER

ATTEMPTS:
1) DATE: _____   TIME: _____   NOTES: _____
2) DATE: _____   TIME: _____   NOTES: _____
3) DATE: _____   TIME: _____   NOTES: _____
4) DATE: _____   TIME: _____   NOTES: _____

COMMENTS:

GARY DEL RE
SHERIFF OF LAKE COUNTY

BY DEPUTY: _____

NOTARY PUBLIC, LAKE COUNTY, ILLINOIS
MY COMMISSION EXPIRES: