AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  *Massachusetts*

KELLY LABRANCHE URELLA

v.

VERIZON EMPLOYEE BENEFITS COMMITTEE, CHAIRPERSON OF THE VERIZON EMPLOYEE BENEFITS COMMITTEE, VERIZON CLAIMS REVIEW COMMITTEE, AETNA LIFE INSURANCE CO. AND METROPOLITAN LIFE INSURANCE COMPANY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **05-40064 FDS**

TO: (Name and address of Defendant)    VERIZON EMPLOYEE BENEFITS COMMITTEE
100 Half Day Road, Lincolnshire, IL

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John K McGuire Jr. McGuire & McGuire, 45 Linden St. Worcester MA 01609

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                4-15-05

CLERK                                                          DATE

_Sherry Jones_
(By) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

CASE NUMBER: 0540064     DOCKET NUMBER: 05F1009649    DEPUTY: 26
TITLE: URELLA VS VERIZON EMPLOYEE BENEFITS COMMITTEE
CASE DATE: 04/15/05     EXPIRES: 06/12/05     TIME: 14:50
DEFENDANT:
NAME:   VERIZON EMPLOY BENEFITS COMMI    T TEE    ADDRESS: 100    HALF DAY RD

LINCOLNSHIRE

---

SERVICE INFORMATION: I CERTIFY THAT I SERVED THIS SUMMONS AND COMPLAINT ON THE DEFENDANT AS FOLLOWS:
DATE SERVED: 5-25-05     TIME SERVED: 11:52 AM/PM

____ PERSONAL SERVICE

____ SUBSTITUTED SERVICE: BY LEAVING A COPY AT THE DEFENDANTS USUAL PLACE OF ABODE, WITH SOME PERSON OF THE FAMILY OR A PERSON RESIDING THERE, OF THE AGE OF 13 YRS. OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS AND COMPLAINT. I, OR SOME OTHER AUTHORIZED PERSON, SENT A COPY OF THE SUMMONS IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE.

NAME: _____    RELATION: _____

_X_ SERVICE ON: CORPORATION _X_ COMPANY ___ BUSINESS ___ PARTNERSHIP ___
LEFT A COPY OF THE SUMMONS AND COMPLAINT WITH A REGISTERED AGENT ___,
AUTHORIZED PERSON _X_, PARTNER ___, OR OTHER ___.

NAME: Brooke Secrist
ADDRESS SERVED (IF DIFFERENT THAN ABOVE):

STREET: _____    CITY-STATE-ZIP: _____

PERSONAL INFORMATION: SEX: M    RACE: W    AGE: 43    EYES: ___
HAIR: ___    HEIGHT: ___    WEIGHT: ___    EMPLOYER: ___

---

NOT SERVED:    DATE ___/___/___

___ 02 RETURNED NOT FOUND MOVED     ___ 07 RNF NEVER HOME
___ 03 RNF NOT AT GIVEN ADDRESS     ___ 08 RNF DEFENDANT DECEASED
___ 04 RNF NO LONGER EMPLOYED      ___ 09 RNF OTHER
___ 05 RNF REFUSED TO OPEN DOOR    ___ 10 ACTION SCHEDULED
___ 06 RNF COURT DATE RAN OUT      ___ OTHER

---

ATTEMPTS:
1) DATE: ___    TIME: ___    NOTES: ___
2) DATE: ___    TIME: ___    NOTES: ___
3) DATE: ___    TIME: ___    NOTES: ___
4) DATE: ___    TIME: ___    NOTES: ___

COMMENTS:

"OFFICIAL SEAL"
JODI M. REESE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-20-08

GARY DEL RE
SHERIFF OF LAKE COUNTY
BY DEPUTY: _____

NOTARY PUBLIC, LAKE COUNTY, ILLINOIS
MY COMMISSION EXPIRES: 6/20/08