**LakeCount**

Willard Rooks Helander
Lake County Clerk

18 North County Street, Room 101
Waukegan, Illinois 60085-4364
847 377 2400
Phone 847 360 3608
Fax http://www.co.lake.il.us/cntyclk

STATE OF ILLINOIS )
                  ) SS
COUNTY OF LAKE    )

## CERTIFICATE OF AUTHORITY

I, Willard R. Helander, County Clerk of Lake County in the State of Illinois, which office is an office of record having a seal, certify that **Jodi M. Reese** by whom the foregoing or annexed document was notarized, was, on the **20th day of June, 2004**, appointed a Notary Public in and for the County of Lake, State of Illinois and that as such, full faith and credit is and ought to be given to this Notary's official attestations. In testimony whereof I have affixed my signature and the seal of this office this **10th day of June, 2005**.

Certification not valid unless the seal of Lake
County, Illinois is affixed

*Willard R. Helander*
WILLARD R. HELANDER
LAKE COUNTY CLERK

Administration
County Clerk
377 2265
Chief Deputy
377 2309
County Board &
Public Records
377 2317
E-mail
cntyclk@co.lake.il.us

Elections
Voter Registration &
Election Results
377 2410
Absentee Voting
377 2406
Election Judges
377 2408
Polling Places
377 2313

Public Filings
Assumed Business
Names
377 2280
Notaries
377 2412
Economic Interest
377 2274
Campaign Disclosure
377 2407

Tax Extention
Department
377 2404
Real Estate Tax
Redemptions
377 2285
Extentions & Levies
377 2404
Mobile Home Taxes
377 2286

Vital Records
Certified Birth, Marriage
& Death Records
Marriage Licenses
377 2411
Recorded Information
Vital Records
377 2401
Directions
377 2395