UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KELLY LABRANCHE URELLA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON EMPLOYEE BENEFITS )<br>COMMITTEE, CHAIRPERSON OF THE )<br>VERIZON EMPLOYEE BENEFITS )<br>COMMITTEE, VERIZON CLAIMS )<br>REVIEW COMMITTEE, AETNA LIFE )<br>INSURANCE CO. and METROPOLITAN )<br>LIFE INSURANCE COMPANY, )<br>)<br>Defendants. ) | Civil Action No. 05-40064FDS |

## MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

Defendants Verizon Employee Benefits Committee, Chairperson of the Verizon Employee Benefits Committee, and Verizon Claims Review Committee (hereinafter collectively "Verizon") hereby move, with the assent of counsel for the Plaintiff for an extension of time through September 2, 2005 to respond to the complaint in this action. As grounds therefore Verizon states as follows:

1. This is an action for an alleged ERISA violation arising out of the denial of Plaintiff's claim for sickness disability benefits.

2. The requested additional time is needed in order for the Defendant to investigate the claims in the complaint and formulate a response.

- 2 -

3. Due to the vacation schedules of counsel and Verizon employees involved in the investigation of the complaint, Verizon will need a brief extension of time to respond to the Complaint, through September 2, 2005;

4. Counsel for Verizon has consulted with Plaintiff's counsel regarding the extension and request for assent to file this Motion to Extend Time by letter dated August 25, 2005.

5. Plaintiff's counsel has assented to the extension.

6. The request is not interposed for delay, and no party will be prejudiced given the assent of Plaintiff's counsel.

**WHEREFORE,** Verizon requests that the Court grant this motion.

VERIZON EMPLOYEE BENEFITS COMMITTEE, CHAIRPERSON OF THE VERIZON EMPLOYEE BENEFITS COMMITTEE, VERIZON CLAIMS REVIEW COMMITTEE

Date: August 25, 2005

By their attorneys

___/s/ Windy L. Rosebush___
Timothy P. Van Dyck (BBO #548347)
Windy L. Rosebush (BBO #636962)
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

| | |
|---|---|
| Assented to by: | KELLY LABRANCHE URELLA, |
| | By her attorneys, |

        /s/ John K. McGuire, Jr., Esq. (w/auth)
John K. McGuire, Jr., Esq. (BBO #335020)
McGuire & McGuire
45 Linden Street
Worcester, MA 01609
(508)754-3291

## CERTIFICATE OF SERVICE

I, Windy L. Rosebush, hereby certify that a true copy of the above document was served upon counsel for the Plaintiff, John K. McGuire, Jr., McGuire & McGuire, 45 Linden Street, Worcester, MA 01609 on August 25, 2005 by filing the same electronically.

        /s/ Windy L. Rosebush