UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-40064-FDS

_____
                                            )
Kelly Labranche Urella                      )
                                            )
        Plaintiff,                          )
                                            )
v.                                          )
                                            )
Verizon Employee Benefits Committee, et al. )
                                            )
        Defendants.                         )
_____)

## ASSENTED-TO MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The defendant Metropolitan Life Insurance Company ("MetLife") respectfully moves this Court for an extension of time to answer or otherwise respond to plaintiff's Complaint up to and including September 26, 2005. In support of this motion, the defendant states as follows.

(1)     This is the MetLife's first request for an extension. MetLife's attorney learned today that a return of service had been filed for MetLife; and immediately requested an extension of time to respond.

(2)     MetLife is currently searching for the file for this matter. Until such documents are reviewed, MetLife will not be in a position to respond fully to plaintiff's Complaint.

(3)     Counsel for the plaintiff, Kelly Labranche Urella, assents to this motion.

WHEREFORE, the defendant, Metropolitan Life Insurance Company respectfully requests this Court for an extension of time to answer or otherwise respond to the Complaint up to and including September 26, 2005.

        METROPOLITAN LIFE INSURANCE COMPANY,
        By their attorneys,

        /s/ Constance M. McGrane
        James F. Kavanaugh, Jr.  BBO #262360
        Constance M. McGrane  BBO #546745
        CONN KAVANAUGH ROSENTHAL
         PEISCH & FORD, LLP
        Ten Post Office Square
        Boston, MA 02109
        617-482-8200

ASSENTED TO:
KELLY LABRANCHE URELLA
By her attorney,

/s/ John K. McGuire, Jr. per telephone assent
8/26/05
John K. McGuire  BBO #335020
McGuire & McGuire
45 Linden Street
Worcester, MA  01609
(508) 754-3291

Dated: August 26, 2005

234554.1