UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-40064-FDS

_____
                                                    )
Kelly Labranche Urella                               )
                                                    )
    Plaintiff,                                      )
                                                    )
v.                                                  )
                                                    )
Verizon Employee Benefits Committee, et al.          )
                                                    )
    Defendants.                                     )
_____)

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance on behalf of the defendant Metropolitan Life Insurance Company in the above-captioned matter.

                                         METROPOLITAN LIFE INSURANCE COMPANY,
                                         By its attorneys,

                                         /s/ Constance M. McGrane
                                         Constance M. McGrane  BBO #546745
                                         CONN KAVANAUGH ROSENTHAL PEISCH
                                           &FORD, LLP
                                         Ten Post Office Square
                                         Boston, MA 02109
                                         617-482-8200

DATED:  August 26, 2005

234552.1