UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Worcester)

| | |
|---|---|
| KELLY LABRANCHE URELLA,<br>                    Plaintiff,<br>v.<br><br>VERIZON EMPLOYEE BENEFITS COMMITTEE, CHAIRPERSON OF THE VERIZON EMPLOYEE BENEFITS COMMITTEE, VERIZON CLAIMS REVIEW COMMITTEE, AETNA LIFE INSURANCE CO., AND METROPOLITAN LIFE INSURANCE COMPANY,<br>                    Defendants. | CIVIL ACTION NO.<br>05-40064-FDS |

NOTICE OF NAME CHANGE OF FIRM OF COUNSEL FOR
DEFENDANT, AETNA LIFE INSURANCE COMPANY
_____

TO THE CLERK AND ALL COUNSEL OF RECORD:

    Please be advised that as of September 1, 2005, counsel for Defendant Aetna Life Insurance Company have a new firm name. The new information is:

        Stephen D. Rosenberg
        Eric L. Brodie
        **THE MCCORMACK FIRM, LLC**     [formerly McCormack & Epstein]
        One International Place - 7th Floor
        Boston, MA   02110
        Ph:   617-951-2929
        Fax:  617-951-2672
        E-mail: srosenberg@mccormackfirm.com
                ebrodie@mccormackfirm.com

        Respectfully submitted,

          /s/  *Eric L. Brodie*
        Eric L. Brodie [BBO# 639833]
        **THE MCCORMACK FIRM, LLC**
        One International Place - 7th Floor
        Boston, MA   02110
        Ph:   617/951-2929
        Fax:  617/951-2672

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Notice of Name Change of Firm of Counsel for Defendant, Aetna Life Insurance Company** was served upon the following counsel of record who have not been identified as electronic recipients by depositing a paper copy hereof in the U.S. Mail, postage prepaid, addressed to:

      John K. McGuire, Jr., Esq.    (Counsel for Plaintiff)
      **McGuire & McGuire**
      45 Linden Street
      Worcester, MA  01609

The following persons were served electronically only via the Court's NEF system:

      Windy L. Rosebush, Esq.    (Counsel for Verizon Defendants)
      **Edwards & Angell LLP**
      101 Federal Street
      Boston, MA  02110

      Constance M. McGrane, Esq.    (Counsel for MetLife)
      **Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP**
      Ten Post Office Square
      4th Floor
      Boston, MA  02109

**DATED** this __8th__ day of __September__, 2005.

      __/s/  *Eric L. Brodie*__
      Eric L. Brodie (BBO# 639833)
      **THE MCCORMACK FIRM, LLC**
      One International Place - 7th Floor
      Boston, MA   02110
      Ph:  617/951-2929
      *[Attorney for Defendant, Aetna]*

76887.1