UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (Worcester)

| | |
|---|---|
| KELLY LABRANCHE URELLA,<br><br>    Plaintiff,<br>v.<br><br>VERIZON EMPLOYEE BENEFITS COMMITTEE, CHAIRPERSON OF THE VERIZON EMPLOYEE BENEFITS COMMITTEE, VERIZON CLAIMS REVIEW COMMITTEE, AETNA LIFE INSURANCE CO., AND METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendants. | Civil Action No. 05-40064-FDS |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR
DEFENDANT AETNA LIFE INSURANCE COMPANY**

TO THE CLERK: Kindly enter the additional appearance of Stephen D. Rosenberg in the above-captioned matter as counsel on behalf of defendant Aetna Life Insurance Company.

Respectfully submitted,

**AETNA LIFE INSURANCE COMPANY**

By its attorneys,

  /s/ *Stephen D. Rosenberg*
Stephen D. Rosenberg  (BBO # 558415)
**THE MCCORMACK FIRM, LLC**
One International Place - 7th Floor
Boston, MA   02110
Ph:  617/951-2929

**Dated:**   September 8, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Notice of Appearance of Additional Counsel for Defendant Aetna Life Insurance Company** was served upon the following counsel of record who have not been identified as electronic recipients by depositing a paper copy hereof in the U.S. Mail, postage prepaid, addressed to:

      John K. McGuire, Jr., Esq.    (Counsel for Plaintiff)
      **McGuire & McGuire**
      45 Linden Street
      Worcester, MA  01609

The following persons were served electronically only via the Court's NEF system:

      Windy L. Rosebush, Esq.    (Counsel for Verizon Defendants)
      **Edwards & Angell LLP**
      101 Federal Street
      Boston, MA  02110

      Constance M. McGrane, Esq.    (Counsel for MetLife)
      **Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP**
      Ten Post Office Square
      4th Floor
      Boston, MA  02109

**DATED** this __8th__ day of __September__, 2005.

      /s/  Eric L. Brodie
      Eric L. Brodie (BBO# 639833)
      **THE MCCORMACK FIRM, LLC**
      One International Place - 7th Floor
      Boston, MA   02110
      Ph:  617/951-2929
      *[Attorney for Defendant, Aetna]*

76887.1