## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS
(Worcester)

| | |
|---|---|
| **KELLY LABRANCHE URELLA,**<br>  Plaintiff,<br>v.<br><br>**VERIZON EMPLOYEE BENEFITS COMMITTEE, CHAIRPERSON OF THE VERIZON EMPLOYEE BENEFITS COMMITTEE, VERIZON CLAIMS REVIEW COMMITTEE, AETNA LIFE INSURANCE CO., AND METROPOLITAN LIFE INSURANCE COMPANY,**<br>  Defendants. | **CIVIL ACTION NO.**<br>**05-40064-FDS** |

### DEFENDANT, AETNA LIFE INSURANCE COMPANY'S
### MOTION TO DISMISS COMPLAINT PURSUANT TO F.R.C.P. 12(B)(6)

The defendant in this action, Aetna Life Insurance Company ("Aetna"), hereby moves this Court for an order dismissing all of the claims against Aetna that are alleged in plaintiff's complaint on the ground that they fail to state a cause of action upon which relief against Aetna can be granted. The plaintiff's complaint against this defendant should therefore be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

As grounds for this motion, Aetna relies upon the accompanying Memorandum in Support of its Motion to Dismiss, which is also being filed this day, and which contains a statement of reasons, including citation of supporting authorities, why this motion should be granted.

### REQUEST FOR ORAL ARGUMENT

Aetna requests that this Court hear oral argument on this motion.

- 2 -

WHEREFORE, Aetna moves this Court for an order dismissing the plaintiff's complaint against it.

Respectfully submitted,

**Aetna Life Insurance Company**
By its attorneys,

**Dated:** September 8, 2005

/s/ *Eric L. Brodie*
Stephen D. Rosenberg (BBO# 558415)
Eric L. Brodie (BBO# 639833)
**THE MCCORMACK FIRM, LLC**
One International Place - 7th Floor
Boston, MA   02110
Ph:  617/951-2929

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Motion to Dismiss, its accompanying Memorandum of Law, and Exhibits A, B, and C to the Memorandum were served upon the following counsel of record who have not been identified as electronic recipients by depositing a paper copy hereof in the U.S. Mail, postage prepaid, addressed to:

        John K. McGuire, Jr., Esq.    (Counsel for Plaintiff)
        **McGuire & McGuire**
        45 Linden Street
        Worcester, MA  01609

The following persons were served electronically only via the Court's NEF system:

        Windy L. Rosebush, Esq.    (Counsel for Verizon Defendants)
        **Edwards & Angell LLP**
        101 Federal Street
        Boston, MA  02110

        Constance M. McGrane, Esq.    (Counsel for MetLife)
        **Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP**
        Ten Post Office Square
        4th Floor
        Boston, MA  02109

**DATED** this __8th__ day of __September__, 2005.

          /s/ _Eric L. Brodie_
          Eric L. Brodie (BBO# 639833)
          **THE MCCORMACK FIRM, LLC**
          One International Place - 7th Floor
          Boston, MA   02110
          Ph:  617/951-2929
          _[Attorney for Defendant, Aetna]_

76887.1