**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF MASSACHUSETTS
(Worcester)

| | |
|---|---|
| **KELLY LABRANCHE URELLA,**<br>　　　　　　　Plaintiff,<br>v.<br>**VERIZON EMPLOYEE BENEFITS COMMITTEE, CHAIRPERSON OF THE VERIZON EMPLOYEE BENEFITS COMMITTEE, VERIZON CLAIMS REVIEW COMMITTEE, AETNA LIFE INSURANCE CO., AND METROPOLITAN LIFE INSURANCE COMPANY,**<br>　　　　　　　Defendants. | **CIVIL ACTION NO.**<br>**05-40064-FDS** |

**LOCAL RULE 7.1(A)(2) CERTIFICATION REGARDING**
**DEFENDANT, AETNA LIFE INSURANCE COMPANY'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO F.R.C.P. 12(B)(6)**

_____

Pursuant to Local Rule 7.1(A)(2), the undersigned attorney certifies that counsel for Aetna Life Insurance Company ("Aetna") have attempted in good faith to resolve to the satisfaction of counsel for Plaintiff Kelly LaBranche Urella the question of whether Aetna is a proper party defendant to this lawsuit. These efforts have been by way of telephone conversations to Plaintiff's counsel and detailed correspondence setting forth legal authority supporting Aetna's position, and follow up correspondence requesting dismissal of Aetna as a party defendant. Notwithstanding these efforts to resolve the issue of whether Aetna is properly named as a defendant in this matter, the parties have not been able to reach an accord, thus leading Aetna to file the accompanying motion to dismiss.

The undersigned counsel hereby certifies that the foregoing statements are true and accurate, and this certification is signed under pains and penalties of perjury.

                           Respectfully submitted,

                           **Aetna Life Insurance Company**
                           By its attorneys,

**Dated:** September 8, 2005                /s/ *Eric L. Brodie*
                                             Stephen D. Rosenberg (BBO# 558415)
                                             Eric L. Brodie (BBO# 639833)
                                             **THE MCCORMACK FIRM, LLC**
                                             One International Place - 7th Floor
                                             Boston, MA   02110
                                             Ph:  617/951-2929