UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-40064-FDS

_____
                                    )
Kelly Labranche Urella              )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )
                                    )
Verizon Employee Benefits Committee, et al. )
                                    )
        Defendants.                 )
_____)

## CERTIFICATION PURSUANT TO LR 16.1(D)(3)

Defendant Metropolitan Life Insurance Company ("MetLife"), by its attorney and an authorized representative, hereby certifies as follows: (1) MetLife and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; (2) MetLife and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/Ruth L. Susnick                      /s/ Constance M. McGrane
Ruth L. Susnick, Esq.                   James F. Kavanaugh, Jr. (BBO #262360)
Legal Department                        Constance M. McGrane (BBO #546745)
Metropolitan Life Insurance Company     Counsel for MetLife
27-01 Queens Plaza North                CONN KAVANAUGH ROSENTHAL
Long Island City, NY  11101-4015          PEISCH & FORD, LLP
                                        Ten Post Office Square
                                        Boston, MA  02109

Dated: January 27, 2006

**CERTIFICATE OF SERVICE**

      I, Constance M. McGrane, hereby certify that a true copy of the above document was served upon counsel of record by filing the same electronically on January 27, 2006. A courtesy copy of the above document was also served upon counsel for the Plaintiff, John K. McGuire, Jr., McGuire & McGuire, 45 Linden Street, Worcester, MA 01609 by regular mail.

                                                              /s/ Constance M. McGrane
                                                              Constance M. McGrane

Dated: January 27, 2006

217433.2