UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KELLY LABRANCHE URELLA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON EMPLOYEE BENEFITS )<br>COMMITTEE, CHAIRPERSON OF THE )<br>VERIZON EMPLOYEE BENEFITS )<br>COMMITTEE, VERIZON CLAIMS )<br>REVIEW COMMITTEE, and )<br>METROPOLITAN LIFE INSURANCE )<br>COMPANY, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-CV-40064FDS |

### LOCAL RULE 16.1(D)(3) CERTIFICATION

I, Windy L. Rosebush, as counsel for the Defendants Verizon Employee Benefits Committee, Chairperson of the Verizon Employee Benefits Committee, Verizon Claims Review Committee, hereby certify pursuant to Local Rule 16.1(D)(3) that I have conferred with my client regarding:

a) a budget for the costs of conducting the litigation and any alternative courses to the litigation; and

b) the alternative dispute resolution programs available to the parties pursuant to Local Rule 16.4.

_____
Lorraine P. Grande
Senior Staff Consultant
Verizon

/s/ Windy L. Rosebush
Windy L. Rosebush (BBO # 636962)
Edwards Angell Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA 02199
617-239-0100

Date: January 30, 2006

## CERTIFICATE OF SERVICE

I, Windy L. Rosebush, hereby certify that on January 30, 2006, I caused a copy of the foregoing document to be served on all counsel of record by filing the same electronically and/or by first class mail.

_/s/ Windy L. Rosebush_