UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KELLY LABRANCHE URELLA,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON EMPLOYEE BENEFITS COMMITTEE, CHAIRPERSON OF THE VERIZON EMPLOYEE BENEFITS COMMITTEE, VERIZON CLAIMS REVIEW COMMITTEE, AETNA LIFE INSURANCE CO. and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 05-40064FDS |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

PLEASE TAKE NOTICE that Timothy P. Van Dyck and Windy L. Rosebush, counsel to Defendants Verizon Employee Benefits Committee, Chairperson of the Verizon Employee Benefits Committee, and Verizon Claims Review have changed their firm name and address. Please cause all notices, pleadings and correspondence in this matter to be sent to the address below:

Timothy P. Van Dyck, Esquire
Windy L. Rosebush, Esquire
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199-7613
Telephone: (617) 239-0100
Facsimile: (617) 227-4420

BOS_521309_1/WROSEBUSH

VERIZON EMPLOYEE BENEFITS
COMMITTEE, CHAIRPERSON OF THE
VERIZON EMPLOYEE BENEFITS
COMMITTEE, AND VERIZON CLAIMS

By their attorneys,


　/s/ Windy L. Rosebush
Timothy P. Van Dyck (BBO #548347)
Windy L. Rosebush (BBO #636962)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA  02199-7613
Telephone:  (617) 239-0100
Facsimile:  (617) 227-4420

## CERTIFICATE OF SERVICE

I, Windy L. Rosebush, hereby certify that a true copy of the foregoing Notice of Change of Firm Name and Address was served upon counsel of record by filing the same electronically on January 30, 2006.  A courtesy copy of the above document was also served upon counsel of record, John K. McGuire, Jr., McGuire & McGuire, 45 Linden Street, Worcester, MA 01609, by first class mail, postage prepaid.


　/s/ Windy L. Rosebush
Windy L. Rosebush