UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____

KELLY LABRANCHE URELLA,
        Plaintiff

vs.                                      CIVIL ACTION NO. 05CV40064-FDS

VERIZON EMPLOYEE BENEFITS
COMMITTEE ET AL,
        Defendants
_____

## LOCAL RULE 16.1 (D)(3) CERTIFICATION

We, John K. McGuire, Jr., Attorney for the plaintiff, and Kelly Labranche Urella, the plaintiff, hereby certify that we have conferred with respect to establishing a budget for the cost of conducting the full course and various alternative courses of the litigation through the use of alternative dispute resolution program including those outlined in Local Rule 16.4.

_____        _____
Kelly Labranche Urella                        John K McGuire, Jr.
                                                    McGuire & McGuire
                                                    45 Linden St.
                                                    Worcester MA  01609
                                                    (508)754-3291
                                                    BBO#335020