AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

District of Massachusetts

Urella

— v —

Verizon

**APPEARANCE**

CASE NUMBER: 05-40064

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff

I certify that I am admitted to practice in this court.

1/31/06
Date

_____
Signature

Paul L. Durkee   561305
Print Name        Bar Number
c/o McGuire + McGuire

45 Linden St
Address

Worcester    MA    01609
City         State    Zip Code

508 754 3391   508 798 9415
Phone Number           Fax Number