**Kelly Labranche Urella**

**v.**

**Verizon Employee Benefits Committee, et. al.**

**United States District Court, District of Massachusetts**

**Civil Action No. 05-40004-FDS**

**AGREED RECORD FOR JUDICIAL REVIEW**

550305078695

Metropolitan Life Insurance Company
PO Box 14590, Lexington, KY  40511-4590
Tel 800 243-8786   Fax 866 690-1264

# MetLife®

MetLife Disability

John McGuire
Attorney at Law
45 Linden Street
Worcester, MA  01609

March 26, 2003

RE:  Kelley Labranche
Employer: Verizon
SSN: 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


Dear Ms Labranche:

We received your appeal letter requesting a review of your disability claim.  Your claim has been referred to an independent panel for review.

We will evaluate the panel's findings and advise you in writing within 45 days of our determination.
If there are special circumstances requiring additional time to complete our review, we may take up to an additional 45 days, but only after notifying you of the special circumstances in writing.

Please contact a customer service representative at the toll-free number listed above if you have questions or need additional assistance.

Sincerely,

Cheryl Tabellione
Disability Resource Specialist

# Verizon Claims Review Committee
August 5, 2003

## Ms. Kelly LaBranche

SSN:                      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
Date of Birth:            07-22-1969

Employment Status:        Active – New England Associate
Net Credited Service Date: 05-24-1993
Occupation:               Administrative Assistant – Massachusetts

STD Benefits
     Denied:              04-19-2002 through 06-18-2002 (43 days) Stress
     Return to Work:      06-19-2002

### Communications

Verizon DC Communicated Results of Initial Review: 04-26-2002
Ms. LaBranche's Appeal to the Verizon DC:          10-01-2002
Verizon DC Communicated Results of First Review:   01-22-2003
Letter to Committee:                               03-18-2003

# Request for Sickness Disability Benefits

## Issue

- Is Ms. LaBranche entitled to Sickness Disability Benefits under the Verizon Sickness and Accident Disability Benefit Plan for New England Associates (the "Plan") for the period of time starting April 19, 2002 through June 18, 2002, based on stress?

## First Level of Appeal (Verizon DC)

- In response to Mr. John McGuire's (Ms. LaBranche's attorney) letter to the Verizon Disability Center (the "Verizon DC") requesting an additional review of Ms. LaBranche's benefits determination, the Verizon DC Case Manager and an independent physician reviewed all available documentation, including Mr. McGuire's letter of appeal, Ms. LaBranche's job description and any additional information received from her treating providers.

- In a letter dated October 31, 2002, from Karen Fleming, Nurse Practitioner (Ms. LaBranche's Primary Care Provider) it states that Ms. LaBranche felt anger and hostility from coworkers. Ms. Fleming noted that Ms. LaBranche described palpitations and panic attacks. Ms. Fleming also indicated that treatment with a counselor would be on an as needed basis.

- Sandra Chiancola, Licensed Clinical Social Worker, noted on April 29, 2002, that she felt that a new work environment might be an alternative to help resolve Ms. LaBranche's problems which were described as "unfair management practice surrounding her utilization of family leave act".

- The Verizon DC upheld their original denial of Ms. LaBranche's claim for Sickness Disability Benefits. The Verizon DC stated that there is insufficient information available to support Ms. LaBranche's inability to perform her occupation under the plan. Mr. McGuire was notified of the Verizon DC's decision in a letter dated January 22, 2003.

## Second Level of Appeal (Committee)
- Mr. McGuire requested an additional review of Ms. LaBranche's benefits determination by the Verizon Claims Review Committee (the "Committee") and submitted additional medical documentation for review, including:

  —— Karen M. Fleming, Nurse Practitioner – A letter dated March 14, 2003, addressed "To Whom it May Concern";

  —— A copy of a section of Dictionary of Occupational Titles describing job title of "Secretaries and Administrative Assistants";

- The Verizon Medical Director reviewed Ms. LaBranche's file in its entirety.

- Attached hereto as Attachment G is the Medical Director's review.

## Pertinent Plan Language
- The Plan sets forth the eligibility requirements for receiving Sickness Disability Benefits. Specifically, Section 4, Paragraph 1, Sickness Disability Benefits, of the Plan states (in pertinent part):

    All Employees whose term of employment with the Employing Company is six (6) or more months shall become participants in the Sickness Disability Benefit portions of the Plan and be qualified to receive payments under the Plan on account of physical disability to work by reason of sickness. Such payments are hereinafter referred to as "Sickness Disability Benefits." Such payments shall terminate when disability ceases and shall in no case extend beyond the periods hereinafter mentioned. For the purposes of the Plan, a sickness shall include an injury other than accidental injury arising out of an in the course of employment by the Employing Company.

# Meeting of the Claims Review Committee of Verizon Communications Inc. Minutes

## August 13, 2003

A meeting of the Claims Review Committee (the "Committee") of Verizon's Communication Inc. was held on Wednesday, August 13, 2003, at 9:05 a.m. Central Standard Time (CST), pursuant to written notice.

### Members Present
David Beik
Bill Gist
John Kane
Sara Mellinger (Chairperson)
Janet Rohner
Bruce Taylor

Also in attendance were the following:

### Verizon Communications Inc.
Sharon M. Jukins, Secretary
Dr. Rukhsana Sadiqali, Medical Advisor to the Committee
Marc Schoenecker, Counsel to the Committee

### Verizon Claims Review Unit/Hewitt Associates



Ms. Mellinger presided as Chairperson of the meeting. The meeting began at 8:02 a.m. CST. The Committee approved the minutes from the July 1, 2003, meeting.

I.     The Verizon Claims Review Unit presented a summary of the pending appeal from the previous Verizon Claims Review Committee meeting, which is attached hereto and forms a part of these minutes. After review of this appeal, the Committee provided their decision listed below:

     A.     The Committee approved ███████████ request.

II.    The Verizon Claims Review Unit presented a summary of the disability, health and welfare and pension appeals. After review of these appeals, the Committee provided their decision listed below:

A.    The Committee denied ████████████ request.

B.    The Committee denied ████████████ request.

C.    The Committee denied ████████████ request.

D.    The Committee denied ████████████ request.

E.    The Committee denied ████████████ request.

F.    The Committee denied ████████████ request.

G.    The Committee denied Ms. Kelly LaBranche's request.

H.    The Committee denied ████████████ request.

I.    The Committee denied ████████████ request.

J.    The Committee denied ████████████ request.

K.    The Committee denied ████████████ request.

L.    The Committee denied ████████████ request.

M.    The Committee denied ████████████ request.

N.    The Committee denied ████████████ request.

O.    The Committee denied ████████████ request.

P.    The Committee denied ████████████ request.

Q.    The Committee denied ████████████ request.

R.    The Committee approved ████████████ request.

S.    The Committee tabled ████████████ request pending further information and notified her as such in a letter dated, August 20, 2003.

T.    The Committee denied ████████████ request.

U.    The Committee denied ████████████ request.

V.    The Committee approved ████████████ request.

ADMIN REL 0005

W.    The Committee denied ███████████ request.

X.    The Committee tabled ████████████ request pending further information and notified her as such in a letter dated, August 13, 2003.

Y.    The Committee denied ████████████ request.

Z.    The Committee denied ██████████ request.

AA.    The Committee approved ██████████ request.

BB.    The Committee denied █████████ request.

CC.    The Committee denied ███████████ request.

DD.    The Committee denied ██████████ request.

EE.    The Committee denied ███████████ request.

FF.    The Committee denied ██████████ request.

GG.    The Committee denied ██████████ request.

HH.    The Committee denied ███████████ request.

The meeting adjourned at approximately 10:50 a.m. CST.

<u>Sara Mellinger</u>
Chairperson

| | Appeal Category/Activity | Imaged Date/Time | End Dt | Workgroup |
|---|---|---|---|---|
| 2 | 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 | | | |
| 1 | Issue Completed | | | |
| | Disability / Disability | 06/06/2003  02:57:32 PM | | N/A |
| 1 | Pending | | | |
| | H&GB / Post-Service | 05/24/2005  01:18:00 PM | | Verizon Communications I |

ADMIN REL 0007

ADMIN REL 0008

# Hewitt

Client Name:  Verizon Communications Inc :

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  URELLA,KELLEY A.

Database:  HRO BDRT Workflow
Copyright © 2005 Hewitt Associates LLC

| | | | | |
|---|---|---|---|---|
| BDRT Date | 05/25/2005 | BDRT Time | 04:16 PM | BDRA Tracker |
| Originally Needed | 06/23/2005 | Currently Needed | 06/23/2005 | Source |
| Imaging Date | 05/24/2005 | Imaging Time | 01:18 PM | Issue Status |
| Client Team Utilized | | Appropriate Referral of CIF | | |
| Escalation Process? | ○ Yes ● No | from BC? | ○ Yes ● No | |

BDRA Tracker
Source
Issue Status                    Mail
Pending

## Participant Information

| | | | |
|---|---|---|---|
| Name | KELLEY A. URELLA | Benefit Status | Active |
| ID | 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 | Other Participant Identifier | North Union |
| Participant Zip Code | 01607 | | |

## Current Status

| | | | | |
|---|---|---|---|---|
| Workgroup | Verizon Communications Inc . | Assignee | | Current Step | 2. Appeal Analysis |
| Status | Pending | | | | |

## Steps Detail

### 1. Appeal Detail

| | | | |
|---|---|---|---|
| Person Type | Vz - Third Party - Participant | Appeal Category | H&GB |
| Appeal Activity | Post-Service | Level of Appeal | Level 1 |
| Appeal Topic | Request for Information | Appeal Description | Post-ERISA litigation Requests |
| Administrator | | Health Plan State Code | |
| Coverage Type | Medical | Plan Type | |
| Option ID and Name | ▼ | Imaging Misdirect | |
| Multiple Appeal | ☒ No | | ☒ No |

ADMIN REL 0009



## Appeal Description :

| | |
|---|---|
| Root Cause of Appeal: | Litigation request |
| Summary of Appeal: | Complete Administrative record needed |
| Acknowledge Letter: | |
| Contact: | |
| Contact Call Back Number: | |
| Home Number: | |
| Work Number: | |
| Best Time to Call Back: | |

☒ Completed by ████████ on 06/07/2005 11:12 AM

## 2. Appeal Analysis

Workgroup:                    Verizon Communications Inc .
Associate Name              ████████

### Analysis

#### Discussion

████████        05/25/2005 04:19 PM
this is a litigation request.

████████  06/07/2005 11:13 AM
Gathering documents

████████  06/09/2005 09:25 AM
Missing Agenda attachments and STD file received by the VCRU. Requested copies of missing items. All other documents gathered. Drafting cov
letter.

ADMIN REL 0010

Internal Contacts

Issue Contributor/Originator

Extension Letter Date

Appeal Determination

Participant Info Compliant

Reinstatement Needed          No

BDRA Assigned

BDRA Assigned Date          05/25/2005

State
Resolution Time Within BDRA Control    ☒ Yes

Extension Letter Needed?

Appeal escalated to client    ☒ No

Participant Info Complete    ☒ Yes

Determination Letter Date

## Final Resolution

Resolution Date :

Resolution :

☐ Completed

## Issue Summary

Drafting cover letter 6/9

[ ] Completed

ADMIN REL 0011

ADMIN REL 0012

Database: HRO BDRT Workflow History
Copyright © 2005 Hewitt Associates LLC

# Hewitt

Client Name:  Verizon Communications Inc .
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  URELLA, KELLEY A.

| | | | | | |
|---|---|---|---|---|---|
| BDRT Date | 06/06/2003 | BDRT Time | 02:57 PM | BDRA Tracker | Mail |
| Originally Needed | 07/21/2003 | Currently Needed | 07/21/2003 | Source | Issue Completed |
| Imaging Date | 06/06/2003 | Imaging Time | 02:57 PM | Issue Status | |
| Client Team Utilized | | Appropriate Referral of CIF | | | |
| Escalation Process? | ○ Yes ○ No | from BC? | ○ Yes ○ No | | |

## Participant Information

| | | | |
|---|---|---|---|
| Name | KELLEY A. URELLA | Benefit Status | Active |
| ID | 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 | Other Participant Identifier | Active |
| Participant Zip Code | 01607 | | |

## Current Status

| | | | | | |
|---|---|---|---|---|---|
| Workgroup | N/A | Assignee | N/A | Current Step | N/A |
| Status | Issue Completed | | | | |

## Steps Detail

### 1. Appeal Detail

| | | | |
|---|---|---|---|
| Person Type | Participant | Appeal Category | Disability |
| Appeal Activity | Disability | Level of Appeal | Level 2 |
| Appeal Topic | Participant's Claim Denied | Appeal Description | |
| Imaging Misdirect | | Multiple Appeal | |

### Appeal Description :

Root Cause of Appeal:        Provisional Dispute
Summary of Appeal:

ADMIN REL 0013

Acknowledge Letter:
Contact:
Contact Call Back Number:
Home Number:
Work Number:
Best Time to Call Back:

☒ Completed by ██████████ on 06/06/2003 02:57 PM

## 2. Appeal Analysis

Workgroup:                    Verizon Communications Inc .
Associate Name        ████████████

| Analysis |
|---|
| Discussion |

██████████ . 06/06/2003 03:09 PM
Received file from Met Life today and letter.

████████ . 06/27/2003 02:10 PM

████████ . 06/18/2003 11:05 AM
Sent ack to attorney with request for authorization.  Received appeal from MetLife, so I already have the file and I am sending it to Dr. S today.

████████ . 07/08/2003 10:34 AM
Received auth from ppt and attorney.

Internal Contacts                                    | BDRA Assigned

ADMIN REL 0014

Issue Contributor/Originator            ☒ Participant

State
Resolution Time Within BDRA Control     ☒ Yes

Extension Letter Needed?                 ☒ No

Appeal escalated to client               ☒ No

Extension Letter Date

Appeal Determination                     ☒ Denied

Participant Info Complete                 ☒ Yes

Participant Info Compliant               ☒ Yes

☐ Ppt filed within 180 days of first appeal
Reinstatement Needed          No

Determination Letter Date                08/18/2003

## Final Resolution

Resolution Date : ▓▓▓▓▓▓▓▓  08/20/2003 08:11 AM

Resolution :
Based on plan provisions and lack of clinical information, the appeal was denied.

☒ Completed by ▓▓▓▓▓▓▓▓ on 08/20/2003 08:13 AM

## Issue Summary

Ms. Urella/LaBranche (she was married) was appealing the denial for her SADB based on stress for the perion fo 04-19-02 through 06/18/02. Appeal was denied at the August CRC and the determination letter was sent out on 08/18/03.

☒ Completed by ▓▓▓▓▓▓▓▓ on 08/20/2003 08:15 AM

151 Farmington Avenue
Hartford, CT 06156



Janet S. Fox
Litigation Paralegal
Law Department, RE4K
(860) 273-0302
Fax: (860) 952-2060
Email: FoxJS1@Aetna.com

June 9, 2005

Lorraine Grande
Verizon
1095 Avenue of the Americas
Room 3859
New York, NY 10036

Re:  *Urella, Kelly Labranche v. Verizon Employee Benefits Committee; Chairperson of*
     *the Verizon Employee Benefits Committee; Verizon Claims Review Committee;*
     *Aetna Life Insurance Co. and Metropolitan Life Insurance Company*
     Our file number – CT2005003709

Dear Ms. Grande:

Enclosed is a copy of our claim file for Kelly Labranche.

Feel free to contact me if you have any questions.

Very truly yours,

*Janet S. Fox/dls*

Janet S. Fox

JSF/dls

Enclosure

ADMIN REL 0015

08730 Type BDE    APPEALS

| Date Recei... | Document Type | SSN/EID | Last Name | Notes | Client Code | Reserved2 | Mfilm Frames |
|---|---|---|---|---|---|---|---|
| 2003-09-08 | Denial | 017620959 | Urella | | 08730 | Exception | 3 |
| 2003-08-05 | Acknowledgement | 017620959 | LaBranche | | 08730 | Exception | 2 |
| 2003-07-18 | Appeal | 017620959 | Urella | | 08730 | Incoming Mail | 2 |
| 2003-07-02 | Participant Authoriz... | 017620959 | Urella | | 08730 | Incoming Mail | 4 |

ADMIN REL 0016

# McGuire & McGuire, P.C.
## Counselors at Law
### 45 Linden Street
#### Worcester, Massachusetts 01609
(508) 754-3291  FAX:  (508) 798-9415

John K. McGuire (1952 - 1985)
Joseph E. McGuire
John K. McGuire, Jr.
Christine G. Narcisse
Paul L. Durkee

Of Counsel:  Penelope A. Kathiwala

June 26, 2003

Verizon Claims Review
100 Half Day Rd.
P.O. Box 1457
Lincolnshire, IL  60069

RE:  Kelley Labranche

Dear Ms. ▮▮▮▮▮

As you requested, enclosed please find notarized statement authorizing this office to act on her behalf.

Thank you for your attention.

Very truly yours,

John K. McGuire, Jr.

JKM/am

ADMIN REL 0017

ADMIN REL 0018

I Kelley Labranche, 20 Reeves Street Worcester, MA, authorize you to release any information pertaining to my claim to attorney John K. McGuire, Jr. 45 Linden Street, Worcester MA 01609.

Signed under the pains and penalties of perjury this 25th day of June 2003.

_____
Kelley Labranche

COMMONWEALTH OF MASSACHUSETTS

Worcester, SS.                                                   June 25 2003

Then personally appeared the above named Kelley Labranche and signed before me.

_____
Notary Public
my commission expires: 2-6-07

ADMIN REL 0019

ADMIN REL 0020

# McGuire & McGuire, P.C.
Counselors at Law
45 Linden Street
Worcester, Massachusetts 01609
(508) 754-3291  FAX:  (508) 798-9415

John K. McGuire (1952 - 1985)
Joseph E. McGuire
John K. McGuire, Jr.
Christine G. Narcisse
Paul L. Durkee

Of Counsel:  Penelope A. Kathiwala

July 14, 2003

▆▆▆▆▆▆▆

Verizon Claims Review Unit
100 Half Day Road
P.O. Box 1457
Lincolnshire, IL  60069

Re:  Kelley Labranche

Dear Ms. ▆▆▆▆▆

As you know, this office represents Kelley Labranche in connection with her claim.  We are writing to inquire as to the status of same.

Thank you for your attention.

Very truly yours,

John K. McGuire, Jr.

JKM/am

ADMIN REL 0022

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

**verizon**

Verizon Claims Review Unit
100 Half Day Road
PO Box 1438
Lincolnshire, IL 60069-1438

July 23, 2003

Private and Confidential

Mr. John K. McGuire
McGuire & McGuire, P.C.
45 Linden Street
Worcester, MA 01609

Subject: Ms. Kelley LaBranche

Dear Mr. McGuire:

On July 21, 2003, I received your letter on behalf of your client, Ms. Kelley LaBranche.

The Committee will consider your appeal at its next meeting, tentatively scheduled for August. You and your client will hear from the Committee regarding its decision as soon as possible after the meeting.

Sincerely,

Verizon Claims Review Unit

Nicole Peterlin

cc: Ms. Kelley LaBranche

356000053
ADMIN REL 0023

ADMIN REL 0024



Sara J. Mellinger
Chairwoman - Verizon
Claims Review Committee

750 Canyon Drive, SV1E3025
Coppell, TX 75019

August 18, 2003

John K. McGuire, Jr., Esquire
Attorney at Law
45 Linden Street
Worcester, MA 01609

Subject: Ms. Kelly LaBranche

Dear Mr. McGuire:

On August 13, 2003, the Verizon Claims Review Committee (also referred to as the "Committee") reviewed your request for Sickness Disability Benefits on behalf of your client, Ms. Kelley LaBranche, under the Verizon Sickness and Accident Disability Benefit Plan for New England Associates (the "Plan"). In reviewing this appeal, the Committee considered the information provided in your letters, Ms. LaBranche's claim file on this matter, and the terms of the Plan.

Based on all of the information available to the Committee and after a thorough review of Ms. LaBranche's claim file, your appeal for Sickness Disability Benefits must be denied. Here are the factors that the Committee considered in arriving at its decision:

- You are requesting reconsideration of the denial of Ms. LaBranche's claim for Sickness Disability Benefits by the Verizon Disability Center ("Verizon DC") for the period of time starting April 19, 2002 through June 18, 2002, based on stress.

- The Plan sets forth the eligibility requirements for receiving Sickness Disability Benefits. Specifically, Section 4, Paragraph 1, of the Sickness Disability Benefits section of the Plan states (in pertinent part):

    All Employees whose term of employment with the Employing Company is six (6) or more months shall become participants in the Sickness Disability Benefit portions of the Plan and be qualified to receive payments under the Plan on account of physical disability to work by reason of sickness. Such payments are hereinafter referred to as "Sickness Disability Benefits." Such payments shall terminate when disability ceases and shall in no case extend beyond the periods hereinafter mentioned. For the purposes of the Plan, a sickness shall include an injury other than accidental injury arising out of an in the course of employment by the Employing Company.

ADMIN REL 0025

John K. McGuire, Jr., Esquire                                                    Page 2

## Initial Determination by the Verizon DC

- The Verizon DC's initial review of the records found that Ms. LaBranche's medical information did not substantiate her eligibility for benefits under the Plan. Based on its findings, the Verizon DC notified her of their decision in a letter dated April 26, 2003.

## First Level of Appeal

- In response to your letter to the Verizon Disability Center (the "Verizon DC") requesting an additional review of Ms. LaBranche's benefits determination, the Verizon DC Case Manager and an independent physician reviewed all available documentation, including your letter of appeal, Ms. LaBranche's job description and any additional information received from her treating providers.

- In a letter dated October 31, 2002 from Karen Fleming, Nurse Practitioner, it states that Ms. LaBranche felt anger and hostility from coworkers. Ms. Fleming noted that Ms. LaBranche described palpitations and panic attacks. Ms. Fleming also indicated that treatment with a counselor would be on an as needed basis.

- Sandra Chiancola, Licensed Clinical Social Worker, noted on April 29, 2002 that she felt that a new work environment might be an alternative to help resolve Ms. LaBranche's problems which were described as "unfair management practice surrounding her utilization of family leave act".

- The Verizon DC upheld their original denial of Ms. LaBranche's claim for Sickness Disability Benefits. The Verizon DC stated that there is insufficient information available to support Ms. LaBranche's inability to perform her occupation under the Plan. You were notified of the Verizon DC's decision in a letter dated January 22, 2003

## Second Level of Appeal (Committee)

- You requested an additional review of Ms. LaBranche's benefits determination by the Committee and submitted additional medical documentation for review including:

  ——Karen M. Fleming, Nurse Practitioner – A letter dated March 14, 2003, addressed "To Whom it May Concern";

  ——A copy of a section of Dictionary of Occupational Titles describing job title of "Secretaries and Administrative Assistants";

- The Verizon Medical Director reviewed Ms. LaBranche's file in its entirety.

ADMIN REL 0026

John K. McGuire, Jr., Esquire                                           Page 3

- The Committee upheld the Verizon DC's denial of Ms. LaBranche's claim for
  Sickness Disability Benefits due to a lack of medical evidence to substantiate a
  total disability from her own occupation.

Mr. McGuire, we understand this is not the decision you and your client had hoped
for; however, please know that the Committee has thoroughly considered your
appeal. In accordance with the terms of the Plan and the requirements imposed
on the Committee by the Employee Retirement Income Security Act of 1974
(ERISA) and other applicable federal regulations, the Committee has determined
the information available to us does not substantiate Ms. LaBranche's appeal for
Sickness Disability Benefits. Please be advised that all decisions of the
Committee are final.

## Your rights under ERISA

- You have the right to receive, upon request and free of charge, reasonable
  access to, and copies of all documents, records and other information relevant
  to your appeal for benefits.

- You and your Plan may have other voluntary alternative dispute resolution
  options, such as mediation. One way to find out what may be available is to
  contact your local U.S. Department of Labor Office and your State insurance
  regulatory agency.

- Since this appeal has been denied, you have a right to bring a civil action under
  section 502(a) of ERISA.

Very truly yours,

*Sara Mellinger*

SJM:dms

cc: Kelly LaBranche
    20 Reeves Street
    Worcester, MA 01607

ADMIN REL 0027

08730 Type BDE | APPEALS |

| | Date Received | Document Type | SSN/EID | Last Name | Notes | Client Code | Reserved2 | Mfilm.Frames |
|---|---|---|---|---|---|---|---|---|
| | 2002-06-10 | Third Party Requests | 017620959 | | PLAN | 08730 | EXPRESS | 2 |
| | 2002-06-14 | Participant Communication | 017620959 | LABRANCHE | | 08730 | Incoming Mail | 2 |
| | 2002-07-15 | Third Party Requests | 017620959 | LABRANCHE | ATTORNEY | 08730 | Incoming Mail | 4 |
| | 2002-07-29 | | 017620959 | | | 08730 | Exception | 1 |
| | 2002-08-05 | Third Party Requests | 017620959 | La Branche | | 08730 | EXPRESS | 6 |
| | 2002-11-21 | | 017620959 | | | 08730 | Exception | 1 |
| | 2004-05-12 | Preretirement Bene Aut... | 017620959 | | tbaapprove... | 08730 | Incoming Mail | 2 |
| | 2004-05-12 | Beneficiary Authorizatio... | 017620959 | | tba udpate... | 08730 | Incoming Mail | 2 |

ADMIN REL 0028

*MY COPY*

*Sent 5/30/2002*

Chairperson of the VEBC
C/o Verizon Benefits Center
100 Half Day Road
P.O. Box 1457
Lincolnshire, IL 60069-1457
* 3rd party request

Dear Plan Administrator or Whom it may concern,

My name is Kelley Labranche., I am an employee of Verizon , my social security number is 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 , current mailing address is 317 South Street Auburn, Ma 01501 . My can be reached number is 508-612-9780.

On 4/15/2002 I was short term disabled from work, shortly after this date a claim was filed with AETNA to provide my benefits. After numerous conversations and medical documents provided to Aetna from myself and my medical provider I received a letter of "claim denial" from Aetna stating "we have not been provided with clinical information to establish you are disabled/ SECTION 6 (10) & SECTION 4 (1)." This letter to you is to request a copy of these "sections" in the medical plan Verizon has with Aetna. Please send a copy of this medical plan including the sections stated above. If this letter is misdirected or you need more information please call or advise in writing how to obtain a copy of these documents.

Thank you.
Your prompt response is appreciated.

Sincerely,
Kelley Labranche

ADMIN REL 0029

Chairperson of USVBGC
DIA Veterans Benefits Center
100 Park City Road
P.O. Box 187
Framingham, MA 01701-0187

ADMIN REL 0030

Chairperson of the VEBC
C/o Verizon Benefits Center
100 Half Day Road
P.O. Box 1457
Lincolnshire, IL 60069-1457
* 3rd party request


Dear Plan Administrator or Whom it may concern,

My name is Kelley Labranche , I am an employee of Verizon , my social security
number is 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 , current mailing address is 317 South Street Auburn, Ma
01501 . My can be reached number is 508-612-9780.

On 4/15/2002 I was short term disabled from work, shortly after this date a claim
was filed with AETNA to provide my benefits. After numerous conversations and
medical documents provided to Aetna from myself and my medical provider I
received a letter of "claim denial" from Aetna stating "we have not been provided
with clinical information to establish you are disabled/ SECTION 6 (10) &
SECTION 4 (1)." This letter to you is to request a copy of these "sections" in the
medical plan Verizon has with Aetna. Please send a copy of this medical plan
including the sections stated above. If this letter is misdirected or you need more
information please call or advise in writing how to obtain a copy of these documents.

Thank you.
Your prompt response is appreciated.

Sincerely,
Kelley Labranche

ADMIN REL 0031

ADMIN REL 0032



Aetna Life Insurance Company
Verizon-North Managed Disability, MC3E
151 Farmington Avenue
Hartford, CT. 06156-7580
1-800-459-3329
Fax: 877-484-2112

July 5, 2002

McGuire & McGuire, P.C.
Counselors at Law
Attn: John K. McGuire, Jr.
45 Linden Street
Worcester, Massachusetts 01609

Re: Kelly Labranche
M719988-8017-62-0959

Dear Mr. McGuire:

In response to your request for the Long Term Disability policy, Ms. Labranche needs to contact
Verizon Benefits for a benefit handbook.

Sincerely,

Anne Chrostowski
Verizon Managed Disability

AC/sl

ADMIN REL 0033

ADMIN REL 0034

## McGuire & McGuire, P.C.
### Counselors at Law
### 45 Linden Street
### Worcester, Massachusetts 01609
(508) 754-3291 Fax (508) 752-0553

John K. McGuire (1952 - 1985)
Joseph E. McGuire
John K. McGuire, Jr.
Christine Griggs Narcisse
Paul L. Durkee

Of Counsel: Penelope A. Kathiwala

July 12, 2002

Verizon Benefits
100 Half Day Rd.
Lincolnshire IL 60069

Re: Kelly Labranche

Dear Sir/Madam:

    This office represents your employee, Kelly Labranche. Would you kindly forward a copy of your benefit handbook pertaining to the long-term policy provided by Aetna Life Insurance Co. I am enclosing a copy of correspondence received from Aetna.

    Thank you for your attention.

Very truly yours,

John K. McGuire, Jr.

JKM/am

ADMIN REL 0036

Verizon Benefits Center

**veri<sub>z</sub>on**

100 Half Day Road
PO Box 1457
Lincolnshire, IL 60069-1457

Phone 866 998-8777

July 9, 2002

Private and Confidential

Kelly Labranche
317 South Street
Auburn, MA 01501

Dear Ms. Labranche:

Subject: Request for sections of medical plan Regarding Kelly Labranche (SSN: 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)

The Verizon Benefits Center is acknowledging the receipt of your request for Section 6 (10) & Section 4 (1) in the medical plan Verizon Benefits has with Aetna.

The documents you requested do have an administrative cost of $0.25 per page. Upon receipt of a certified check or money order payable to the Verizon Communication, Inc. in the amount of $5.25, a copy of the Plan will be mailed to you promptly. Please include the participant's name and Social Security number.

If you have any questions, please call Verizon Benefits Center at 1-866-998-8777. Representatives are available Monday through Friday, 7 a.m. to 5 p.m., Central Time.

Sincerely,
Verizon Benefits Center

*Abigail Olson*
Abigail Olson
Enclosures

ADMIN REL 0037

*Received 7/31/2002*

Verizon Benefits Center

**verizon**

100 Half Day Road
PO Box 1457
Lincolnshire, IL 60069-1457

Phone 866 998-8777

July 9, 2002

Private and Confidential

Kelly Labranche
317 South Street
Auburn, MA 01501

Dear Ms. Labranche:

Subject: Request for sections of medical plan Regarding Kelly Labranche (SSN: 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)

The Verizon Benefits Center is acknowledging the receipt of your request for **Section 6 (10) & Section 4 (1)** in the medical plan Verizon Benefits has with Aetna.

The documents you requested do have an administrative cost of $0.25 per page. Upon receipt of a certified check or money order payable to the Verizon Communication, Inc. in the amount of $5.25, a copy of the Plan will be mailed to you promptly. Please include the participant's name and Social Security number.

If you have any questions, please call Verizon Benefits Center at 1-866-998-8777. Representatives are available Monday through Friday, 7 a.m. to 5 p.m., Central Time.

Sincerely,
Verizon Benefits Center

*Abigail Olson*
Abigail Olson
Enclosures

ADMIN REL 0039

Verizon
Abigail Olson
100 Half Day Road
P.O. Box 1457
Lincolnshire, IL
60069-1457

Dear Ms. Olson,

Thank you for your response regarding a copy of my medical plan. My name is
Kelley Labranche and my social security # is 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. I have enclosed a bank
check for the amount of $5.25 for a copy of these documents as instructed. Please
forward these documents immediately or as soon as possible, I am working on a
time sensitive appeal and I need to respond by 8/30/2002 please rush this package to
my new address below.  I appreciate all you efforts in advance. Please call if you
have any questions.

Sincerely,
Kelley A. LaBranche
12 South Edlin Street
Worcester, Ma
01603
 (508)612-9780

ADMIN REL 0040

ADMIN REL 0041



ADMIN REL 0042

ADMIN REL 0043

YOUR ENDORSEMENT IN THE ABOVE AREA ONLY.
DO NOT SIGN, WRITE OR STAMP BELOW THIS LINE

FOR DEPOSITORY BANK USE ONLY

SUBSEQUENT COLLECTING BANK USE ONLY

Verizon Benefits Center



100 Half Day Road
PO Box 1457
Lincolnshire, IL 60069-1457

Phone 866 998-8777

July 30, 2002

Private and Confidential

John K. McGuire, Jr., Esquire
McGuire & McGuire, P.C.
45 Linden Street
Worcester, MA 01609

Dear Mr. McGuire:

Subject: Request for Information Regarding Kelley A. Labranche (SSN: 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)

The Verizon Benefits Center received the enclosed request for verification of benefits regarding the above named.

The Verizon Benefits Center may provide this information to you upon receipt of a notarized authorization to release information signed by the participant. Please fax the release to the Verizon Benefits Center at (847) 883-8095, or forward to the following address:

Verizon Benefits Center
Third Party Requests
100 Half Day Road
Lincolnshire, IL 60069-3242

If you have any questions, please call Verizon Benefits Center at 1-866-998-8777. Representatives are available Monday through Friday, 7 a.m. to 5 p.m., Central time.

Sincerely,

Verizon Benefits Center

Nora Smalley

Enclosures



**Pension Plan
Preretirement Beneficiary
Authorization Form**
Statement Date  03–16–2004

000070
KELLEY A. URELLA
20 Reeves Street
Worcester MA  01607

This form confirms the beneficiary designation(s) that you made on March 17, 2004 for the Verizon Pension Plan for New York and New England Associates. Please review the information below.

**In order to validate your beneficiary designations, you must sign and return this form to the Verizon Benefits Center by May 11, 2004.**

## To Finalize Your Beneficiary Designation Elections

- Review the information provided regarding your beneficiary designation(s).

- Access the *Your Benefits Resources*™ Web site at **http://resources.hewitt.com/verizon** or call the Verizon Benefits Center at **1–866–998–8777** if you need to make changes.

- Sign, date, and return this form by **May 11, 2004.** If you do not return this form by this date, the beneficiary designation(s) reflected on this form will not be valid. You may make a new designation at any time.

- Keep a copy of this form for your records.

- Return this signed form in the enclosed envelope to:

Verizon Benefits Center
100 Half Day Road
P.O. Box 1457
Lincolnshire, IL 60069–1457

ADMIN REL 0045

delivered by **Hewitt**



356000053  V8730–000070



Preretirement Beneficiary Authorization Form                                      Page 2

## Beneficiary Designation Confirmation

The following are the beneficiaries of the Verizon Pension Plan for New York and New England Associates benefit in the event of your death prior to retirement. Any written changes made to this form will not be valid and your designations as printed below will take effect. Access the *Your Benefits Resources*™ Web site or call the Verizon Benefits Center to make changes.

### Primary Beneficiary

| Name | Birth Date | Relationship | Benefit % |
|------|-----------|--------------|-----------|
| zoe m. Manzaro | 09–26–2001 | Child | 100% |
| | | Total | 100% |

### Contingent Beneficiary

| Name | Birth Date | Relationship | Benefit % |
|------|-----------|--------------|-----------|
| BERNARD R. L'ABRANCHE Jr. | 08–22–1967 | Ex–Spouse | 100% |
| | | Total | 100% |

To protect your privacy, your beneficiary's Social Security number is not shown. If you wish to verify this information, please access the *Your Benefits Resources*™ Web site or call the Verizon Benefits Center.

## Participant Authorization

My signature below:

- Certifies that I have elected the beneficiary designations listed on this form for the Preretirement Survivor Annuity under the Verizon Pension Plan for New York and New England Associates.

- Certifies that I understand this designation automatically cancels any previous designations that I have made for the above named plan and that I may change this designation at any time subject to the terms of the plan(s). I understand that I must complete a separate beneficiary designation form to designate a beneficiary for a Verizon benefit plan that is not listed above.

- Certifies that I am not married or that I am legally separated.

_____                    4/19/2004
Signature                                   Date

ADMIN REL 0046



**Beneficiary Authorization
Form**
Statement Date 03–17–2004

001099
KELLEY A. URELLA
20 Reeves Street
Worcester MA 01607

This notice confirms your recent beneficiary designation(s). In order to complete your beneficiary
designation, you must sign, date, and return this form by May 15, 2004 to:

Verizon Benefits Center
100 Half Day Road
P.O. Box 1457
Lincolnshire, IL 60069–1457

To make corrections or change your beneficiary designation, please access the *Your Benefits Resources*™
Web site at **http://resources.hewitt.com/verizon** and make the appropriate change or call the Verizon
Benefits Connect at **1–866–998–8777** to speak to a Verizon Benefits Center representative. This form
will not be considered valid if any information is marked or revised. Please note that any designations are
subject to the provisions of the plan.

## Employee Life Insurance

### Primary Beneficiary

| Name | Soc. Sec. Num. | Birth Date | Relationship | Benefit % |
|------|----------------|------------|--------------|-----------|
| BERNARD R. LABRANCHE Jr. | 014–54–4534 | 08–22–1967 | Ex–Spouse | 100% |
| | | | **Total** | **100%** |

delivered by **Hewitt**



0356000053  V8730–00109   ADMIN REL 0047



Beneficiary Authorization Form                                                                  Page 2

## Authorization

I hereby designate the person or persons listed as primary and contingent beneficiary(ies) to receive any death benefits due under the VZ Benefit Plan(s) listed above on this Beneficiary authorization Form. I understand that this designation automatically cancels any previous designations that I have made for such plan(s) and that I may change this designation at any time subject to the terms of the plan(s). I understand that I must complete a separate beneficiary designation form to designate a beneficiary for a VZ Benefit plan that is not listed above.

_Kelley Meh_                                        _4/19/2004_
Participant Signature                                  Date

## For More Information

If you need additional information, access the *Your Benefits Resources™* Web site at **http://resources.hewitt.com/verizon** or contact the Verizon Benefits Center by calling Verizon Benefits Connect at **1–866–998–8777**. The Interactive Voice Response (IVR) system is available 24 hours a day, Monday through Saturday and from 1:00 p.m. to midnight, Eastern time, on Sunday. Verizon Benefits Center representatives are available between 8:00 a.m. and 6:00 p.m., Eastern time, Monday through Friday.

*Your Benefits Resources™* is a trademark of Hewitt Management Company LLC.

0356000053  V8730–001099

ADMIN REL 0048

| Who | Date | Subject | LOB | Record Type |
|---|---|---|---|---|
| ██████ | 05/26/2005 | Re: Urella v. ALIC and Verizon | Health Management | Correspondences |
| ██████ | 05/26/2005 | Urella v. ALIC and Verizon | Health Management | Correspondences |
| ██████ | 05/25/2005 | Re: Fw: Urella v. ALIC and Verizon | Health Management | Correspondences |
| ██████ | 05/24/2005 | Re: Urella v. ALIC and Verizon | Health Management | Correspondences |
| ██████ | 05/24/2005 | Fw: Urella v. ALIC and Verizon | Health Management | Correspondences |

### VERIZON OCCUPATIONAL HEALTH SERVICES
#### Request for Medical Review

**Section 1:** Requests for medical review should include the employee's letter of request and all supporting documentation, i.e., first level appeal, Independent Medical Examination (IME) report, Third Medical Opinion (TMO) report, etc. Submit your request to: VZ Medical Director, 395 Flatbush Ave. Ext., Rm. 750, Brooklyn, NY 11201

| Person Requesting Review: | ████████████ | Date: | 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" |
|---|---|---|---|

| Telephone Number: | (████████) |
|---|---|

| Employee Name: | Kelley LaBranche | Social Security No.: | 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 |
|---|---|---|---|

Please check the type of review applicable to this request. (If you are completing this document on-line, double click on the check box and change default value to "checked")

| ☐ | SADBP-NY Associates* | ☐ | SADBP – NY/NE Associates of Non-Regulated Companies* |
|---|---|---|---|
| ☒ | SADBP-NE Associates | ☐ | SADBP-Management Employees (fBA-claims prior to 1/1/02) |
| ☐ | SADBP-Mid-Atlantic Associates | ☐ | Disability Pension under the VZ Pension Plan-PED: |

For Plans listed above, please indicate the Plan Provision(s) upon which the claim was denied:

| Section: | 4 | Paragraph: | 1 |
|---|---|---|---|
| Section: | | Paragraph: | |

| *Did the Employee request a **Third Medical Opinion** (TMO) as provided in the Plan? | | ☐ | Yes | ☐ | No |
|---|---|---|---|---|---|

| If Yes, what was decision? | ☐ | Benefits/restrictions denial upheld | ☐ | Benefits/restrictions approved |
|---|---|---|---|---|

| ☐ | Plan for Group Insurance Section 3.1(a) Coverage and Benefits |
|---|---|
| ☐ | The GTE STD and Purchased Time Off Plan for Salaried Employees |
| ☐ | The Select Welfare Plan for Certain Union Employees |

Indicate the Disability Coverage SPD page(s) and paragraph(s) upon which denial is based:

| Page: | | Paragraph: | |
|---|---|---|---|
| Page: | | Paragraph: | |

| First day of absence: | 04-12-2002 | First day of disability: | 04-19-2003 |
|---|---|---|---|

| Were benefits certified for any period of this absence? | ☐ | Yes | ☒ | No |
|---|---|---|---|---|

| If Yes, indicate time period certified: | from | | to | |
|---|---|---|---|---|

| Were benefits denied for any period of this absence? | ☒ | Yes | ☐ | No |
|---|---|---|---|---|

| If Yes, indicate time period denied: | from | | to | 06-17-2002 |
|---|---|---|---|---|

| ☐ | Leave of Absence at Expiration of Benefits | ☐ | Additional review after CRC final determination |
|---|---|---|---|

| If Leave of Absence, what is the expiration of benefits date: | |
|---|---|

| ☐ | Other (specify) | |
|---|---|---|

| If this is an ERISA claim indicate: | ☐ | 1st level of appeal | ☒ | 2nd level of appeal – Claims Review Committee |
|---|---|---|---|---|

| Date of CRC meeting: | August 5, 2003 |
|---|---|

| **Additional Comments:** | **Ms. Labranche got married, I think, so her last name has changed to Urella** |
|---|---|

**Section 2: Medical Director's Recommendation**

| ☐ | Uphold denial | ☐ | Reverse denial | ☐ | Approve Leave of Absence at Expiration of Benefits |
|---|---|---|---|---|---|
| ☐ | Deny Leave of Absence at Expiration of Benefits | ☐ | Other: | |

**To be completed by Occupational Health Services for administrative purposes**

| Date Received: | Date Review Completed: |
|---|---|



RECEIVED
6-19-03

ADMIN REL 0050



151 Farmington Avenue
Hartford, CT 06156

Rhonda Jackson
Appeals Analyst
Disability Operations - RT32
Aetna Life Insurance Company
Phone # 860-273-4669
Fax # 860-273-9577

## ** MAINTAIN A COPY OF THIS LETTER FOR YOUR RECORDS **

January 22, 2003

Attorney at Law
John K. McGuire, Jr.
45 Linden Street
Worcester, MA 01609

Re:     Appeal of Disability Decision
        Employer: Verizon
        Group Control: 719988
        Member Name: Kelley Labranche
        Member ID: 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

Dear Attorney McGuire:

This letter is in response to your request for a review of the disability certification denial for the dates of April 12, 2002 through June 17, 2002.

Pursuant to the terms of Verizon's Sickness and Accidental Disability Benefit Plans for New England Associates, (Sections 4.1 and 5.1) All Employees whose term of employment with the Employing Company is six (6) or more months shall become participants in the Sickness Disability Benefits portion of the Plan and be qualified to receive payments under the Plan on account of physical disability to work by reason of sickness. All Employees shall be participants in the Accidental Disability Benefit Plan and qualified to receive payments under the Plan on account of physical disability to work by reason of accidental injury arising out of and in the course of employment by the Employing Company.

In the first 12 months of a certified period of disability, to qualify for disability benefits Ms. Labranche must be unable, solely because of disease or injury, to perform the material duties of her own occupation. Material duties refer to those duties, both physical and cognitive, that are normally required for the performance of a particular occupation. Please be advised Ms. Labranche's occupation does not mean the specific job she is performing for a specific employer or at a specific location.

According to our records, Ms. Labranche's request for disability certification was denied after our Disability Nurse Case Manager was unable to obtain sufficient clinical information from her treating physician that indicated she was unable to perform the material duties of her own occupation.

ADMIN REL 0051

A review of Ms. Labranche's file indicates that she became disabled March 25, 2002. She was employed as an Administrative Assistant at the time she ceased active work.

We reviewed the following information submitted as well as the medical information contained in Ms. Labranche's file:

- Nurse Case Manager Notes
- Your appeal letter
- Letter dated October 31, 2002 from Karen M. Fleming, N.P. and William M. Gaines, MD

Ms. Labranche's file was forwarded to our Consulting Clinical Neuropsychologist, Melvyn Attfield, Ph.D. DAAPM, ABPN for review.

Ms. Labranche is a 32 year-old employee with administrative assistant occupation who went out of work on April 12, 2002. Medical notes from the primary care provider, Karen Fleming, NP, fail to provide contemporaneous, objective data to support the presence of impairment sufficient to prevent her from working. Karen Fleming, NP, indicated that treatment with the counselor and through the physician's office would be on an as needed basis. This would not indicate the presence of a condition that is sufficiently impairing to prevent a return to work. Sandra Chiancola, LCSW, provided notes, which indicated probable job-vs.-occupation problems. For example, on April 29, 2002 Sandra Chiancola documented options that she felt might help to resolve Ms. Labranche's problems; one alternative being a new work environment. Details of work conflict and recommendations for a new work environment suggest problems with Ms. Labranche's "job". The absence of objectively defined symptoms to support an impaired work capacity would suggest "occupation" potential.

Based on this information, we are maintaining our decision to deny Ms. Labranche's disability benefits from April 12, 2002 through June 17, 2002 on the basis that she did meet the plan's definition of disability. The medical information provided does not support her inability to perform the material duties of her own occupation.

This review of your initial benefits determination will serve as your first level of review under the ERISA claims process. If you wish to pursue a second level of review, you must submit a written letter of appeal within sixty (60) days of the date of this letter to Verizon's Claim Review Committee. Please include any additional information relevant to Ms. Labranche's claim including copies of the physician's assessments, progress notes, diagnosis, treatment plans, response to treatment, prognosis and recommendations for work for the time period that you are requesting Sickness Disability benefits and mail directly to the following address:

ADMIN REL 0052

The Verizon Claims Review Committee
C/o Verizon Benefits Center Claims Review Unit
P.O. Box 1457
Lincolnshire, Il 60069-1457

If you have any questions, please contact us at 1-800-459-3329.

Sincerely,

Rhonda Jackson, Appeals Analyst
Aetna Life Insurance Company

ADMIN REL 0053



151 Farmington Avenue
Hartford, CT 06156

Rhonda Jackson
Appeals Analyst
Disability Operations, RT32
1-860-273-4669 - Phone
1-860-273-9577 – Fax

## ** MAINTAIN A COPY OF THIS LETTER FOR YOUR RECORDS **

March 21, 2003

John McGuire
Attorney at Law
45 Linden Street
Worcester, MA 01609

RE:      **RECEIPT OF APPEAL**
         Employer:          **Verizon**
         Group Control:     **719988**
         Member Name:       **Kelley Labranche**
         Member ID:         **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**

Dear Ms. Labranche:

We have received your letter requesting an appeal of our denial decision. The administration of the Verizon Disability Plan is moving to MetLife Disability. We have forwarded your appeal to Metlife for handling.

If you have any questions, feel free to contact Metlife Disability at 1-800-638-4228.

Sincerely,

Rhonda Jackson, Appeals Analyst
Aetna Life Insurance Company

ADMIN REL 0054

AETNA CONFIDENTIAL

# eTUMS Event Profile Report - Disability

**Name: LABRANCHE, KELLEY A.**

**ID: 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**

Date Printed: Fri Apr 11 15:33:01 EDT 2003

## REVIEWER INFORMATION

| Name | Role | Principal |
|------|------|-----------|
| Koonce, June | Health Care Facilitator | No |

## MEMBER INFORMATION

| ID | Name | Sex | Date of Birth | Age | Relationship |
|----|------|-----|---------------|-----|--------------|
| 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 | LABRANCHE, KELLEY A. | F | 07/22/1969 | 33 | Subscriber |

## COVERAGE INFORMATION - NonHMO

| Customer Name | CSA | Plan Summary | Effective Date | Termination Date | Product | Plan |
|---------------|-----|--------------|----------------|------------------|---------|------|
| VERIZON | 719988-25-001 | CB | 01/01/2000 | 01/01/2002 | MDIS | 102 |

## EVENT INFORMATION

| Event Type | Event Stage | Reference # | Start Date | End Date |
|------------|-------------|-------------|------------|----------|
| Disability | Terminated | 1310-4570-0000 | 04/12/2002 | 04/27/2002 |

## EVENT CONTACT INFORMATION

| Date | Contact Name | Telephone Number | Role | Type | Call Direction | Disclaimer Read |
|------|--------------|------------------|------|------|----------------|-----------------|
| 04/30/2002 | ARISTIA NINOS | (508)795-3173 | Supervisor | Status | I | N |
| 05/02/2002 | JEANETTE VALLENCOURT, UNION | (508)393-6663 | Customer Contact | Status | I | N |
| 04/22/2002 | ee | (508)612-9780 | Member | New Case Intake | O | N |
| 04/30/2002 | EE | (508)612-9780 | Member | Status | I | N |
| 04/30/2002 | EE | (508)612-9780 | Member | Status | I | N |
| 04/19/2002 | ARISTIA NINOS | (508)795-3173 | Supervisor | New Case Intake | I | Y |

ADMIN REL 0055

| 04/26/2002 | EE | (508)612-9780 | Member | Status | I | N |
| 05/01/2002 | KARISTA NINOS | (508)795-3173 | Supervisor | Status | I | N |
| 04/26/2002 | EE | (508)612-9780 | Member | Status | I | N |
| 04/30/2002 | EE | (508)612-9780 | Member | Status | I | N |
| 05/20/2002 | EE | (508)612-9780 | Member | Status | I | N |
| 08/23/2002 | ARISTIA NINOS | (508)795-3173 | Supervisor | Status | I | N |
| 04/23/2002 | chiancola sandra | (508)854-0642 | Attending Physician | Clinical Information | O | N |
| 05/01/2002 | ARISTIA NINOS | (508)795-3173 | Supervisor | Status | I | N |
| 10/08/2002 | aristia ninos | (508)795-3173 | Supervisor | Status | I | N |
| 04/22/2002 | SANDRA CHIANCOLA | (508)854-0642 | Attending Physician | Initial Cert Clinical | O | N |
| 05/01/2002 | EE | (508)612-9780 | Member | Status | I | N |
| 04/30/2002 | EE | (508)612-9780 | Member | Status | I | N |
| 04/26/2002 | kelley labranche | (508)612-9780 | Member | Status | O | N |
| 04/24/2002 | KELLEY | (508)612-9780 | Member | Status | I | N |
| 04/26/2002 | EE | (508)612-9780 | Member | Status | O | N |
| 04/30/2002 | ARISTIA NINOS | (508)795-3173 | Supervisor | Status | I | N |
| 05/01/2002 | EE | (508)612-9780 | Member | Status | I | N |

## PROVIDER INFORMATION

### 1. Attending

| Name | EPDB PIN | Telephone Number |
| --- | --- | --- |
| Sandra Chiancola | 0007232242 | (508)831-0045 |

ADMIN REL 0056

## DIAGNOSIS INFORMATION

| Code | Description | Principal From Date | Principal Thru Date | Active From Date | Active Thru Date |
|------|-------------|---------------------|---------------------|------------------|------------------|
| 296.2 | MAJOR DEPRESSIVE DISORDER, SINGLE EPISODE | 04/12/2002 | | 04/12/2002 | |
| 300.2 | PHOBIC DISORDERS | | | 04/12/2002 | |

## PROCEDURE INFORMATION

| Procedure Code | Description | Procedure Date |
|----------------|-------------|----------------|
| | | |

## WORK PROFILE INFORMATION

| Date of Hire | Primary | Physical Demand Level | Work State |
|--------------|---------|-----------------------|------------|
| 05/24/1993 | Y | Sedentary | MA |

| Company Job Title | EEOC Job Class | Company Job Code | EE Badge/ID Number |
|-------------------|----------------|------------------|--------------------|
| adminstrative assistant | Office Clerical | A05A036F0 | |

| Company Location Code | Company Location Description |
|-----------------------|-----------------------------|
| | |

| Permanent Restrictions | Work Details and Restrictions | Job Accomodation | Job Eliminated |
|------------------------|-------------------------------|------------------|----------------|
| N | 85% SEDENTARY(PHONE WITH HEADSET, COPYING AND FAXING), 15 % WALKING. | Not currently available | N |

| Scheduled Hours Per Day | Scheduled Days Per Week | Total Hours Per Week | |
|-------------------------|-------------------------|----------------------|---|
| 7.5 | 5.0 | 37.5 | |

| Schedule Details |
|------------------|
| M-F 8:430 NO MANDATORY OT |

| Contacts | | | |
|----------|---|---|---|
| Name | Role | Telephone Number | Fax Number |
| aristia NINOS | Supervisor | (508)795-3173 | |

## EVENT SUMMARY INFORMATION

| Notification | | | |
|--------------|---|---|---|
| Last Day Worked | First Day Missed | Date Claim Incurred | Appeal |
| 04/12/2002 | 04/12/2002 | 04/12/2002 | |
| Date All Data Collected | Review Date | Total Days Prior To Review | |
| 04/26/2002 | | 0 | |

| Event Indicators | | | |
|------------------|---|---|---|
| Occ / Non-Occ | Injury / Illness | Pre-Existing | Takeover |

ADMIN REL 0057

| N | N | N | N |
|---|---|---|---|
| **SSDI** | | | |
| Not Applicable | | | |
| **Disability Benefits Dates** | | | |
| **Start** | | **End** | |
| | | | |
| **Return To Work** | | | |
| **Projected** | **Modified** | **Actual** | |
| | | | |
| **Case Closed Information** | | | |
| **Case Closed** | | **Reason Case Closed** | |
| 04/27/2002 | | Contract Provisions | |
| **Penalty Information** | | | |
| **From Date** | **Thru Date** | **Reduction Percent** | **Penalty Amount** |
| | | 0 | 0.0 |

## CERT/RECERT INFORMATION

**Disability Benefit Dates**

| S T Start | S T End | Test Change | A/D End |
|---|---|---|---|
| **L T Start** | **L T End** | **Test Change Met** | **M/N End** |
| | | N | |

**Guidelines**

| Norm Source | Norm Days | Rec. Source | Recommended Days |
|---|---|---|---|
| Aetna Norm | 53 | | 0 |

**Days**

| From Date | Days | Thru Date | Source |
|---|---|---|---|
| 04/12/2002 | 0 | | Nurse Case Manager |
| **Total Days** | **Disclaimer** | **Successive** | **Appeal** |
| 0 | N | N | N |
| **Projected RTW** | **Physical Demand** | **State Cash** | |
| | Sedentary | N | |

**Decision**

| Decision | Date | Reviewer | Rev. Method |
|---|---|---|---|
| Denied | 04/26/2002 | Chrostowski, Anne | Telephonic |

**Reason**

Definition Of Disability

ADMIN REL 0058

| EVENT NOTES | | |
|---|---|---|
| **Subject** | **Prepared By** | **Date Prepared** |
| Appeal | Jackson, Rhonda | 03/21/2003 |
| **Note** | | |
| Appeal Letter transferred to Metlife.  Ack letter sent to claimant indicating that Metlife will be handling the appeal. | | |
| **Subject** | **Prepared By** | **Date Prepared** |
| Appeal | Weber, Christine | 03/20/2003 |
| **Note** | | |
| letter rcvd from attorney McGuire - referred to rj to refer to metlife - cew - csp | | |
| **Subject** | **Prepared By** | **Date Prepared** |
| MD-Appeal upheld | Attfield, Melvyn | 01/23/2003 |
| **Note** | | |

note two of two
Medical data reviewed included but is not restricted to:
    4/18/02. Sandra Chiancola. "Cl presents anxious / tearful. Cl reports continued difficulties in work place. Cl describes an incident of unfair management practice surrounding her utilization of family leave act. Confrontation resulted in a vague accusation directed at cl if writing a threatening not ? disclosing to human resources ? union rep unfair management practice. Cl repts she never saw the note and suspects the not was staged to ? impact her case to union / HR. ? flattening of emotion, derealization, frequent and ? thoughts, avoidance of ? significant ? "I can't stop crying."? Quality of trauma response
    4/29/02. Sandra Chiancola. "Cl has made little gains over symptoms. Struggles with intrusive and ?Cl ? the strong ? at workplace as another difficulty. Cl agrees to work issues through ? EAP. Clinician strongly recommends new work environment.
    5/1/02. Karen Fleming NP. In September 2001  the insured began to develop symptoms "of anxiety related to multiple stressors. She did miss a few days of work but was well controlled on a combination of medications and counseling/" The insured was described as having "significant difficulties at work and at home. She describes a hostile environment on her job site and has sought assistance through her employers EAP. SHE HAS BEEN OUT OF WORK SINCE APRIL OF 2002. WE ARE AWARE SHE IS IN COUNSELING SHE HAS HAD MEDICATIONS REEVALUATED AND WILL BE SEEING HER EAP COUNSELOR ON AN AS NEEDED BASIS. SHE WILL SEE US AS NEEDED. DUE TO INABILITY TO PERFORM THE FUNCTIONS OF HER JOB SHE IS ASKED BY HER COUNSELOR AND ME TO REMAIN OUT OF WORK UNTIL FURTHER NOTICE. I ANTICIPATE WITH AGGRESSIVE TREATMENT, TIME OFF AND MEDICATIONS SHE WILL RETURN BY JUNE 15 2002."
    10/31/02. Letter from Karen Fleming NP / William Gaines MD. Was seen in the office since 1994. "In April she contacted our office to obtain a note to remain out of work due to acute situational anxiety. The patient spoke to me via telephone and advised me that she had been in counseling and had initiated actions to address what she described as a hostile environment at work. She stated that she did not contact me initially as she was again seeing a counselor and was at that point initiating some assistance through her EAP. She described feeling uncomfortable at work. She felt anger and hostility from some of her coworkers. She stated she was having tourble concentrating and was fearful of making mistakes (some were made but she was able to rectify them without consequence) She described palpitations and panic attacks. She described feeling uncomfortable in crowds. She remained out of work due to advice from her counselor as well as myself until she could perform her dutines and address the issues affecting her employment "head on."

ADMIN REL 0059

Melvyn Attfield Ph.D. DAAPM ABPN. ME00467
Consulting Clinical Neuropsychologist

| Subject | Prepared By | Date Prepared |
|---|---|---|
| MD-Appeal upheld | Attfield, Melvyn | 01/23/2003 |

**Note**

Note one of two
FILE REVIEW

CLAIMANT: Labranche, Kelly
SS#:  017620959
CONTROL#:  719988
REFERRAL SOURCE:  Rhonda Jackson
DATE: December 12, 2002

REFERRAL QUESTIONS
"Dates in question are 4/12/02 through 6/17/02. Please review clinical
information to determine if records support an impairment that rises to the
level of disability for the above time period. Please indicate claimants's
functional capacity to perform her sedentary occupation for the dates of
4/12/02-6/12/02."

DEMOGRAPHICS AND HISTORY
It is not feasible to personally evaluate the insured. Respectful of this
limitation, comments are constrained by the medical notes that are reviewed.
Restricting comments in this manner is consistent with recommendations of
APA Code of Conduct and Ethical Guidelines.
-33 year old Administrative Assistant, diagnosed with Major Depressive
Disorder, with a last date of work 1/12/02.

RECOMMENDATION
        Limited information in the file indicated 'job vs occ' issues.
        The medical notes fail to provide a review of symptoms that would
indicate the inability to return to her occupation.
        I would recommend ensuring that all available notes for the period
in question have been secured.
        A Nurse initiated TPC, an MHS Questionnaire and a request for type
written office notes to avoid misinterpretation of data would have been an
appropriate method of attempting to determine the insured's functional
capacity between the dates cited. Unfortunately, without written
documentation from the providers, a retrospective analysis might be
unreliable.

SYNOPSIS
Medical notes from the PCP Karen Fleming NP fail to provide contemporaneous,
objective data to support the presence of an impairment sufficient to
prevent the insured from working. Karen Fleming NP also indicated that
treatment with the counselor and through the physician's office would be on
an as needed basis. This would not indicate the presence of a condition that
is sufficiently impairing to prevent return to work.
Sandra Chiancola provided notes which indicated probable job vs occupation
problems. For example on 4/29/02 Sandra Chiancola apparently documented
options that she felt might help resolve the insured's problems; one
alternative being a new work environment. Details of work conflict and
recommendations for a new work environment suggest problems with her 'job.'
The absence of objectively defined symptoms to support an impaired work
capacity would suggest 'occupation' potential.
Missing information includes a detailed TPC with the nurse and a MHSS from

ADMIN REL 0060

either or both providers.
see next note

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| Appeal | Piiotrowski, Maria | 01/22/2003 |
| Note | | |

<<cont>>>
This review of your initial benefits determination will serve as your first level of review under the ERISA claims process. If you wish to pursue a second level of review, you must submit a written letter of appeal within sixty (60) days of the date of this letter to Verizon's Claim Review Committee. Please include any additional information relevant to Ms. Labranche's claim including copies of the physician's assessments, progress notes, diagnosis, treatment plans, response to treatment, prognosis and recommendations for work for the time period that you are requesting Sickness Disability benefits and mail directly to the following address:

The Verizon Claims Review Committee
C/o Verizon Benefits Center Claims Review Unit
P.O. Box 1457
Lincolnshire, Il  60069-1457

If you have any questions, please contact us at 1-800-459-3329.

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| Appeal | Piiotrowski, Maria | 01/22/2003 |
| Note | | |

Cau note: final appeal decision is touphold original denial of disability benefits. Detailed letter to:
Attorney at Law
John K. McGuire, Jr.
45 Linden Street
Worcester, MA 01609
********

Dear Attorney McGuire:

This letter is in response to your request for a review of the disability certification denial for the dates of April 12, 2002 through June 17, 2002. Pursuant to the terms of Verizon's Sickness and Accidental Disability Benefit Plans for New England Associates, (Sections 4.1 and 5.1) All Employees whose term of employment with the Employing Company is six (6) or more months shall become participants in the Sickness Disability Benefits portion of the Plan and be qualified to receive payments under the Plan on account of physical disability to work by reason of sickness. All Employees shall be participants in the Accidental Disability Benefit Plan and qualified to receive payments under the Plan on account of physical disability to work by reason of accidental injury arising out of and in the course of employment by the Employing Company.

In the first 12 months of a certified period of disability, to qualify for

ADMIN REL 0061

disability benefits Ms. Labranche must be unable, solely because of disease or injury, to perform the material duties of her own occupation. Material duties refer to those duties, both physical and cognitive, that are normally required for the performance of a particular occupation. Please be advised Ms. Labranche's occupation does not mean the specific job she is performing for a specific employer or at a specific location.

According to our records, Ms. Labranche's request for disability certification was denied after our Disability Nurse Case Manager was unable to obtain sufficient clinical information from her treating physician that indicated she was unable to perform the material duties of her own occupation.

A review of Ms. Labranche's file indicates that she became disabled March 25, 2002. She was employed as an Administrative Assistant at the time she ceased active work.

We reviewed the following information submitted as well as the medical information contained in Ms. Labranche's file:

      Nurse Case Manager Notes
      Your appeal letter
      Letter dated October 31, 2002 from Karen M. Fleming, N.P. and
William M. Gaines, MD

Ms. Labranche's file was forwarded to our Consulting Clinical Neuropsychologist, Melvyn Attfield, Ph.D. DAAPM, ABPN for review.

Ms. Labranche is a 32 year-old employee with administrative assistant occupation who went out of work on April 12, 2002. Medical notes from the primary care provider, Karen Fleming, NP, fail to provide contemporaneous, objective data to support the presence of impairment sufficient to prevent her from working. Karen Fleming, NP, indicated that treatment with the counselor and through the physician's office would be on an as needed basis. This would not indicate the presence of a condition that is sufficiently impairing to prevent a return to work.
Sandra Chiancola, LCSW, provided notes, which indicated probable job vs. occupation problems. For example, on April 29, 2002 Sandra Chiancola documented options that she felt might help to resolve Ms. Labranche's problems; one alternative being a new work environment. Details of work conflict and recommendations for a new work environment suggest problems with Ms. Labranche's "job". The absence of objectively defined symptoms to support an impaired work capacity would suggest "occupation" potential.

Based on this information, we are maintaining our decision to deny Ms. Labranche's disability benefits from April 12, 2002 through June 17, 2002 on the basis that she did meet the plan's definition of disability. The medical information provided does not support her inability to perform the material duties of her own occupation.

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| Appeal | Weber, Christine | 12/19/2002 |
| **Note** | | |
| ext letter sent to attorney - chris weber - csp | | |
| **Subject** | **Prepared By** | **Date Prepared** |

ADMIN REL 0062

eTUMS Event Profile Report                                        Page 9 of 26

| Appeal | Jackson, Rhonda | 12/04/2002 |
|---|---|---|
| **Note** | | |
| File Forwarded for Medical Review. | | |

| **Subject** | **Prepared By** | **Date Prepared** |
|---|---|---|
| Appeal | Weber, Christine | 11/18/2002 |
| **Note** | | |
| letter rcvd from attorney along with ap note from Fleming - referred to file - chris weber - csp | | |

| **Subject** | **Prepared By** | **Date Prepared** |
|---|---|---|
| Claim Action Plan | Chrostowski, Anne | 11/07/2002 |
| **Note** | | |
| verbal discussion with Rhonda Jackson, appeals.  at her request as EE is in appeals give her the note from ee.   This was done. anne chrostowski,lpn | | |

| **Subject** | **Prepared By** | **Date Prepared** |
|---|---|---|
| Claim Action Plan | Chrostowski, Anne | 11/07/2002 |
| **Note** | | |

received by us mail with postmark 11-1-02 note dated 10-9-02 from ee.

Aetna, Inc MC1
151 Farmington Avenue
Hartford, CT 06156
Attn: Anne Chrostowski

I, Kelley LaBranche SS#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, am requesting that copies all of my
AETNA documentation medical or otherwise from April 15, 2002 through June
19, 2002 be released to:

John E Marshall
Business Manager
IBEW Local 2325
300 West Main St, Building D
Northboro, MA 01532

Thank you

Kelley LaBranche (signed)

| **Subject** | **Prepared By** | **Date Prepared** |
|---|---|---|
| Appeal | Weber, Christine | 10/29/2002 |

ADMIN REL 0063

**Note**

returned call to ee - left msg appeal rcvd and ackn letter is in the mail - chris.weber - csp

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| Appeal | Jackson, Rhonda | 10/28/2002 |

**Note**

Appeal Rec'd/ Ack letter to claimant/ E-mail to S. Orlando for copy of claim file/ Appeal intake form sent to Dis. Appeals Mailbox.

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| Appeal | Chrostowski, Anne | 10/22/2002 |

**Note**

formal appeal letter from attorney given to Rhonda Jackson in Appeals. at her request UA to make a copy of claim. UA given hard copy.   anne chrostowski,lpn

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| Appeal | Chrostowski, Anne | 10/22/2002 |

**Note**

received by mail letter from John K.Mcguire jr, Mcguire & Mcguire pc, counselors at law, 45 Linden Street, Worcester, Ma 01609 dated 10-1-02 with postmark same date   (this ncm out of office 10-7 until 10-21)

Dear Ms. Chrostowski,

This office represents the above captioned, Kelly Lebranche, with regard to her application for disability benefits. Ms. Lebranche has submitted to you the opinions of Sandra Chiancola, her therapist, dated June 10, 2002 as well as a letter from her general practitioner, Dr. William Gaines, dated May 1, 2002.   Her therapist, Sandra Chiancola, in her letter of June 10, 2002, relates that Ms. Lebranche at that time was suffering "bouts of clinical depression with anxiety resulting in memory and concentration deficits, fatigue, hopelessness, depression and panic attacks. Her job as an administrative assistant during that period required that she perform various clerical tasks as well as other administrative duties which required highly functional organizational skills. During her claim for disability between April 15, 2002 to June 17, 2002, Ms. Lebranche was very often unable to leave her home due to her anxiety and panic attacks. On those occasions when she would be able to get out, her memory and concentration deficits prevented her from performing her work. Dr. Gaines specifically states: "due to her inability to perform the functions of her job she is asked by her counselor and me to remain out of work until further notice." By virtue of that sentence, Dr. Gaines intimates that he was familiar with her job and had indicated at that time that she was unable to perform it due to her emotional condition.

In view of the fact that this claim involves a brief closed period of disability and that you have paid periods in the past for the same condition, and further based on the opinions of three treating clinicians that Ms. Lebranche was totally disabled from performing her job as an administrative assistant during the period in question. Aetna and/or Verizon's obligations to pay benefits is clear. Therefore, please consider this an appeal of your determination of May 1, 2002, and a formal demand for the payment of benefits under the policy.

Thank you for your attention.

Very truly yours,

John K. McGuire, Jr.   (signed)

ADMIN REL 0064

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| Status  | Williams, Dahlia | 10/08/2002 |

**Note**

tcf er aristia ninos, request denial letter sent to er for fda-04-12-02......will request to be sent.........dahlia williams,dsr

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| Status  | O'Brien, Kathleen | 09/27/2002 |

**Note**

TCF Jeannette Vallencourt, Union requesting chronology of events
Discussed - ee has never been certified! Reconsiderations have been upheld
for denial -' never appealed

kathleen o'brien rn

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| Status  | Misenti, Kelly | 08/23/2002 |

**Note**

TCF ER ARISTIA NINOS, SUPV.......?ING RELAPSE CLAIM.......EE RTW ON 6-19-02 AND WENT BACK OOW ON 6-26-02.........EE THEN RTW 6-27-02 AND WENT OOW IN THE BEGINNING OF JULY FOR ONE DAY........ADVISED ER THE INITIAL DENIAL WAS IN APRIL, THEREFORE, THIS WOULD NOT BE A SUCCESSIVE CLAIM............KMISENTIDSR

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| Other   | Chrostowski, Anne | 07/05/2002 |

**Note**

july 5, 2002

Mcguire & Mcguire, P.C.
Counselors at Law
Attn: John K McGuire, Jr.
45 Linden Street
Worcester, Massachusetts 01609

RE: Kelly Labranche
M719988-8017-62-0959

Dear Mr. McGuire:

In response to your request for the Long Term Disability policy, Ms.
Labranche needs to contact Verizon Benefits for a benefit handbook.

Sincerely,

ADMIN REL 0065

eTUMS Event Profile Report

Anne Chrostowski
Verizon Managed Disability

AC/sl

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Nurse Review - Verbal | Chrostowski, Anne | 07/05/2002 |

**Note**

letter from atty discussed with b. bishop-reid TL.   ua can send letter to
attorney that LTD policy comes from Benefits Dept at Verizon.    anne
chrostowski,lpn

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Other | Chrostowski, Anne | 07/05/2002 |

**Note**

letter from mcguire & mcguire p.c., counselors at law, 45 linden street,
worcester, ma 01609   june 19, 2002

please be advised that this office represents kelly labranche.  would you
kindly provide us with a copy of her Long Term Disability policy.

thank you for your cooperation.

very truly yours,

john k mcguire jr (signed)

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Koonce, June | 07/01/2002 |

**Note**

ADMIN REL 0066

tcf er Arista Ninos  Supv  Confirm ee rtw 06-19-02 fd ... june koonce dsr

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| Status | Paul, Michelle | 05/22/2002 |

**Note**

TCF EE AND ANN FROM BENEFIT CENTER - STS HER HANDBOOK DOES NOT CONTAIN
DENIAL SECTIONS, AS LISTED IN REASONS AND SECTIONS ON NOD RECVD...ADV THAT
BENEFIT CENTER OR SUPV PROVIDES DOCUMENTATION AND SECTIONS....BENEFIT CENTER
ADV EE THAT AETNA SHOULD PROVIDE THESE HANDBOOKS...INFORMED THAT DENIAL
REASON ARE GIVEN TO US FROM VERIZON.... EE UNDERSTOOD...BUT DOES NOT
UNDERSTAND REASON FOR DENIAL...AT THIS POINT BENEFITS CENTER
DISCONNECTED ...ADV EE THAT DENIAL WAS DUE TO LACK OF CLINICAL INFORMATION
TO SUPPORT ABSENCE ---AND BASED ON MD REVIEW THERE IS NO INDICATION ON
MEDICIAL RECORDS PROVIDED FOR EE TO BE DISABLED ...ADV CLINICAL DATA TO
SUPPORT THAT THE SX/SY RISE TO A LEVEL OF DISABILITY IS NEEDED IN ORDER FOR
DENIAL TO BE RECONSIDERED...EE STS SHE WILL APPEAL THE PROCESS AGAIN AND
WILL SPEAK WITH DR...EE WOULD LIKE TO HAVE AP CONTACT SOMEONE...ADV THAT
WRITTEN DOCUMENTATION IS NEEDED IN ORDER FOR RECONSIDERATION ...EE EXPRESSED
UNDERSTANDING ....MAPDSR

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| Status | Schaller, Heather | 05/20/2002 |

**Note**

TCF EE.....EE QUESTIONNED THE SECTIONS ON THE NOD FOR WHICH SHE WAS
DENIED.....ADVISED THE EE THAT HER PLAN IS PROVIDED THRU HER BENEFITS WITHIN
VERIZON AND THAT AUSHC JUST MANAGES THE CLAIMS....PROVIDED THE EE WITH THE
BENEFITS DEPT PHONE #.....HSCHALLER, DSR

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| Status | O'Brien, Kathleen | 05/13/2002 |

**Note**

TFC JEANETTE VALLENCOURT QUESTIONING STATUS

Advised Jeanette that med dir has reviewed and denial is upheld.
Encouraged ee to appeal

Kathleen O'Brien RN

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| MD - Mts Occ Dem | DeFoy, Walter J | 05/07/2002 |

**Note**

Rev of TUMS; Rev of ltr from NP Flemming and AP Wm Gaines dated 5/01/02;
Medical records 4/18/02, 4/29/02// This is a 32 yo EE with with a sed. adm.
Assistant job who went OOW on 4/12/02. Objective clinical information to
support impairments to the level of disability is not present. After
reviewing the letter of the AP and NP they present no objective clinical
data to support a disability. Review of the medical records shows what
appears to be an HR issue and is referred to in the notes as "unfair
management practice surrounding her utilization of family leave act" and the
EE's response which required very low dose of Alprozolam to tx. There is no
indication these anxiety symptoms required EE to be disabled.No further tx
was initiated at the 4/29/02 visit./ Reconsideration: There is no objective
clinical data presented to support that the sx/sy were of such severity that
the impairment rose to the level of disability./WJDeFoy,MD:

ADMIN REL 0067

ADMIN REL 0068

eTUMS Event Profile Report

| Subject | Prepared By | Date Prepared |
| --- | --- | --- |
| Status | O'Brien, Kathleen | 05/07/2002 |

**Note**

TCF JEANETTE VALLENCOURT, UNION   REGARDING STATUS OF CLAIM.
CLAIM REMAINS DENIED.   FURTHER CLINICAL WAS RCVD BUT DENIAL UPHELD AS
INFORMATION DID NOT SUPPORT DISABILITY

KATHLEEN O'BRIEN, RN

| Subject | Prepared By | Date Prepared |
| --- | --- | --- |
| Other | Lickwar, Samantha | 05/06/2002 |

**Note**

initial denial letter returned from ups. fda: 04/12/02   begin: 04/19/02.
reason for return:  apt # needed, not delivered. sending out regular mail to

kelley labranche
220 providence rd unit 109
south grafton, ma 01560

samantha lickwar/ca.

| Subject | Prepared By | Date Prepared |
| --- | --- | --- |
| Status | Mariani, Betsy | 05/02/2002 |

**Note**

TCF JEANETTE VALLENCOURT, UNION, QUESTIONING CERT STATUS
CASE REVIEWED.
FDA OF 04/12/02 DENIED D/T LACK OF OBJECTIVE FUNCTIONAL IMPAIRMENT IDENTIFIE
CLIN SUBMITTED RECONSIDERATION HOWEVER DENIAL UPHELD
CLIN REFERENCES ISSUES IS WORK RELATED NOT DISABILITY
EE NEEDS TO F/U W/ ER, EAP ETC WITHIN VERIZON, CATHY MARAINI, RN

| Subject | Prepared By | Date Prepared |
| --- | --- | --- |
| Medical Director Review - Written | Chrostowski, Anne | 05/02/2002 |

**Note**

tasked claim and clinical to medical director for review after discussion
with s. delvecchio RN TL.  claim denial has been maintained and appeal.
letter sent to ee.  anne chrostowski,lpn

| Subject | Prepared By | Date Prepared |
| --- | --- | --- |
| Other | Chrostowski, Anne | 05/02/2002 |

**Note**

Date    5-1-02
Anne Chrostowski
MC3E
Verizon Managed Disability
Phone: 800-459-3329
Fax: 877-484-2112

Ms. Kelley Labranche
220 Providence Road
So. Grafton, MA 01609

Dear Ms. Labranche,

Aetna has received faxed office notes from 4-18-02 and 4-29-02 from Sandra
Chiancola and faxed note dated 5-1 from Fallon Clinic K. Fleming NP.
Unfortunately, this information is not sufficient to warrant a reversal of
our claim decision at this level. Information missing in order to determine
eligibility of benefits is an objective assessment of current impairments as
well as assessment level of functioning in daily activities and how these
impairments interfere with your ability to perform your current job as an
administrative assistant.

Please refer to the initial denial that was sent to you on 4-27-02. As
indicated in that letter, you have the right to file a written appeal if you
disagree with our decision. Your written appeal must be received by 180
days from 4-27-02 in order to be considered.

Please submit your appeal to the following address:

        Disability Appeals Unit
        151 Farmington Ave.
        Hartford, CT 06156-2970

Sincerely,

Anne Chrostowski
Verizon Managed Disability

ADMIN REL 0069

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Clinical Information | Chrostowski, Anne | 05/02/2002 |

**Note**

office notes from 4-18 and 4-29-02 attached to hard copy of claim from lic sw sandra chiancola. anne chrostowski,lpn

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Nurse Review - Verbal | Chrostowski, Anne | 05/02/2002 |

**Note**

claim with new clinical received from fallon clinic K. fleming NP 5-1-02 discussed with s. delvecchio BH TL. in agreement with ncm that information is subjective, does not say when ee seen in office. per conversation with this office on 4-29-02 ncm was told ee last seen there 11/01, fda for this claim is 4/02. current information does support that she is having problems and is undergoing counseling. Letter from NP states that ee advised to take a leave of absence which would not be disability. denial is maintained and updated appeal letter sent to ee by ncm with notation. Information missing in order to determine eligibility of benefits is an objective assessment of current impairments as well as assessment level of functioning in daily activities and how these impairments interfere with your ability to perform your current job as an administrative assistant. claim and clinical received also tasked to medical director for review. anne chrostowski,lpn

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Eligibility Review | Chrostowski, Anne | 05/01/2002 |

**Note**

received faxed note from fallon clinic dated 5-1-02 to ee

to whom it may concern:

ee is a patient of mine whom I have known for over five years. she in september of 2001 began to develop symptoms of anxiety related to multiple stressors. she did miss a few days of work but was well controlled on a combination of medications and counseling.

it appears her symptoms have recently worsened. she is having significiant difficulties at work and at home. she describes a hostile enviornment on her job site and has sought assistance through her employers employee assistance program (eap).

it appears she began increasingly anxious and unable to perform the functions of her position. she was advised to consider a leave of absence, changing positions and dealing more effectively with her anxiety by addressing issues "head on".

she has been out of work since april of 2002. we are aware she is in counseling, she has had medications reevaluated and will be seeing her eap counselor on an as needed basis. she will see us as needed. due to inability to perform the functions of her job she is asked by her counselor and me to remain out of work until further notice.

i anticipate with aggressive treatment, time off and medications she will return by june 15, 2002.

ADMIN REL 0070

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| Other | Chrostowski, Anne | 05/01/2002 |

**Note**

Date    5-1-02
Anne Chrostowski
MC3E
Verizon Managed Disability
Phone: 800-459-3329
Fax: 877-484-2112

Ms. Kelley Labranche
220 Providence Road
So. Grafton, MA 01609

Dear Ms. Labranche;

Aetna has received faxed office notes from 4-18-02 and 4-29-02 from Sandra
Chiancola  and faxed note dated 5-1 from Fallon Clinic K. Fleming NP.
Unfortunately, this information is not sufficient to warrant a reversal of
our claim decision at this level.

Please refer to the initial denial that was sent to you on 4-27-02.  As
indicated in that letter, you have the right to file a written appeal if you
disagree with our decision.   Your written appeal must be received by 180
days from 4-27-02  in order to be considered.

Please submit your appeal to the following address:

        Disability Appeals Unit
        151 Farmington Ave.
        Hartford, CT 06156-2970

Sincerely,

Anne Chrostowski
Verizon Managed Disability

ADMIN REL 0071

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Chrostowski, Anne | 05/01/2002 |

**Note**

received tc from aristia ninos er. ee has not rtw, ncm explained claim is denied. er wanted to know information as she will be sending letter out. ncm explained ee has 180 days from original denial date to provide clinical for possible reconsideration.

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Chrostowski, Anne | 05/01/2002 |

**Note**

received vm from aristia ninos er. asked that ncm update her as ee did not rtw, er is in meeting but can be paged at 508-354-9826 and she will call ncm. anne chrostowski,lpn

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Williams, Dahlia | 05/01/2002 |

**Note**

TCF EE, CHKING IF FAX HAS BEEN REC'D, ADVISED YES HAS BEEN REC'D, BUT FORWARD TO NCM...EE REQUEST IF NOT NOT COMPLETE INFORMATION FOR NCM TO CONTACT DOCTOR ..........DAHLIAM MANN,DSR

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Schaller, Heather | 05/01/2002 |

**Note**

FAX RECD VIA SERVER FROM DR. GAINES ON 5/1/2002 @ 1352 PM....AP NOTE 2 PAGES...FORWARDED TO THE NCM...HSCHALLER, DSR

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Daniels, Sonya | 05/01/2002 |

**Note**

TCF ER, ARISTA NINOS-SUPERVISOR, CHECKING STAUS OF EE'S CLAIM....ER WANTED TO KNOW STATUS FMLA AS SHE WAS ADVISED TO CALL....GAVE ER FMLA 800 #....SDANIELS

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Schaller, Heather | 05/01/2002 |

**Note**

ADMIN REL 0072

TCF ER ARISTIA NINOS....ER REQUESTED TO SPEAK WITH THE NCM...DENIED ASSISTANCE...TRANSFERRED CALL TO THE NCM....HSCHALLER, DSRF

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Eligibility Review | Delvecchio, Steven | 05/01/2002 |

**Note**

TCf ee. EE was informed that the clinical notes from her therapist were reviewed. There is not enough information to support disability Benefits. Informed ee of her right to appeal. In order to reconsider benefits, we would need an Objective assessment of Specific Impairments that would prevent her from performing the duties of her job. I have agreed with her that the current information does support that she is having problems. What is not clear is if the problems rise to the level of a disability. EE expressed dismay. Informed her she would receive a letter informing her that reconsideration for benefit determination. Denial was upheld. Steven delvecchio rn Bh TL.

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Saraco, Jessica | 05/01/2002 |

**Note**

TCF EE...TRANSFERRED CALL TO NCM...JSARACODSR

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Eligibility Review | Delvecchio, Steven | 05/01/2002 |

**Note**

TCT ee. Left message for cb. if ee calls back, please see if I am available or if NCM is available. ee needs to be advised Uphold denial. rights of appeal. Steven delvecchio Rn Bh TL.

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Nurse Review - Written | Delvecchio, Steven | 05/01/2002 |

**Note**

Behavioral health note. I have reviewed Session notes from Sandra Chiancola dated 04/18/02 and 04/29/02. The notes indicate that the ee is verbalizing conflict in the work place. What is not clear if ee has the ability to perform her job? There is no assessment of the ee's overall level of functioning and her activity level. Notes indicate that the ee agrees to work issues thru UNION and EAP. Based on current information looks to be a job mismatch. There is a lack of objective information to support that the ee has an impairment that rises to the level of a disability. My recommendation is to uphold the denial, would recommend ee appeal the decision. In order to reconsider benefit would require full objective assessment that supports impairments that would prevent her from performing the duties of an administrative assistant.
Steven Delvecchio Rn Bh TL.

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Eligibility Review | Delvecchio, Steven | 04/30/2002 |

**Note**

TCF ee. Spoke with ee at length. Ee indicates that she has been having difficulty with depression for the last three years. S states that her work place issues are separate from issues related to depression, however her depression does make issues more difficult to deal with at work. I have informed ee that I will review clinical information we received today with her NCM tomorrow. I have informed ee that I can make no Guarantees about a certification. Either the NCM or I will call her with a decision on her benefits. Mid to late AM 05/01/02.

ADMIN REL 0073

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Wilson, Latresa | 04/30/2002 |

**Note**

TCF Jessica Saraco...EE sts that she would like her notes that were faxed to today to be rev and decision made today...advised EE that ncm is allowed time to rev info rec'd....EE sts that she would be advised at least like to be advised if info rec'd is enought to be reconsidered or if ncm needed any further info...discussed matter with S. Delvechhio...call transferred to S.Delvecchio....LATRESAWILSON,DSR

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Saraco, Jessica | 04/30/2002 |

**Note**

TCF EE.....EE REQUESTING THAT SHE WOULD LIKE TO HAVE DSR FAX OVER CLINICAL REQUEST FORM  TO AP CHIANCOLA .....EE STS THAT SHE WILL CB WITH AP CHIANCOLA FAX# .....JSARACODSR.....EE REQUESTING TO SPEAK TO A SUP...DSR TRANSFERED CALL  TO A TEAM LEAD.....JSARACODSR

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Schaller, Heather | 04/30/2002 |

**Note**

FAX RECD VIA SERVER FROM DR. ? ON 4/30/2002 @ 1134 AM....AP NOTE...FORWARDED TO THE NCM...HSCHALLER, DSR

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | O'Brien, Kathleen | 04/30/2002 |

**Note**

TCF  JEANETTE VALLENCOURT, UNION.   QUESTIONING STATUS OF CLAIM ADVISED THAT CLAIM REMAINS DENIED AS PROVIDER INCIDATED THAT EE WAS ABLE TO PERFORM THE FUNCTIONS OF HER JOB.   IT WAS INDICATED THAT A DIFFERENT LOCATION WOULD BE BETTER BUT WE CANNOT DISABLE FOR WORK PLACE ISSUES.

EE IS IN PROCESS OF OBTAINING ADDITIONAL INFORMATION FOR RECON.

KATHLEEN O'BRIEN, RN

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Smith, Richard | 04/30/2002 |

**Note**

TCF  UNION REP  JEANETTE VALENCOURT .....  REQUEST UL K. OBRIEN....  ANNOUNCED AND XFERRED CALL... RICHARD SMITH, DSR

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Small-Miller, Linette | 04/30/2002 |

**Note**

TCF EE TO ASK TYPE OF INFO NCM NEEDS FROM AP.....ADV EE AP SHOULD  FAX TO NCM; ALL MED. INFO PERTAINING TO HER DISABILITY, INCLUDING OFFICE NOTES...EE STATES SHE WILL HAVE AP FAX INFO. L.SMALL-MILLER,DSR

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Schaller, Heather | 04/30/2002 |

ADMIN REL 0074

**Note**

TCF EE...QUESTIONNED WHAT NEEDS TO BE SENT TO THE NCM IN ORDER FOR HER CLAIM
TO BE RECONSIDERED.....EE'S PHONE DISCONNECTED BEFORE THE EE COULD BE
ADVISED OF WHAT WAS NEEDED...HSCHALLER, DSR

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Rodriguez, Virginia | 04/30/2002 |

**Note**

TCF ER ARISTIA NINOS.....ER STS EE CORRECT FDA IS 4-15-02 NOT 4-12-
02....VIRGINIA RODRIGUEZ,DSR

KELLEY LABRANCHE....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

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Carr, Russ | 04/30/2002 |

**Note**

TCF ER ARISTIA NINOS..ADVISED CLAIM DENIED FOR LACK OF CLINICAL...RCARRDSR

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Clinical Information | Chrostowski, Anne | 04/29/2002 |

**Note**

late entry for 4-26. tct donna at karen fleming NP, pcp.  ncm explained
claim denied for insufficient objective information, ee has been advised by
ncm to get office notes from therapist and prescribing physician for
medication for possible reconsideration. donna offers that ee was last seen
in this office on 11-7-01, is on xanax. donna aware those notes would not be
helpful since fda on this claim is 4-12-02. anne chrostowski,lpn

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Clinical Information | Chrostowski, Anne | 04/29/2002 |

**Note**

late entry for 4-26 4:37pm.  received vm from donna at apo, asked that ncm
call her 508-721-1140, ee called her but she is not sure what is needed.
will be in office until 5pm. anne chrostowski,lpn

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Misenti, Kelly | 04/26/2002 |

**Note**

TCF EE.......EE ?ING CONFIDENTIALITY......EE JUST ?ING WHAT HAPPENS WITH THE
CLINICAL.......ADVISED EE ONCE CLINICAL IS RCD, IT IS ENTERED INTO THE
SYSTEM AND FORWARDED DIRECTLY TO THE NCM FOR REVIEW.......ADVISED EE THERE
WOULD NEVER BE A BREACH OF CONFIDENTIALITY AND NO INFO IS EVER TOLD TO THE
ER........EE XPRESSED UNDERSTANDING FOR SHE WAS JUST CONCERNED THAT HER ER
WILL BE CALLING NEXT WEEK TO FIND OUT WHAT IS WRONG WITH
HER.........ADVISED EE NO ONE AT AUSHC WOULD SUBMIT THAT
INFO...........KMISENTIDSR

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Carr, Russ | 04/26/2002 |

**Note**

ADMIN REL 0075

LATE ENTRY FROM 03 54PM AS DSR AND NCM WERE INN CLAIM....

TCF EE...TRANSFERED TO NCM...RCARRDSR

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Chrostowski, Anne | 04/26/2002 |

**Note**

received tc from ee. denial of claim explained to ee and reason why denial
as work issues with job location transfers are not addressed by std. ee
offers she also has health problems and is on medication and cannot work.
ncm advised ee to have therapist and physician prescribing medication  fax
office notes and initial mental health assessment form from time period of
fda to ncm for possible reconsideration, gave fax #. ee offers she has not
seen MD in a while. has been on and off medications in past.  ee does not
want her pay affected and will give information to therapist on monday with
her session to send notes. ee can check with rep to see if anything has been
rec'd but ncm will not make decision to uphold or overturn denial same day
information is rec'd.  ee ? concerns if therapist or md do not have
records.  ee has 180 days from today to provide clinical information.
verbalizes agreement and understanding of process and why claim denied. anne
chrostowski,lpn

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Chrostowski, Anne | 04/26/2002 |

**Note**

no vm left by ee (note from dsr). anne chrostowski,lpn

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Snow, Annie | 04/26/2002 |

**Note**

*****************ADDENDUM ................ADVISED EE CLAIM IS
DENIED.....ANNIE SNOW DSR

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Snow, Annie | 04/26/2002 |

**Note**

TCF EE KELLEY A. LABRANCHE RTC CALL TO NCM .....ADVISED EE NCM NOT
AVAIL ...TRAN X CALL TO NCM VM ...A. CHROSTOWSKI ......ANNIE SNOW DSR

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Chrostowski, Anne | 04/26/2002 |

**Note**

tct aristia ninos, er.  left vm with name and 800#.  claim with fda 4-12
denied, ee has been left vm.  anne chrostowski,lpn

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Clinical Information | Chrostowski, Anne | 04/26/2002 |

**Note**

ADMIN REL 0076

*** cert decision. dci 4-12-02. claim denied for insufficient objective information, ee having work issues, therapist said ee could do job in different location with different supervisors, has union and EAP involvement for job location transfer. db 451-no. to oa for initial denial nod to ee and aristia ninos er. anne chrostowski,lpn***

#34 NO INFORMATION RECEIVED
The plan provides that a disability period will be certified only if Aetna determines that due to an illness or off duty injury, you are disabled from working. Aetna has not certified your disability because we have not been provided with clinical information to establish that you are disabled/ Section 6(10) & Section 4(1).

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| Status | Chrostowski, Anne | 04/26/2002 |

**Note**

tct ee. left vm with name and 800#. asked that she call.

ncm attempted to let ee know claim with fda 4-12 denied, put call thru to ncm for explanation. anne chrostowski,lpn

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| Nurse Review - Verbal | Chrostowski, Anne | 04/26/2002 |

**Note**

claim and clinical discussed with s. delvecchio bh TL. in agreement with ncm to deny claim. ee could provide initial mental health assessment and office notes for possible reconsideration from therapist and medication prescribing MD. therapist told ncm ee could do job in different location with different supervisor, union and EAP involved with work issues. anne chrostowski,lpn

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| Status | Daniels, Sonya | 04/24/2002 |

**Note**

TCF EE, CHECKING STATUS OF CLAIM....INFORMED EE NCM RCV CLINCIAL TODAY 04/24/02 AND CURRENTLY REVIEWING AND NCMWILL CALL WITH DETETMINATION....SDANIELS

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| Clinical Information | Chrostowski, Anne | 04/24/2002 |

**Note**

received tc from sandra chinancola lic sw. office 6 melville street, worcester ma 01605, tax #015547128. has information ncm asked for. ee is using union and EAP appropriately and therapist feeling is that union needs to find ee new job in a different location. therapist is aware that this is not a std issue and ncm would not be involved. ncm ? ee be able to do job as admin assistant in different location with different supervisor, yes. offers that ee is also exhibiting sleep disturbance and is on medication, does not have chart with her but believes it is lorazepam, axis V-51, ee is hypervigilant. ncm ? ee able to do ADLs, offers baseline has decreased, unable to tend to tasks, not completing all ADL activities, last visit ee was clean but disheveled. artw unknown at this time. anne chrostowski,lpn

ADMIN REL 0077

eTUMS Event Profile Report

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Clinical Information | Chrostowski, Anne | 04/24/2002 |

**Note**

tct sandra chiancola, clinician. left vm with name and 800#. ncm rec'd vm, however more information is needed. ncm still needs spelling of clinician's name, address and tax id#, ee artw status if known, ncm ? what is going to change when ee rtw, ? does ee have union/EAP involved, can leave vm but information is needed. anne chrostowski,lpn

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Clinical Information | Chrostowski, Anne | 04/24/2002 |

**Note**

received vm from sandy chiancola clinician in worcester ma. ee is currently involved in psychotherapy biweekly, her dx includes 296.2, 300.2 and a recent dx of 308.3 subacute stress disorder x two weeks now. symptoms associated with ee dx subacute stress disorder include derealization, states of anxiety, avoidance of stimulai associated with the trauma, panic symptoms, numbing and detachment. ee struggles with ongoing depression as well as generalized anxiety symptoms including worthlessness, decreased pleasure in activities that brought pleasure, depressed mood most of the time, irritibility, anxious racing thoughts associated with generalized anxiety disorder. symptom duration for depression and generalized anxiety has been about a year and half now, the subacute stress disorder is actually in response to a work related situation that was manipulative in abuse of managerial power thru unfair practices in terms of time off. if more information is needed call 508-854-0642. anne chrostowski,lpn

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Clinical Information | Chrostowski, Anne | 04/23/2002 |

**Note**

tct sandra chincola 508-854-0642. left detailed vm with name and 800#. asked that she call with dx, symptoms preventing work as admin asst, treatment plan, artw if known or followup appt, information needed by 4-26 to process claim, fda 4-12, also asked that she confirm spelling of her last name and tax id#, what her specialty is, can leave vm but information needed, ee paycheck dependent on clinical being returned. anne chrostowski,lpn

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Clinical Information | Koonce, June | 04/22/2002 |

**Note**

******inital call to ap . for dci 04-12-02..AP SANDRA CHIANCOLA @ : 508-854-0642 ... JUNE KOONCE DSR

reach vm ..left vmm to rtc to ncm Elizabeth Cain .. or cb with fax # ....june koonce dsr

| Subject | Prepared By | Date Prepared |
|---|---|---|
| New Case Intake | Koonce, June | 04/22/2002 |

**Note**

ADMIN REL 0078

```
EE 3PT

EE NAME KELLY A. LABRANCHE    & SS# 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

EDA:   04-15-02
LDW :  04-11-02
ADDRESS: 220 PROVIDENCE RD UNIT 109  SOUTH GRAFTON MASS 01609
EE PHONE #: 508-612-9780
OK TO LEAVE MESSAGE:  YES
JOB TITLE: ADM, ASST
HOURS 8:43PM  5 /WEEK,   OT-NO
AP NAME SANDRA CHIANCOLA    & PHONE: 508-854-0642
AP FAX #: N/A
AP ADDRESS:  6 MILL VILLE RD  WORCESTER MASS
ARTW:  N/A
Last OV :  04-18-02                        Next OV NOT
SCHEDULED:
ADVISED OF ROI?: YES
ADVISED EE THAT AETNA WILL NEED WRITTEN PERMISSION FROM EE TO SPEAK TO
FAMILY MEMEBER IF FAMILY MEMBER IS GOING TO CALL TO INQUIRE ON CLAIM
ADVISED OF MDIS YES & DRUE YES .....
NCM :  ANNE  CHROSTOWSKI
DSR :  JUNE KOONCE
```

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Small-Miller, Linette | 04/19/2002 |
| **Note** | | |
| PREVIOUS INTAKE INFO SHOWS ***NEW TELEPHONIC**** CLAIM...THIS IS A ****NON-SUCCESSIVE**** CLAIM  L. SMALL-MILLER, DSR | | |

| Subject | Prepared By | Date Prepared |
|---|---|---|
| New Case Intake | Small-Miller, Linette | 04/19/2002 |
| **Note** | | |

ADMIN REL 0079

```
TCF ER ARISTIA NINOS TO REPORT NEW TELEPHONIC INTAKE FOR DCI 04/12/2002 ON
04/19/2002
AT 3:16 PM

EE'S NAME: KELLEY LABRANCHE
EE'S SSN: 017620959

SUPERVISORS NAME & TITLE: ARISTIA NINOS, DESIGN ADMINISTRATOR
PHONE NUMBER:   (508) 795-3173
CELL OR PAGER (IF APPLICABLE) N/A

NAME OF PERSON TO RECEIVE DISABILITY NOTICE: ARISTIA NINOS
MAILING ADDRESS: 15 CHESTNUT  STREET, 6TH FLOOR,  WORCESTER, MA 01609

EMPLOYEE'S JOB TITLE: ADMIN ASST
EE PHONE: 508 612 9780
EE ADDRESS:  220 PROVIDENCE ROAD, SOUTH GRAFTON, MA  01560

FISRT DAY ABSENT:    04/12/2002
LAST DAY WORKED: 04/11/2002
HAS EE RETURNED TO WORK YET? NO     DATE:
WITH RESTRICTIONS?


ADVISED ER THAT IF NO INFORMATION RECEIVED AFTER 5 BUSINESS DAYS, NURSE CASE
MANAGER WILL CONTACT WHEN DETERMINATION  IS MADE....YES


L.SMALL-MILLER,DSR
```

AETNA CONFIDENTIAL

ADMIN REL 0080

Walter DeFoy        5-7-02

Rev of TUMS; Rev of ltr from NP Flemming and AP Wm Gaines dated 5/01/02; Medical
records 4/18/02, 4/29/02// This is a 32 yo EE with with a sed. adm. Assistant job who
went OOW on 4/12/02. Objective clinical information to support impairments to the level
of disability is not present. After reviewing the letter of the AP and NP they present no
objective clinical data to support a disability. Review of the medical records shows what
appears to be an HR issue and is referred to in the notes as "unfair management practice
surrounding her utilization of family leave act" and the EE's response which required
very low dose of Alprozolam to tx. There is no indication these anxiety symptoms
required EE to be disabled.No further tx was initiated at the 4/29/02 visit./
Reconsideration: There is no objective clinical data presented to support that the sx/sy
were of such severity that the impairment rose to the level of disability./WJDeFoy,MD:

ADMIN REL 0081

## FILE REVIEW

CLAIMANT: Labranche, Kelly
SS#:  017620959
CONTROL#:  719988
REFERRAL SOURCE:  Rhonda Jackson
DATE: December 12, 2002

## REFERRAL QUESTIONS

"Dates in question are 4/12/02 through 6/17/02. Please review clinical information to determine if records support an impairment that rises to the level of disability for the above time period. Please indicate claimants's functional capacity to perform her sedentary occupation for the dates of 4/12/02-6/12/02."

## DEMOGRAPHICS AND HISTORY

It is not feasible to personally evaluate the insured. Respectful of this limitation, comments are constrained by the medical notes that are reviewed. Restricting comments in this manner is consistent with recommendations of APA Code of Conduct and Ethical Guidelines.

33 year old Administrative Assistant, diagnosed with Major Depressive Disorder, with a last date of work 1/12/02.

## RECOMMENDATION

- Limited information in the file indicated 'job vs occ' issues.
- The medical notes fail to provide a review of symptoms that would indicate the inability to return to her occupation.
- I would recommend ensuring that all available notes for the period in question have been secured.
- A Nurse initiated TPC, an MHS Questionnaire and a request for type written office notes to avoid misinterpretation of data would have been an appropriate method of attempting to determine the insured's functional capacity between the dates cited. Unfortunately, without written documentation from the providers, a retrospective analysis might be unreliable.

## SYNOPSIS

Medical notes from the PCP Karen Fleming NP fail to provide contemporaneous, objective data to support the presence of an impairment sufficient to prevent the insured from working. Karen Fleming NP also indicated that treatment with the counselor and through the physician's office would be on an as needed basis. This would not indicate the presence of a condition that is sufficiently impairing to prevent return to work.

Sandra Chiancola provided notes which indicated probable job vs occupation problems. For example on 4/29/02 Sandra Chiancola apparently documented options that she felt might help resolve the insured's problems; one alternative being a new work environment. Details of work conflict and recommendations for a new work environment suggest problems with her 'job.' The absence of objectively defined symptoms to support an impaired work capacity would suggest 'occupation' potential.

Missing information includes a detailed TPC with the nurse and a MHSS from either or both providers.

## PERTINENT DATA

Medical data reviewed included but is not restricted to:
- 4/18/02. Sandra Chiancola. "CI presents anxious / tearful. CI reports continued difficulties in work place. CI describes an incident of unfair management practice

ADMIN REL 0082

surrounding her utilization of family leave act. Confrontation resulted in a vague accusation directed at cl if  writing a threatening not ? disclosing to human resources ? union rep unfair management practice. Cl repts she never saw the note and suspects the not was staged to ? impact her case to union / HR. ? flattening of emotion, derealization, frequent and ? thoughts, avoidance of ? significant ? "I can't stop crying."? Quality of trauma response

- 4/29/02. Sandra Chiancola. "Cl has made little gains over symptoms. Struggles with intrusive and ?Cl ? the strong. ? at workplace as another difficulty. Cl agrees to work issues through ? EAP. Clinician strongly recommends new work environment.

- 5/1/02. Karen Fleming NP. In September 2001  the insured began to develop symptoms "of anxiety related to multiple stressors. She did miss a few days of work but was well controlled on a combination of medications and counseling/" The insured was described as having "significant difficulties at work and at home. She describes a hostile environment on her job site and has sought assistance through her employers EAP. **SHE HAS BEEN OUT OF WORK SINCE APRIL OF 2002. WE ARE AWARE SHE IS IN COUNSELING SHE HAS HAD MEDICATIONS REEVALUATED AND WILL BE SEEING HER EAP COUNSELOR ON AN AS NEEDED BASIS. SHE WILL SEE US AS NEEDED. DUE TO INABILITY TO PERFORM THE FUNCTIONS OF HER JOB SHE IS ASKED BY HER COUNSELOR AND ME TO REMAIN OUT OF WORK UNTIL FURTHER NOTICE. I ANTICIPATE WITH AGGRESSIVE TREATMENT, TIME OFF AND MEDICATIONS SHE WILL RETURN BY JUNE 15 2002."**

- 10/31/02. Letter from Karen Fleming NP / William Gaines MD. Was seen in the office since 1994. "In April she contacted our office to obtain a note to remain out of work due to acute situational anxiety. The patient spoke to me via telephone and advised me that she had been in counseling and had initiated actions to address what she described as a hostile environment at work. She stated that she did not contact me initially as she was again seeing a counselor and was at that point initiating some assistance through her EAP. She described feeling uncomfortable at work. She felt anger and hostility from some of her coworkers. She stated she was having tourble concentrating and was fearful of making mistakes (some were made but she was able to rectify them without consequence) She described palpitations and panic attacks. She described feeling uncomfortable in crowds. She remained out of work due to advice from her counselor as well as myself until she could perform her dutines and address the issues affecting her employment "head on."

*Melvyn Attfield PhD*

Melvyn Attfield Ph.D. DAAPM ABPN
Consulting Clinical Neuropsychologist

ADMIN REL 0083

# **Aetna**

## MEDICAL REFERRAL FORM

*Attfield*

Date of Referral: 12, 4, 02

Claim Analyst: Rhonda Jackson  Phone number 3-5901  Nu

System: ☐ PUMS  ☐ ATLAS

Policyholder's Name  Verizon  Control # 719988

Claimant Name: Kelley Labranche  SS# 017 - 62 - 0959

DOB: 7, 22, 69  DCI: 4, 12, 02  DLW: 4, 12, 02  Test Change: ___/___/___

Occupation: Administrative Assistant  Job Description in file ☐Yes ☐No

Diagnosis: Major depressive disorder

---

Type of claim: ☐STD  STD EOB: __/__  LTD coverage: ☐Yes ☐No
☐LTD  Pre-ex Review: ☐Yes ☐No  Pre-ex Period: __/__ to __/__
☐Successive

Test of Disability: ☐Any Occ  ☑Own Occ  ☐T&P

Claim Status: ☐Pending ☐Active  ☑Closed - date claim closed 4/27/12

Type of File Review: ☐Initial Review  ☑Appeal Review  ☐Followup

New Medical Records?: ☑YES  ☐NO

Did a previous MD Review file? ☑YES  ☐NO  If Yes, Whom  Defay

---

BRIEF SYNOPSIS OF CLAIM:  Dates in question are 4/18/02 thru 6/7/12.
Please review clinical info to determine if records
support an impairment that rises to the level of
disability fr the above time period. ~~Did the~~

QUESTION:
********************************(To be completed by Medical Reviewer)********************************

MEDICAL REVIEW:  ~~Claimants~~ Please indicate claimants
functional capacity to perform her
sedentary occupation for the
dates of 4/12/12 -
6/7/12

RECOMMENDATIONS:

ADMIN REL 0084

Reviewer Signature *Melvyn Attfield PhD*  Printed Name: MELVYN ATTFIELD  Date: 12/12/02



151 Farmington Avenue
Hartford, CT  06156

Rhonda Jackson
Appeals Analyst
Disability Operations, RT32
1-860-273-4669 - Phone
1-860-273-9577 – Fax

## ** MAINTAIN A COPY OF THIS LETTER FOR YOUR RECORDS **

December 19, 2002

Attorney Mcguire
45 Linden Street
Worcester, MA  01609

Re:     **Appeal Extension Notice**
        **Employer:**        **Verizon**
        **Group Control:**   **719988**
        **Member Name:**     **Kelley Labranche**
        **Member ID:**       **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**

Dear Attorney Mcguire:

You have previously received correspondence regarding your request for an appeal of our termination decision. Unfortunately, we have not yet come to a final decision with respect to your appeal. Therefore, we are extending the appeal deadline by forty-five (45) days. You will receive a response prior to January 21st 2003.

If you have any questions or any new, relevant information to submit, please call us at 1-860-273-4669.

Sincerely,

Rhonda Jackson, Appeals Analyst
Aetna Life Insurance Company

**FILE COPY**

ADMIN REL 0085

# McGuire & McGuire, P.C.
## Counselors at Law
### 45 Linden Street
Worcester, Massachusetts 01609
(508) 754-3291  FAX:  (508) 798-9415

John K. McGuire (1952 - 1985)
Joseph E. McGuire
John K. McGuire, Jr.
Christine G. Narcisse
Paul L. Durkee

*Of Counsel:  Penelope A. Kathiwala*

November 8, 2002

Rhonda Jackson
Aetna
151 Farmington Ave.
Hartford CT  06156

RECEIVED
NOV 18 2002
APPEALS UNIT

Re:  Employer: Verizon
      Member:  Kelly Labranche
      Group    #719988
      Member ID: 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

Dear Ms. Jackson:

Enclosed please find letter from Fallon Clinic dated October 31, 2002, relative to the above matter for your consideration.

Thank you for your attention.

Very truly yours,

John K McGuire, Jr

JKM/am
Enc.

ADMIN REL 0086

NOV-05-02 TUE 01:53 PM AUBURN STATION 4          508 832 9629          P.01

## FALLON CLINIC

October 31, 2002

McGuire & McGuire, P.C.
Counselors at Law
45 Linden Street
Worcester, MA 01609

Regarding Kelley Labranche

To Whom It May Concern:

Ms. Labranche is a patient who has been seen in our office since 1994. In April, 2002 she contacted our office to obtain a note to remain out of work due to acute situational anxiety. The patient spoke to me via telephone and advised me that she had been in counseling and had initiated actions to address what she described as a hostile environment at work. She stated that she did not contact me initially as she was again seeing a counselor and was at that point initiating some assistance through her EAP.

She described feeling uncomfortable at work. She felt anger and hostility from some of her coworkers. She stated she was having trouble concentrating and was fearful of making mistakes (some were made but she was able to rectify them without consequence). She described palpitations and panic attacks. She described feeling uncomfortable in crowds. She remained out of work due to advice from her counselor as well as myself until she could perform her duties and address the issues affecting her employment "head on".

In today's health care environment and under Massachusetts State Laws, a patient may seek professional help and opinion from non-physician providers. Ms. Labranche saw a counselor who worked with her to address her clinical situation and it appears the patient has recovered and responded to treatment. She was given medication by me in response to the patients expressed concerns and because of recommendations made by her counselor.

Please contact me with any questions or concerns.

Sincerely,

Karen M. Fleming, N.P.
Primary Care Provider

William M. Gaines, MD

ADMIN REL 0087

October 9, 2002

Aetna, Inc MC1
151 Farmington Ave.
Hartford, CT 06156
Attn: Anne Chrostowski

I, Kelley LaBranche SS# 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, am requesting that copies all of my AETNA documentation medical or otherwise from April 15, 2002 through June 19, 2002 be released to:

John E. Marshall
Business Manager
IBEW Local 2325
300 West Main St., Building D
Northboro, MA 01532

Thank You

Kelley LaBranche



151 Farmington Avenue
Hartford, CT 06156

Rhonda Jackson
Appeals Analyst
Disability Operations, RT32
1-860-273-4669 - Phone
1-860-273-9577 -- Fax

## ** MAINTAIN A COPY OF THIS LETTER FOR YOUR RECORDS **

October 28, 2002

Attorney John McGuire, Jr
McGuire & McGuire, PC
45 Linden Street
Worcester, MA 01609

RE:          RECEIPT OF APPEAL
             Employer:        Verizon
             Group Control:   719988
             Member Name:     Kelly Labranche
             Member ID:       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

Dear Ms. Labranche:

We have received your letter dated October 1, 2002 requesting an appeal of our denial decision. At this time, a review of your claim will commence.

You will receive a written response within forty-five (45) days, or if special circumstances require an extension of time, you will be notified of such an extension within forty-five (45) days.

Please submit to me either by mail or fax (860-273-9577) any medical information or documentation that you believe may assist us in reviewing your claim. Examples of this information would be a detailed narrative report, outlining in objective terms the specific physical and/or mental limitations and restrictions inherent to your condition, which your doctor has placed on you as far as gainful activity is concerned. Your physician's prognosis including current course of treatment, frequency of visits and specific medication prescribed. Copies of diagnostic studies conducted during the period in which you are claiming total disability, such as test results, x-rays, laboratory data, and clinical findings.

If you have any questions or any new, relevant information to submit, please call us at 1-860-273-4669.

Sincerely,

Rhonda Jackson, Appeals Analyst

ADMIN REL 0089

| | |
|---|---|
| Date of Appeal Letter | 10-1-02 |
| Date Acknowledgment Letter Completed | 10-28-02 |
| Applicable ERISA regulation (2001 or 2002) | 4-12-02 |
| Claimant Name | Lebranche, Kelly |
| SSN: | 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 |
| Date Aetna Received | 10-23-02 |
| Date CAU Received Appeal | 10-23-02 |
| Appeals Analyst | RJ |
| Funding Code | 03 |
| Claim Type | MD-ST |
| Fiduciary (Aetna or PH) | PH |
| Control # | 719988 |
| Policyholder | Verizon |
| DCA/DA | AC |
| Field Office | MDDLT |
| Termination/Denial Code | D |
| First DX ICD9 code | 296.2 |
| Second DX ICD9 code | 300.2 |
| Date to Customer (Aetna Only) | |
| Insured LTD? (Aetna only) | |
| Dates Denied/Term (Aetna Only) | |
| Appeal Decision date | |
| Overturn Rationale Code | |
| | 1. subsequent medical records; 2 DA misinterpreted contract; 3 conflicting medical directors; 4 DA misinterpreted medicals; 5 untimely filing waived for reasonable excuse; 6 vocational study |

ADMIN REL 0090

# McGuire & McGuire, P.C.
Counselors at Law
45 Linden Street
Worcester, Massachusetts 01609
(508) 754-3291  FAX: (508) 798-9415


SSN 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

John K. McGuire (1952 - 1985)
Joseph E. McGuire
John K. McGuire, Jr.
Christine G. Narcisse
Paul L. Durkee

Of Counsel: Penelope A. Kathiwala

October 1, 2002

Anne Chrostowski
Verizon Managed Disability
Aetna Inc.
151 Farmington Ave.
Hartford CT  06156

Re: Kelly Lebranche

Dear Ms. Chrostowski:

This office represents the above-captioned, Kelly Lebranche, with regard to her application for disability benefits. Ms. Lebranche has submitted to you the opinions of Sandra Chiancola, her therapist, dated June 10, 2002 as well as a letter from her general practitioner, Dr. William Gaines, dated May 1, 2002. Her therapist, Sandra Chiancola, in her letter of June 10, 2002, relates that Ms. Lebranche at that time was suffering "bouts of clinical depression with anxiety resulting in memory and concentration deficits, fatigue, hopelessness, depression and panic attacks. Her job as an administrative assistant during that period required that she perform various clerical tasks as well as other administrative duties which required highly functional organizational skills. During her claim for disability between April 15, 2002 to June 17, 2002, Ms. Lebranche was very often unable to leave her home due to her anxiety and panic attacks. On those occasions when she would be able to get out, her memory and concentration deficits prevented her from performing her work. Dr. Gaines specifically states: "due to her inability to perform the functions of her job she is asked by her counselor and me to remain out of work until further notice." By virtue of that sentence, Dr. Gaines intimates that he was familiar with her job and had indicated at that time that she was unable to perform it due to her emotional condition.

In view of the fact that this claim involves a brief closed period of disability and that you have paid periods in the past for the same condition, and further based on the opinions of three treating clinicians that Ms. Lebranche was totally disabled from performing her job as an

ADMIN REL 0091

administrative assistant during the period in question. Aetna and/or Verizon's obligation to pay benefits is clear. Therefore, please consider this an appeal of your determination of May 1, 2002, and a formal demand for the payment of benefits under the policy.

Thank you for your attention.

Very truly yours,

John K. McGuire, Jr.

JKM/am

4/26

**Chrostowski, Anne K**

| | |
|---|---|
| From: | Lane, Gretchen D |
| Sent: | Monday, April 22, 2002 8:24 AM |
| To: | Chrostowski, Anne K |
| Cc: | Koonce, June |
| Subject: | ***NEW TELEPHONIC INTAKE*** |

Importance:        High

( √2 time )

TCF ER ARISTIA NINOS TO REPORT NON-SUCCESSIVE TELEPHONIC INTAKE FOR DCI 04/12/2002 ON 04/19/2002 AT 3:16 PM

EE'S NAME: KELLEY LABRANCHE   5086129780   7/22/69
EE'S SSN: 017620959

SUPERVISORS NAME & TITLE: ARISTIA NINOS, DESIGN ADMINISTRATOR
PHONE NUMBER: (508) 795-3173
CELL OR PAGER (IF APPLICABLE) N/A

NAME OF PERSON TO RECEIVE DISABILITY NOTICE: ARISTIA NINOS
MAILING ADDRESS: 15 CHESTNUT STREET, 6TH FLOOR, WORCESTER, MA 01609

EMPLOYEE'S JOB TITLE: ADMIN ASST
EE PHONE: 508 612 9780
EE ADDRESS: 220 PROVIDENCE ROAD, SOUTH GRAFTON, MA 01560

FISRT DAY ABSENT:   04/12/2002   4|19
LAST DAY WORKED: 04/11/2002
HAS EE RETURNED TO WORK YET? NO    DATE:
WITH RESTRICTIONS?

ADVISED ER THAT IF NO INFORMATION RECEIVED AFTER 5 BUSINESS DAYS, NURSE CASE MANAGER WILL CONTACT WHEN DETERMINATION IS MADE....YES

L.SMALL-MILLER,DSR
This communication, including attachments, is for the exclusive use of the person or entity to which it is addressed and may contain confidential, proprietary and/or privileged information. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender by return e-mail and delete this from any computer.

V.n - yes )

Sandra Chiancola
5: 7 8C4 0C42
le Millville Rd
Worcester MA

deny
#34

MAY-01-2002 WED 01:45 PM    AUBURN STATION 4                    508 832 0859                        P. 01

## FALLON HEALTHCARE SYSTEM
### Worcester, Massachusetts

### FAX TRANSMITTAL

TO: _Att Ann Krowstati,_

FROM: _K. Fleming  NP_

DATE: _5/1/02_

*******************************************************************

*The information contained in the facsimile message is privileged and confidential information intended for the use of the addressee listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action on the content of this telecopied information is strictly prohibited.*

*If you receive this information in error, please notify us immediately by telephone (see below).*

*******************************************************************

Total number of pages _3_ including cover sheet

Call to confirm yes ___
　　　　　　　no ✗

### Fallon Auburn

Fax # 1-508-832-0859
Phone # 1-508-832-9621   x67302

ADMIN REL 0094

MAY-01-2002 WED 01:46 PM    AUBURN STATION 4          508 832 0859              P. 02

# FALLON CLINIC

May 1, 2002


Kelly Labranche
220 Providence Rd #109
S. Grafton, MA 01560
Soc. 011 62 0959
FMRN # 5-881272


To Whom It May Concern:

Kelly Labranche is a patient of mine whom I have known for over five years. She, in September of 2001, began to develop symptoms of anxiety related to multiple stressors. She did miss a few days of work but was well controlled on a combination of medications and counseling.

It appears her symptoms have recently worsened. She is having significant difficulties at work and at home. She describes a hostile environment on her job site and has sought assistance through her employers Employee Assistance Program (EAP).

It appears she began increasingly anxious and unable to perform the functions of her position. She was advised to consider a Leave of Absence, changing positions and dealing more effectively with her anxiety but addressing issues "head-on".

She has been out of work since April of 2002. We are aware she is in counseling she has had medications reevaluated and will be seeing her EAP counselor on an as needed basis. She will see us as needed. Due to inability to perform the functions of her job she is asked by her counselor and me to remain out of work until further notice.

I anticipate with aggressive treatment, time off and medications she will return by June 15, 2002.

ADMIN REL 0095

35 MILLBURY STREET ■ AUBURN, MA 01501
PHONE:508-832-9821 ■ www.fallon-clinic.com
MAILING ADDRESS: 630 PLANTATION STREET ■ WORCESTER, MA 01605

ADMIN REL 0096

# FALLON CLINIC

Please contact me with any questions or concerns.

Sincerely,

Karen M. Fleming, N.P.
William M. Gaines, M.D.
Internal Medicine

Attn: Ann Krowsiosni

SS# 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

**PATIENT'S NAME:** Kelly Labranche     **DOB:** 7-22-69
(please print)

☑ I hereby authorize Chiconle L to release the following clinical record information to:

Name: _Session Note 4/8/02_
Address: _4/29/02_

☐ I hereby authorize ___ to request the following information from:

Name: _____
Address: _____
_____

☐ Mental health related     ☐ Alcohol/substance abuse related

**SPECIFIC INFORMATION TO BE DISCLOSED:**
☐ Treatment Summary
☐ Psychological Testing Report
☐ Diagnostic/Intake Assessment
☐ Psychiatric Evaluation
☐ Discharge Summary
☐ Telephone Contact Only
☑ Other (specify) _Attach session note_

Kelley Allen     SEIF     4/29/2002
SIGNATURE OF PATIENT/LEGAL GUARDIAN     RELATIONSHIP     DATE

___ Chicwn     4-29-02
WITNESS     DATE

ADMIN REL 0097

Ann Krostowski – M.C.M.

Progress Notes

| Date | Session Type | Patient Name: Kelly Labrecque - 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 Page: 5 |
| --- | --- | --- |
| 4-18-02 | 90806 | Cl presents anxious/tearful. Clapts continue d difficulties in work place. Cl describes an incident |
| 296.3 | | of unfair mgmt practice surrounding her obligations of family leave act. Confrontation resulted in |
| 300.02 | | a vague accusation directed @ cl for writing a threatening note & for disclosing to human |
| R/O | | resources & union rep unfair mgmt practice. |
| 308.3 | | Clapts she never saw the note and suspects the note was staged to negatively impact her case even w/HR. Cl presents w/ a number of [illegible] flattening of [illegible], [illegible], infrequent and [illegible] thoughts, avoidance of [illegible] significant distress in overall functioning. "I can't stop crying." Cl is [illegible] [illegible] This [illegible] has the quality of trauma response. Will Dx [illegible] stress d/o. Cl denies SI/HI. I have been prescribed psychotropic med and Alprazolam .05 mg PRN. Prescribed PCP Karen [illegible]. Cl [illegible] [illegible] [illegible]. Next appt [illegible] |
| | | [signature] LICSW |
| | | Cl has made little gains over Sx's. Cl |
| 4-29-02 | 90806 | struggles w/ intrusive thoughts of the accusation and unfair [illegible] by her mgr [illegible] |
| 296.3 | | absences. Cl identifies the [illegible] [illegible] @ workplace as an area of difficulty. |
| 300.02 R/O | 308.3 | Cl agrees to work issues through union [illegible]. Clinician strongly recommends new work environment. Cl denies SI/HI. N.G. luck |
| | | [signature] LICSW |

ADMIN REL 0098

Aetna

Aetna Inc.
151 Farmington Avenue
Hartford, CT 06156

**Anne Chrostowski**
MC3E
Verizon Managed Disability
Phone: 800-459-3329
Fax: 877-484-2112

Date  5-1-02

Ms. Kelley Labranche
220 Providence Road
So. Grafton, MA 01609

Dear Ms. Labranche,

Aetna has received faxed office notes from 4-18-02 and 4-29-02 from Sandra Chiancola  and faxed note dated
5-1 from Fallon Clinic K. Fleming NP.   Unfortunately, this information is not sufficient to warrant a reversal
of our claim decision at this level.

Please refer to the initial denial that was sent to you on 4-27-02.  As indicated in that letter, you have the right
to file a written appeal if you disagree with our decision.  Your written **appeal** must be received by 180 days
from 4-27-02  in order to be considered.

Please submit your appeal to the following address:

Disability Appeals Unit
151 Farmington Ave.
Hartford, CT 06156-2970

Sincerely,

Anne Chrostowski
Verizon Managed Disability

ADMIN REL 0099

## McGuire & McGuire, P.C.
### Counselors at Law
45 Linden Street
Worcester, Massachusetts 01609
(508) 754-3291  FAX:  (508) 798-9415

John K. McGuire (1952 - 1985)                          Of Counsel:  Penelope A. Kathiwala
Joseph E. McGuire
John K. McGuire, Jr.
Christine G. Narcisse
Paul L. Durkee

June 19, 2002

Anne Chrostowski
Aetna Inc.
151 Farmington Ave.
Hartford CT  06156

Re:  Kelly Labranche
     M719988-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

Dear Ms. Chrostowski:

Please be advised that this office represents Kelly Labranche.  Would you kindly provide us with
a copy of her Long-Term Disability policy.

Thank you for your cooperation.

Very truly yours,

John K McGuire, Jr.

JKM/am

ADMIN REL 0100



McGuire & McGee, P.C.
45 Linden Street
Worcester, MA 01609

Anne Chrostowski
Aetna Inc.
151 Farmington Ave.
Hartford CT 06156

0615640002

ADMIN REL 0101

 **Aetna**

Aetna Life Insurance Company
Verizon-North Managed Disability, MC3E
151 Farmington Avenue
Hartford, CT. 06156-7580
1-800-459-3329
Fax: 877-484-2112

July 5, 2002

McGuire & McGuire, P.C.
Counselors at Law
Attn: John K. McGuire, Jr.
45 Linden Street
Worcester, Massachusetts 01609

Re: Kelly Labranche
M719988-8017-62-0959

Dear Mr. McGuire:

In response to your request for the Long Term Disability policy, Ms. Labranche needs to contact
Verizon Benefits for a benefit handbook.

Sincerely,

*Anne Chrostowski*

Anne Chrostowski
Verizon Managed Disability

AC/sl

ADMIN REL 0102

McGuire & McGuire, P.C.
Counselors at Law
45 Linden Street
Worcester, Massachusetts 01609
(508) 754-3291  FAX: (508) 798-9415

RECEIVED
MAR 2 0 2003
APPEALS UNIT

John K. McGuire (1952 - 1985)
Joseph E. McGuire
John K. McGuire, Jr.
Christine G. Narcisse
Paul L. Durkee

Of Counsel:  Penelope A. Kathiwala

March 18, 2003

Rhonda Jackson
Aetna
151 Farmington Ave.
Hartford CT  06156

Re:  Kelley Labranche
       Employer: Verizon
       Group Control: 719988
       Member ID: 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

Dear Ms. Jackson:

       This is in response to yours of January 22, 2003.  Please be advised that Ms. Labranche wishes to appeal Aetna's determination of that date with respect to the denial of her claim for sickness disability benefits.  In support of her appeal she submits for your consideration her Affidavit dated March 17, 2003, as well as a copy of the Section of the Dictionary of Occupational Titles, Second Edition pertaining to Administrative Assistants and a narrative from her medical provider dated march 14, 2003.

       As you can see, the medical opinion provided clearly indicates that Ms. Labranche was unable to perform a number of the essential duties of her position as set forth in the Dictionary of Occupational Titles between 4-15-02 and 6-16-02.  With the submission of this information, it is Ms. Labranche's position that she has more than satisfied the requirements of Verizon's Sickness and Accidental Disability Plan.

       Would you kindly review this material and advise as to your determination on Mrs. Labranche's claim.

ADMIN REL 0103

Thank you for your attention.

Sincerely,

John K. McGuire, Jr.

JKM/am
Enc.

ADMIN REL 0104

## AFFIDAVIT

1. My name is Kelley Labranche and I reside at 20 Reeves Street, Worcester, MA. My date of birth is 7-22-69 and my social security number is 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.

2. I have been employed by the Verizon Corp. since May, 1993.

3. In April of 2002, my position was that of an Administrative Assistant with Verizon. In that position I was responsible for obtaining and interpreting information relative to underground cable which was owned, maintained and utilized by Verizon. More specifically, I would receive a print out of addresses which I would have to read which would include a list of codes. From those codes I would have to search a computer data base and check the cable layouts that had been scanned from diagrams into the computer system. I would then determine the cable gauge and the length of the cable run from the Verizon facility on Chestnut Street in Worcester to the listed address. I would then have to key that information into a separate computer system. Another primary responsibility involved receiving requests from the Verizon Engineers in the form of plans which would be submitted to me with the request that I interpret those plans and enter information pertaining to the footage of cable on the plans and the type of cable and the number of splices into a computer system which then creates a work order which determines the cost and length of time necessary to perform a certain cable laying or installation project.

4. Although the functions outlined in #3 above were my primary responsibilities, I had other responsibilities as well. My duties as an Administrative Assistant in general required detailed computer skills, sustained concentration, reading comprehension, coordination, writing information organization, active listening and problem identification. In terms of abilities, my position required that I be able to comprehend written material, be able to order information, that I be able to comprehend oral commands, written expression and oral expression. The job also required that I analyze data and information, that I process that information, and that based on that information that I make decisions and

ADMIN REL 0105

solve problems. My work output required that I interact with computers, implement ideas and programs, document and record information. Further the position required that I interact with others by communicating with other workers. It was of the utmost importance that my work be accurate and exact.

5. I have been suffering from symptoms of anxiety and depression since approximately 1997. In September of 2001, my symptoms worsened and from that point forward, my condition continued to deteriorate. I missed brief periods of work but as of April 15, 2002, I stopped working altogether.

6. I sought treatment from Sandra Chiancola, a Licensed Clinical Social worker in the form of counseling. Additionally, I came under the care of Dr. William Gaines and his Nurse Practitioner, Karen Fleming. At that time I was diagnosed with subacute stress disorder and acute situational anxiety. As a result of these conditions I suffered symptoms to include racing thoughts, prolonged periods of extreme emotion during which I would be tearful and experienced diminished short-term memory. These symptoms inhibited my reading comprehension, ability to write, ability to analyze data and information, along with my ability to identify problems and to engage in problem solving. At that time I was not able to concentrate for more than four to five minutes at a time. This negated my ability to perform computer work as well as my ability to document and record information. I was also suffering from palpitations and panic attacks multiple times daily during which I could not perform any type of reading, writing or any other analytical function. These attacks also prevented me from any prolonged interaction or communication with others. I would, for sustained periods of time, remain in my home, feeling extremely uncomfortable in the presence of any other individuals.

7. I was prescribed Wellbutrin and Alprazolam for my symptoms at that time. That medication caused me to experience side effects to include dizzy spells and extreme drowsiness. The side effects that I experienced from the Wellbutrin and Alprazolam combined with my symptoms, further inhibited my ability to perform the material duties of my work.

ADMIN REL 0106

8.  Due to the symptoms that I experienced I was unable to perform the material duties of my occupation as an Administrative Assistant as outlined in # 3 above from April 15, 2002 until June 17, 2002

Kelley Labranche

## COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.                              March 17 , 2003

Then personally appeared the above named individual and stated that the above statements are true to her knowledge and belief before me.

Notary Public
My commission expires: 2-6-09

ADMIN REL 0107

1-2003 WED 03:12 PM   AUBURN STATION 4              808 832 0088

## FALLON CLINIC

March 14, 2003

Re: Kelly Labranche
    20 Reeves Street
    Worcester, MA 01607

To Whom It May Concern:

Ms. Labranche is a patient of mine who is well known to me. As I have previously documented, she began to suffer symptoms of anxiety and depression in September of 2001. She despite conservative treatment and counseling deteriorated to the point where she began to miss work and was out of work from 4/15-6/17/02.

She described to me what she assessed was a hostile environment. She attempted to remain at work while initiating counseling and services through the EAP . However she began to develop more acute symptoms of anxiety that included:
    -racing thoughts
    -diminished short term memory
    -trouble concentrating
    -palpitations and anxiety attacks
    -limited and difficult interactions with co-workers.

Because of the above she was unable to perform computer work and she noted decreased problem solving ability. She noted her reading comprehension and her ability to analyze data and information decreased and her concentration was diminished during the period of her disability from 4/15-6/1602. She was unable to perform a number of essential duties which again, included computer operation, accurate reading comprehension, problem solving and data analysis . She has described to me the overwhelming sense of panic during these difficult months many times in our subsequent interactions as well as our visits and phone calls during the acute phase.

I do not believe she was malingering. She sought appropriate care. She was treated with medications. She underwent several months of counseling and therapy. She advocated for a new position when she was able to do so effectively.

Please feel free to contact me with any questions or concerns.

Sincerely,

Karen M. Fleming, MS, NP                    William M. Gaines MD
Primary Care Provider                        Collaborating Physician

...ails items. Compares product labels, tags, or tick-...s product totals and charges for shipments, using ...eighs or measures materials or products, using vol-...icales, rules, and calipers. Examines blueprints; pre-...ayouts, or drawings of facility or finished products, ...orage locations or verify parts assemblies. Operates ...hines to clean or sanitize equipment, or manually ...ment, using detergent, brushes, and hoses. Works ...or instructs other workers to weigh, move, or check ...nmunicates with customers and vendors to exchange ...egarding products, materials, and services. Collects ...s receipts for payments. Removes products or loads ...quality standards from stock; notifies supervisor or ...lepartment of discrepancy or shortage. Transports ...oducts, or samples to processing, shipping, or stor-...ually or by using conveyors, pumps, or handtrucks. ...npacks incoming shipments; arranges, packs, or pre-...ds and products for display, distribution, outgoing ...storage. Collects, prepares, or attaches measurement, ...ntification labels or tickets to products.

...r, Interest Area, and Work Group: 09.08.01; Busi-...ecords and Materials Processing. Personality Type: ...l. Conventional occupations frequently involve fol-...ocedures and routines. These occupations can in-...g with data and details more than with ideas. Usually ...ar line of authority to follow. Work Values: Moral ...rvision, Human Relations; Security; Company Poli-...tices; Supervision, Technical; Independence. Skills: ...ction; Operation and Control; Equipment Selection; ...; Operation Monitoring. Abilities: Cognitive—Cat-...ility; Information Ordering; Number Facility; Per-...d; Problem Sensitivity; Written Comprehension. ...-Manual Dexterity; Control Precision; Multilimb ...l. Physical—Extent Flexibility; Static Strength; Gross ...nation; Trunk Strength; Explosive Strength. Sensory—...Hearing Sensitivity; Speech Clarity. General Work ...formation Input—Getting Information Needed to Do ...ntifying Objects, Actions, and Events; Estimating ...racteristics; Inspecting Equipment, Structures, Mate-...ring Processes, Materials, and Surroundings. Mental ...nating Information Against Standards; Processing ...Judging Qualities of Things, Services, Other People's ...Output—Documenting and Recording Information; ...General Physical Activities; Handling and Moving ...racting with Others—Performing Administrative Ac-...dmunicating with Persons Outside Organization; ...ing with Other Workers. Physical Work Conditions: ...; on Objects, Tools, or Controls; Indoors; Standing. ...haracteristics: Importance of Being Exact or Accu-...ance of Being Sure All Is Done; Consequence of Er-...

Job Zone 1. No previous work-related skill, knowl-...erience is needed. Job Preparation: SVP Below 4.0—...5 months. Knowledge: Clerical; Mathematics; ...nd Processing; Transportation; Design. Instructional ...20408 General Office/Clerical and Typing Services.

T Jobs: 206.587-010 Brand Recorder; 209.587-046 ...rk, Paper; 216.462-010 Booking Prizer; 219.367-010

Checker, Dump Grounds; 221.467-010 Gin Clerk; 221.482-018 Ticket Worker; 221.487-010 Lumber Scaler; 221.587-010 Checker; 221.587-026 Recorder; 221.587-030 Tallier; 221.587-034 Tare Weigher; 221.587-046 Wheel-Press Clerk; 221.687-014 Ticket Puller; 222.367-010 Cargo Checker; 222.387-010 Aircraft-Shipping Checker; 222.387-066 Sample Clerk; 222.387-074 Shipping-and-Receiving Weigher; 222.485-010 Milk-Receiver; Tank Truck; 222.585-010 Milk Receiver; 222.587-042 Sampler, Wool (partial list; see the introduction for sources of the complete list).

# 43-6000 Secretaries and Administrative Assistants

### 43-6011.00 Executive Secretaries and Administrative Assistants (Secretaries)



**Education:** Moderate-term OJT-training
**Employed:** 1,650,424
**Openings:** 288,179
**Prof. Education:** 1.0%
**Earnings:** $22,280

*Provide high-level administrative support. Conduct research; prepare statistical reports; handle information requests; perform clerical functions such as preparing correspondence, receiving visitors, arranging conference calls, and scheduling meetings. Train and supervise lower-level clerical staff.*

Coordinates and directs office services such as records and budget preparation, personnel, and housekeeping, to aid executives. Prepares records and reports such as recommendations for solutions of administrative problems and annual reports. Analyzes operating practices and procedures to create new methods or to revise existing methods. Studies management methods to improve workflow, simplify reporting procedures, or implement cost reductions. Reads and answers correspondence. Files conferences. Files and retrieves corporation documents, records, and reports. Interprets administrative and operating policies and procedures for employees.

GOE Number, Interest Area, and Work Group: 09.02.02; Business Detail; Administrative Detail; Secretarial Work. Personality Type: Conventional. Conventional occupations frequently involve following set procedures and routines. These occupations can include working with data and details more than with ideas. Usually there is a clear line of authority to follow. Work Values: Working Conditions; Company Policies and Practices; Moral Values; Supervision, Human Relations; Security; Activity. Skills: Reading Comprehension; Coordination; Writing; Information Organization; Active Listening; Problem Identification. Abilities: Cognitive—Written Comprehension; Information Ordering; Oral Comprehension; Written Expression; Oral Expression. Psychomotor—Wrist-Finger Speed. Physical—Trunk Strength. Sensory—Near Vision; Speech Clarity; Far Vision; Speech Recognition. General Work Activities: Information Input—Getting Information Needed to Do the Job; Monitoring Processes, Materials, and Surroundings; Identifying Objects, Actions, and Events. Mental Process—Analyzing Data or Information; Processing Information; Making

43-0000 Office and Adminstrative Support Occupations

Decisions and Solving Problems; Scheduling Work and Activities. *Work Output*—Interacting with Computers; Implementing Ideas and Programs; Documenting and Recording Information. *Interacting with Others*—Performing Administrative Activities; Communicating with Other Workers; Coordinating Work and Activities of Others; Monitoring and Controlling Resources; Interpreting Meaning of Information to Others. Physical Work Conditions: Indoors; Sitting; Using Hands on Objects, Tools, or Controls; Making Repetitive Motions. Other Job Characteristics: Importance of Being Sure All Is Done; Consequence of Error; Importance of Being Exact or Accurate.

Experience: Job Zone 4. A minimum of two to four years of work-related skill, knowledge, or experience is needed. Job Preparation: SVP 7.0 to less than 8.0—2 years to less than 10 years. Knowledge: Clerical; Administration and Management; Computers and Electronics; English Language; Mathematics; Economics and Accounting. Instructional Program: 520401 Administrative Assistant/Secretarial Science, General.

Related DOT Jobs: 169.167-010 Administrative Assistant; 169.167-014 Administrative Secretary.

### 43-6012.00 Legal Secretaries (Legal Secretaries)
Education: Postsecondary vocational training
Employed: 285,120.
Openings: 44,130.
Projected Growth: 13%.
Earnings: $30,050.

*Perform secretarial duties, utilizing legal terminology, procedures, and documents. Prepare legal papers and correspondence such as summonses, complaints, motions, and subpoenas. Assist with legal research.*

Attends legal meetings such as client interviews, hearings, or depositions; takes notes. Submits articles and information from searches to attorneys for review and approval for use. Reviews legal publications and performs database searches to identify laws and court decisions relevant to pending cases. Drafts and types office memos. Organizes and maintains law libraries, document files, and case files. Assists attorneys in collecting information such as employment, medical, and other records. Schedules and makes appointments. Mails, faxes, or arranges for delivery of legal correspondence to clients, witnesses, and court officials. Completes various forms such as accident reports, trial and courtroom requests, and applications, for clients. Prepares and processes legal documents and papers such as summonses, subpoenas, complaints, appeals, motions, and pretrial agreements. Receives and places telephone calls. Makes photocopies of correspondence, document, and other printed matter.

GOE Number, Interest Area, and Work Group: 09.02.02; Business Detail; Administrative Detail: Secretarial Work. Personality Type: Conventional. Conventional occupations frequently involve following set procedures and routines. These occupations can include working with data and details more than with ideas. Usually there is a clear line of authority to follow. Work Values: Working Conditions; Activity; Company Policies and Practices; Security; Moral Values. Skills: Reading Comprehension; Writing;

Information Organization; Active Listening; Critical Thinking. Abilities: *Cognitive*—Written Comprehension; Oral Comprehension; Written Expression; Oral Expression; Information Processing. *Psychomotor*—Wrist-Finger Speed; Response Orientation. *Physical*—none met the criteria. *Sensory*—Near Vision; Speech Recognition; Speech Clarity. General Work Activities: *Information Input*—Getting Information Needed to Do the Job; Identifying Objects, Actions, and Events; Monitoring Processes, Materials, or Surroundings. *Mental Process*—Scheduling Work and Activities; Organizing, Planning, and Prioritizing; Judging Qualities of Things, Services, or People; Evaluating Information Against Standards. *Work Output*—Documenting and Recording Information; Handling and Moving Objects; Interacting with Computers. *Interacting with Others*—Communicating with Other Workers; Communicating with Persons Outside Organization; Performing Administrative Activities. Physical Work Conditions: Sitting; Indoors; Using Hands on Objects, Tools, or Controls. Other Job Characteristics: Importance of Being Sure All Is Done; Importance of Being Exact or Accurate; Consequence of Error.

Experience: Job Zone 3. Previous work-related skill, knowledge, or experience is required. Job Preparation: SVP 6.0 to 7.0—More than 1 year and less than 4 years. Knowledge: Law, Government and Jurisprudence; English Language; Computers and Electronics; Communications and Media; Telecommunications. Instructional Programs: 520401 Administrative Assistant/Secretarial Science, General; 520403 Legal Administrative Assistant/Secretary.

Related DOT Job: 201.362-010 Legal Secretary.

### 43-6013.00 Medical Secretaries (Medical Secretaries)
Education: Postsecondary vocational training
Employed: 219,309.
Openings: 32,830.
Projected Growth: 19%.
Earnings: $24,460.

*Perform secretarial duties, utilizing specific knowledge of medical terminology and of hospital, clinic, or laboratory procedures. Schedule appointments, bill patients, and compile and record medical charts, reports, and correspondence.*

Routes messages and documents such as laboratory results to appropriate staff. Transcribes recorded messages and practitioners' diagnosis and recommendations into patient's medical records. Answers telephone and directs call to appropriate staff and transmits patients' bills. Greets visitors, ascertains purpose of visits, and directs to appropriate staff. Transmits correspondence and medical records by mail, e-mail, or fax. Takes dictation in shorthand. Schedules patient diagnostic appointments, medical consultations. Compiles and records medical reports, and correspondence, using typewriter or personal computer. Maintains medical records and correspondence.

GOE Number, Interest Area, and Work Group: 09.02.02; Business Detail; Administrative Detail: Secretarial Work. Personality Type: Conventional. Conventional occupations frequently involve following set procedures and routines. These occupations include working with data and details more than with

ADMIN REL 0110

# CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP

### COUNSELORS AT LAW

THOMAS E. PEISCH
BOB B. ROSENTHAL
JAMES F. KAVANAUGH, JR.
RUSSELL F. CONN
GEORGE M. FORD
JAMES B. PELOQUIN
BARRY E. GOLD
THOMAS J. GALLITANO
NEIL R. SCHAUER
JAMES GRAY WAGNER
ERIN K. HIGGINS
STEVEN E. GURDIN
MICHAEL T. SULLIVAN
CONSTANCE M. MCGRANE
KURT B. FLIEGAUF

Ten Post Office Square, Boston, Massachusetts 02109

Tel: (617) 482-8200

Fax: (617) 482-6444

WRITER'S DIRECT DIAL: (617) 348-8214
E-MAIL: CMCGRANE@CKRPF.COM

February 2, 2006

RONALD M. JACOBS
CAROL A. STARKEY
JENNIFER M. NORTON
SARA L. GOODMAN
ELISE S. WALD
MICHAEL R. BERNARDO
JACOB A. LABOVITZ
CARA A. FAUCI
JOHANNA L. MATLOFF
AMY C. STEWART
BETH NUZZO NEWMARK
SARAH E. WEBER
VALERIE CHRISTOPHILOS
MAYA L. SETHI

Paul Durkee, Esq.
McGuire & McGuire
45 Linden Street
Worcester, MA  01609

Windy L. Rosebush, Esq.
Edwards Angell Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA  02199-7613

RE:  Kelly Labranche Urella v. Verizon Employee Benefits Committee, et al.;
C.A. No. 05-40064-FDS

Dear Paul and Windy:

Thank you for your courtesies in court on Tuesday.  As authorized by Paul Durkee, I enclose a copy of the documents which I received from the attorney from Aetna relating to Kelley Labranche Urella.  I am following up with MetLife to make sure that they did not participate in the plaintiff's claim determination.

Very truly yours,

Constance M. McGrane

Enclosures
CMM/sem:5182-040

cc:    James F. Kavanaugh, Jr., Esq. (w/o encs.)

ADMIN REL 0111

```
TH17                          CI  ClmInqsl
$A4Q                      SUBSCRIBER INQUIRY                       05-25-2005

 SSN: 017620959                                        Team ID: M4 GYM
 Last                      First                      Unconfirm Mbr:
 Name: LABRANCHE           Name: KELLEY        MI:     Rank:
 DOB: 07-22-1969 Sex: F Total OVP/UNP Bal: 0.00   SFO:  Alt Proc:
                                                       File Sts:

 Spouse DOB:
 Child DOB:

 Special Handling Instructions:


                         Associated Coverage
            Cmd    Type              Status      Control




                                                        MORE

  F1=HLP F3=CLAIM MENU F4=PRMPT F7=BKWD F8=FWD F12=CNCL
```

ADMIN REL 0112

```
TH4C                          NS NxtScn
$A4Q                CLAIM SET-UP INQUIRY/HISTORY SCREEN              05-25-2005

 SSN: 017620959  Name: KELLEY       LABRANCHE           Team ID: M4 GYM
 Ctl: 0699803 SCD: 63  Suffix:      Account: 99999  Plan:    Valid Claim Ind:
 BIC: 38100    BIC Ext: 100  Claim Type: MDIS ST     Status: D   DCI: 00-00-0000
 Prior Key Type:      Prior Key Eff Date:          State Disa Code:
 Conversion Ind: N Fallback Ind: N Proc Type:    Supp ER Add:     Dist Ind:
   Provision  Value    Provision  Value     Provision  Value    Provision  Value
     01                  02                    03                  04
     05                  06                    07                  08
     09                  10                    11                  12
     13                  14                    15                  16
     17                  18                    19                  20
     21                  22                    23                  24
     25                  26                    27                  28
     29                  30                    31                  32
     33                  34                    35                  36
     37                  38                    39                  40
     41                  42                    43                  44
 Creation Date: 04-02-2002    Creation Time: 11:11:01
 History Date:  04-02-2002    History Time:  11:11:00            Proc ID: GYM

 F1=HLP F3=CLAIM MENU F4=PRMPT F12=CNCL
```

ADMIN REL 0113

```
TH47 NS NxtScn PrevScn OpupDtl RecipMntsl RecipInqsl BnftInqsl ClmSetup IntFace
$A4Q        SHORT TERM DISABILITY CLAIM INQUIRY/HISTORY SCREEN 1    05-25-2005

SSN: 017620959  Name: KELLEY     LABRANCHE            Team ID: M4 GYM
Ctl:    699803  Suffix:          Account: 99999   Plan:   Clm Status:   D
BIC:    38100  Clm Type: MDIS ST  Proc Status: U  PME Ref:
Clm Eff Date:            Cert Thru Date:         EOB:         Source:
Valid Claim Ind:                                      Fallback Ind:  N
Employer Name:  BELL ATLANTIC          EIN:          Wk St Cd:
Subsidiary Name:                       Loc Code: GUIINT Svc Cntrct:
Hire Date:           Job Code:     Text:               Drft Stk:
Earn Amt:            Earn Freq:      Hrs per Wk:    Days per Wk:

Init Notif Dt:          Rec'd Dt:  02-26-1999   Rslvd Date: 04-02-2002
Ins Eff Dt:             DLW:           DCI:            RTW Days:
Approved Dt:            Reins Ind: N Reins Date:        Succ Dis:
Term Date:          Term Rsn Code:   Denied Date: 12-31-2000 Den Rsn Cd: 07

Hosp Admin Dt:           Cause:             Ovp/Und:        0.00
Prim ICD:                            Disa Ind:      Type:
Secdr ICD:                           Disa Ind:      Type:
History Date:  04-02-2002     History Time: 11:11:00   Proc ID:  GYM

F1=HLP F3=CLAIM MENU F4=PRMPT F12=CNCL
```

ADMIN REL 0114

```
TH48 PS PrevScn OpupDtl RecipMntsl RecipInqsl BnftInqsl ClmSetup IntFace
$A4Q      SHORT TERM DISABILITY CLAIM INQUIRY/HISTORY SCREEN 2      05-25-2005
SSN: 017620959           Clm Status: D              Wait Period Days:
Ben Start Ill:    Inj:      Clm Eff Dt:                EOB:
FICA Rsn Cd:    RTW PT:   FICA Start Dt:          FICA Stop Dt:
Cert Thru Dt:              Pmt Freq Cd:  Per Pay Due Dt:          EE %: 999

Penalty Reduct %:        From Date:                 Thru Date:
T/C Dt:                   T/C Meets Ind:            T/C Meets Dt:

RBE:                  Calc Mode:     Rounding Code:     Rehab Sts Cd:
Ind Max:              ER Max:          Max Type:
Min % Ind:            Min %:          Min Amt:          SS Sts Cd:
NDL %:                NDL Amt:         Built-in NDL Amt:
Rehab NDL %:          Rehab NDL Amt:     BDL %:          BDL Amt:
                     Monthly Benefit Level Calculations
 Occ.   Max %      Flat Amount    For Amount      Thru Date       Max Amt
  1              -or-                         -or-
  2              -or-                         -or-
  3              -or-                         -or-
  4              -or-                         -or-
History Date: 04-02-2002      History Time: 11:11:00         Proc ID: GYM

F1=HLP F3=CLAIM MENU F4=PRMPT F12=CNCL
```

ADMIN REL 0115

```
 THA1        I   Add, Update, NextNote (NN), PrevNote (PN), Inquiry
 $A4Q                     NOTEPAD MAINTENANCE                        05-25-2005

SSN: 017620959        Name: KELLEY        LABRANCHE
Creation Date: 03-24-2003    Creation Time: 21:09:45    Proc ID: XXX M5
CMD: (D=Delete, I=Insert)                               LINES 1 TO 14 OF 125
   ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
     CLAIM TRANSFERRED TO NEW CARRIER
```

```
F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

ADMIN REL 0116

```
THA1       I   Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$A4Q                     NOTEPAD MAINTENANCE                        05-25-2005

SSN: 017620959       Name: KELLEY       LABRANCHE
Creation Date: 04-27-2001   Creation Time: 21:06:05      Proc ID: XXX M5
CMD: (D=Delete, I=Insert)                                LINES 1 TO 14 OF 125
    ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
    PENDING CLAIM CLEANUP PROJECT COMPLETED 2001-04-27




F1=HLP  F4=PRMPT  F7=BKWD  F8=FWD  F9=RTRV  F12=CNCL
```

ADMIN REL 0117

```
 THA1        I   Add, Update, NextNote (NN), PrevNote (PN), Inquiry
 $A4Q                    NOTEPAD MAINTENANCE                        05-25-2005

SSN: 017620959        Name: KELLEY        LABRANCHE
Creation Date: 03-18-1999   Creation Time: 14:23:34      Proc ID: TXC S2
CMD: (D=Delete, I=Insert)                                LINES 1 TO 14 OF 125
  ...+....1....+....2....+....3....+....4....+....5....+....6....+....7..
    ##TCT EE AT WORK INFORMED THAT NCM REC'D CLINICAL FROM AP/BUT AP ONLY DI
    SABLED EE FOR 2 DAYS SO SHE WOULD NOT MEET THE WAITING PERIOD/STATES SHE
    TOLD THE AP NOT TO WORRY ABOUT SENDING INFO/STATES SHE WAS PAID FOR THE
    2 DAYS AND KNOWS THAT HER CLAIM WAS DENIED/TCHARLES LPN/MID/69067




 F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

ADMIN REL 0118

```
THA1        I   Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$A4Q                          NOTEPAD MAINTENANCE                    05-25-2005

SSN: 017620959          Name: KELLEY        LABRANCHE
Creation Date: 03-17-1999  Creation Time: 09:16:45      Proc ID: MLR S2
CMD: (D=Delete, I=Insert)                                LINES 1 TO 14 OF 125
   ...+....1....+....2....+....3....+....4....+....5....+....6....+....7..
   FAX RCVD 031699 @ 4:03 FROM FALLON CLINIC; DR FLEMING STATE EE LAST OV
   021299 PRIM DX UPPER REPIRATORY INFECTION; CURR S&S COUGH, FEVER, CHEST
   TIGHTNESS HEAD CONGESTION  SEC DX VIRAL INFECTION W/SEC OTITIS MEDIA/
   EST RTW 021599/ GIVEN TO NCM TCHARLES/MRODRIGUES/HCF/MIDX69332




F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

ADMIN REL 0119

```
THA1      I  Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$A4Q                        NOTEPAD MAINTENANCE                    05-25-2005

SSN: 017620959        Name: KELLEY        LABRANCHE
Creation Date: 03-16-1999   Creation Time: 11:32:23     Proc ID: CAR S2
CMD: (D=Delete, I=Insert)                              LINES 1 TO 14 OF 125
   ...,+....1....+....2....+....3....+....4....+....5....+....6....+....7..
   031699/1132/REC TCE EE'S EMP(CHARLENE ANTON)/WHO STATED THAT THE EE RTW
   ON 2-22 FULL DUTY/AND THAT SHE REC A NOD REG THE EE BEING DENIED/DUE TO
   LACK OF CLINICAL INFO/ADVISED/EMP ALSO STATED THAT THE EE HAD BEEN PAID
   BECAUSE SHE WAS ONLY OUT FOR ONE DAY/EMP WANTED TO KNOW IF SHE SHOULD
   DO ANYTHING OR HAD TO DO ANYTHING/ADVISED/C RIDDICK/HCF/MID/69101




F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

ADMIN REL 0120

```
  THA1        I   Add, Update, NextNote (NN), PrevNote (PN), Inquiry
  $A4Q                        NOTEPAD MAINTENANCE                    05-25-2005

  SSN: 017620959        Name: KELLEY         LABRANCHE
  Creation Date: 03-11-1999   Creation Time: 13:21:55      Proc ID: TXC S2
  CMD: (D=Delete, I=Insert)                               LINES 1 TO 14 OF 125
    ...+....1....+....2....+....3....+....4....+....5....+....6....+....7..
    ##***********CLAIM DENIED DUE TO LACK OF CLINICAL INFO/TCHARLES LPN/MID/
    69067
```

```
  F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

ADMIN REL 0121

```
THA1        I   Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$A4Q                        NOTEPAD MAINTENANCE                    05-25-2005

SSN: 017620959        Name: KELLEY        LABRANCHE
Creation Date: 03-05-1999   Creation Time: 15:09:58      Proc ID: SPK S2
CMD: (D=Delete, I=Insert)                                LINES 1 TO 14 OF 125
    ....+....1....+....2....+....3....+....4....+....5....-....6....+....7..
    TCT APO S/W KAREN FLEMMING APRN/ STATED SAW EE ON 2/12/99 FOR URI AND
    SINUSITIS/LOV 2/17/99/ STATED DID NOT GIVE NOTE FOR OOW BUT PT WAS SEEN
    BY URGENT CARE ALSO/ NOTE MAY BE IN CHART/ WILL OBTAIN CHART AND FAX
    NOTES TO NCM/SKING LPN/MID/69569
```

F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL

ADMIN REL 0122

```
 THA1        I    Add, Update, NextNote (NN), PrevNote (PN), Inquiry
 $A4Q                       NOTEPAD MAINTENANCE                          05-25-2005

SSN: 017620959        Name: KELLEY       LABRANCHE
Creation Date: 03-04-1999  Creation Time: 15:29:27     Proc ID: IMD S2
CMD: (D=Delete, I=Insert)                             LINES 1 TO 14 OF 125
    ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
    TCT APO @ 508-832-9621 (KAREN FLEMMING NP), S/W DINA.  STATED NP W/
    PTS. NOW.  WILL GIVE MESS TO C/B W/ EE'S CLINICAL INFO.  NCM & 800#
    X69067 GIVEN.  I.DELGADO LPN MID 69035.
```

```
 F1=HLP  F4=PRMPT  F7=BKWD  F8=FWD  F9=RTRV  F12=CNCL
```

ADMIN REL 0123

```
THA1        I   Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$A4Q                        NOTEPAD MAINTENANCE                    05-25-2005

SSN: 017620959      Name: KELLEY        LABRANCHE
Creation Date: 03-02-1999  Creation Time: 16:54:32      Proc ID: JXK S2
CMD: (D=Delete, I=Insert)                               LINES 1 TO 14 OF 125
  ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
   TCF EE/  !!!!!!! PLEASE DON'T CALL HER MOTHER IN LAW NOT ON GOOD TERMS
     !!!!//JKOONCE/HCF/MID/X69145
```

```
F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

ADMIN REL 0124

```
THA1      I   Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$A4Q                      NOTEPAD MAINTENANCE                    05-25-2005

SSN: 017620959.        Name: KELLEY      LABRANCHE
Creation Date: 03-02-1999   Creation Time: 16:42:16    Proc ID: JXK S2
CMD: (D=Delete, I=Insert)                       LINES 1 TO 14 OF 125
   ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
   TCF EE/ !!!!! THREE POINT CONTACT INFO EE !!!!!/ JOB/ ADM ASST/ WORK
   LOC/ 15 CHESTNUT STREET WORCESTER MASS 01606/ SUPV CHARLENE ANTON.
   SAME WORK LOC/ DR KAREN FLEMING / NURSE SPECIALIST/ # 508-832-9621/
   FDA 2/12/99 - 02/19/99 LUNG AND EAR INFECTION/ ARTW RTW 022299/ # HOME
   508-832-5388/ WORK # 508-795-3152//JKOONCE/HCF/MID/X69145/EMAIL NCM T.
   CHARLES/
```

```
F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

ADMIN REL 0125

```
THA1        I   Add, Update, NextNote (NN); PrevNote (PN), Inquiry
SA4Q                     NOTEPAD MAINTENANCE                    05-25-2005

SSN: 017620959      Name: KELLEY       LABRANCHE
Creation Date: 03-02-1999  Creation Time: 16:34:20      Proc ID: TXC S2
CMD: (D=Delete, I=Insert)                          LINES 1 TO 14 OF 125
     .:..+....1....+....2....+....3....+....4....+....5....+....6....+....7..
     TCT EE/MOTHER-IN-LAW ANS PHONE STATES EE DOES NOT LIVE HERER STATES EE
     HAS AN UNPUBLISHED # STATES SHE WILL GIVE EE MSG TO CB NCM W AP #/
     TCHARLES LPN/MID/69067
```

```
F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

ADMIN REL 0126

```
THA1        I   Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$A4Q                          NOTEPAD MAINTENANCE                    05-25-2005

SSN: 017620959        Name: KELLEY        LABRANCHE
Creation Date: 03-01-1999   Creation Time: 14:29:48    Proc ID: MAB S2
CMD: (D=Delete, I=Insert)                          LINES 1 TO 14 OF 125
   ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
   NO              APO              LISTED          M BEAUDOIN LPN
   MID
```

```
F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

ADMIN REL 0127

```
THA1        I    Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$A4Q                        NOTEPAD MAINTENANCE                    05-25-2005

SSN: 017620959        Name: KELLEY        LABRANCHE
Creation Date: 03-01-1999   Creation Time: 14:25:59      Proc ID: MAB S2
CMD: (D=Delete, I=Insert)                           LINES 1 TO 14 OF 125
    ...+....1....+....2....+....3....+....4....+....5....+....6....+....7..
    030199 TCT ER S/W CHARLENE ANTON STS EE IS A ADM ASSIST LDW 021199 1ST
    DAY OOW 021299 WORK LOC 15 CHESTNUT ST,WOSTER MA 01609 M BEAUDOIN LPN
    MID
```

```
F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

ADMIN REL 0128

```
 THA1        I   Add, Update, NextNote (NN), PrevNote (PN), Inquiry
 $A4Q                         NOTEPAD MAINTENANCE                05-25-2005

 SSN: 017620959        Name: KELLEY        LABRANCHE
 Creation Date: 03-01-1999   Creation Time: 14:23:48    Proc ID: MAB S2
 CMD: (D=Delete, I=Insert)                              LINES 1 TO 14 OF 125.
     ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
     030199 TCT EE M/L ON V/M WITH TOLL FRE 3 AND NCM NAME AND NEED FOR APO
     NAME AND # M BEAUDOIN LPN MID
```

```
 F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

ADMIN REL 0129

```
THA1        I    Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$A4Q                          NOTEPAD MAINTENANCE                    05-25-2005

SSN: 017620959        Name: KELLEY        LABRANCHE
Creation Date: 03-01-1999   Creation Time: 14:23:28      Proc ID: MAB S2
CMD: (D=Delete, I=Insert)                                LINES 1 TO 14 OF 125
    ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
    ********************** NCM TANYA CHARLES ***************************
```

```
F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

ADMIN REL 0130

```
 THA1       I  Add, Update, NextNote (NN), PrevNote (PN), Inquiry
  $A4Q                    NOTEPAD MAINTENANCE                    05-25-2005

 SSN: 017620959       Name: KELLEY         LABRANCHE
 Creation Date: 02-26-1999   Creation Time: 15:02:53      Proc ID: PTK S2
 CMD: (D=Delete, I=Insert)                                LINES 1 TO 14 OF 125
    ...+....1....+....2....+....3....+....4....+....5....+....6....+....7..
    ##********NEW DAP CASE******** RCVD FROM BELL ABC IN HARD COPY/SUPV IS C
    HARLENE ANTON (508)795-3173/PKAHLE, HCF, MID, X69360
```

```
 F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

ADMIN REL 0131

TH47 BI NxtScn PrevScn OpupDtl RecipMntsl RecipInqsl BnftInqsl ClmSetup IntFace
$AOE          SHORT TERM DISABILITY CLAIM INQUIRY/HISTORY SCREEN 1    05-26-2005

SSN: 017620959  Name: KELLEY      LABRANCHE          Team ID: M4 GYM
Ctl:    699803  Suffix:        Account: 99999    Plan:       Clm Status:  D
BIC:    38100  Clm Type: MDIS ST    Proc Status: U  PME Ref:
Clm Eff Date:            Cert Thru Date:          EOB:          Source:
Valid Claim Ind:                                 Fallback Ind:  N
Employer Name:  BELL ATLANTIC.              EIN:         Wk St Cd:
Subsidiary Name:                       Loc Code:      Svc Cntrct:
Hire Date:          Job Code:      Text:              Drft Stk:
Earn Amt:            Earn Freq:      Hrs per Wk:    Days per Wk:

Init Notif Dt:          Rec'd Dt:  02-26-1999    Rslvd Date: 04-02-2002
Ins Eff Dt:            DLW:          DCI:          RTW Days:
Approved Dt:          Reins Ind: N Reins Date:        Succ Dis:
Term Date:        Term Rsn Code:    Denied Date: 12-31-2000 Den Rsn Cd: 07

Hosp Admin Dt:              Cause:          Ovp/Und:      0.00
Prim ICD:                          Disa Ind:      Type:
Secdr ICD:                          Disa Ind:      Type:
History Date:  04-02-2002        History Time: 11:11:00    Proc ID:  GYM
TH0681E FLOW NOT ALLOWED FOR CLAIM STATUS N, P OR D
F1=HLP F3=CLAIM MENU F4=PRMPT F12=CNCL

ADMIN REL 0132

ADMIN REL 0133

## eTUMS Event Profile Report - Disability

AETNA CONFIDENTIAL

Date Printed: Wed May 25 09:15:59 EDT 2005

Name: LABRANCHE, KELLEY A.

ID: 0017620959

### REVIEWER INFORMATION

| Name | Role | Principal |
|------|------|-----------|
| Chrostowski, Anne | Health Care Consultant | Yes |

### MEMBER INFORMATION

| ID | Name | Sex | Date of Birth | Age | Relationship |
|----|------|-----|---------------|-----|--------------|
| 0017620959 | LABRANCHE, KELLEY A. | F | 07/22/1969 | 35 | Subscriber |

### COVERAGE INFORMATION – NonHMO

| Customer Name | CSA | Plan Summary | Effective Date | Termination Date | Product | Plan |
|---------------|-----|--------------|----------------|------------------|---------|------|
| VERIZON | 719988-27-005 | CB | 01/01/2002 | 03/02/2003 | MDIS | 102 |

### EVENT INFORMATION

| Event Status | Event Stage | Reference # | Start Date |
|--------------|-------------|-------------|------------|
| | Terminated | 04/12/2002 | 04/27/2002 |

### EVENT CONTACT INFORMATION

| Date | Contact Name | Telephone Number | Role | Type | Call Direction | Disclaimer Read |
|------|--------------|------------------|------|------|----------------|-----------------|
| 04/30/2002 | ARISTIA NINOS | (508)795-3173 | Supervisor | Status | I | N |
| 05/02/2002 | JEANETTE VALLENCOURT, UNION | (508)393-6663 | Customer Contact | Status | I | N |
| 04/22/2002 | ee | (508)612-9780 | Member | New Case Intake | O | N |
| 04/30/2002 | EE | (508)612-9780 | Member | Status | I | N |
| 04/30/2002 | EE | (508)612-9780 | Member | Status | I | N |
| 04/19/2002 | ARISTIA NINOS | (508)795-3173 | Supervisor | New Case Intake | I | Y |
| 04/26/2002 | EE | (508)612-9780 | Member | Status | I | N |

AETNA CONFIDENTIAL

ADMIN REL 0134

## eTUMS Event Profile Report – Disability

AETNA CONFIDENTIAL

Date Printed: Wed May 25 09:15:59 EDT 2005

Name: LABRANCHE, KELLEY A.

ID: 0017620959

| Date | Contact Name | Telephone Number | Role | Type | Call Direction | Disclaimer Read |
|------|--------------|------------------|------|------|----------------|-----------------|
| 05/01/2002 | KARISTA NINOS | (508)795–3173 | Supervisor | Status | I | N |
| 04/26/2002 | EE | (508)612–9780 | Member | Status | I | N |
| 04/30/2002 | EE | (508)612–9780 | Member | Status | I | N |
| 05/20/2002 | EE | (508)612–9780 | Member | Status | I | N |
| 08/23/2002 | ARISTIA NINOS | (508)795–3173 | Supervisor | Status | I | N |
| 04/23/2002 | chiancola sandra | (508)854–0642 | Attending Physician | Clinical Information | O | N |
| 05/01/2002 | ARISTIA NINOS | (508)795–3173 | Supervisor | Status | I | N |
| 10/08/2002 | aristia ninos | (508)795–3173 | Supervisor | Status | I | N |
| 04/22/2002 | SANDRA  CHIANCOLA | (508)854–0642 | Attending Physician | Initial Cert Clinical | O | N |
| 05/01/2002 | EE | (508)612–9780 | Member | Status | I | N |
| 04/30/2002 | EE | (508)612–9780 | Member | Status | I | N |
| 04/26/2002 | kelley labranche | (508)612–9780 | Member | Status | O | N |
| 04/24/2002 | KELLEY | (508)612–9780 | Member | Status | I | N |
| 04/26/2002 | EE | (508)612–9780 | Member | Status | O | N |
| 04/30/2002 | ARISTIA NINOS | (508)795–3173 | Supervisor | Status | I | N |
| 05/01/2002 | EE | (508)612–9780 | Member | Status | I | N |

## PROVIDER INFORMATION

| 1. Attending | | |
|---|---|---|
| Name | EPDB PIN | Telephone Number |
| Sandra  Chiancola | 0007232242 | (508)831–0045 |

## DIAGNOSIS INFORMATION

AETNA CONFIDENTIAL

## eTUMS Event Profile Report - Disability

AETNA CONFIDENTIAL

Date Printed: Wed May 25 09:15:59 EDT 2005

Name: LABRANCHE, KELLEY A.

ID: 0017620959

ADMIN REL 0135

| Code | Description | Principal From Date | Principal Thru Date | Active From Date | Active Thru Date |
|------|-------------|---------------------|---------------------|------------------|------------------|
| 296.2 | MAJOR DEPRESSIVE DISORDER, SINGLE EPISODE | 04/12/2002 | | 04/12/2002 | |
| 300.2 | PHOBIC DISORDERS | | | 04/12/2002 | |

## PROCEDURES and SERVICES INFORMATION

| Procedure Code | Description | Procedure Date |
|----------------|-------------|----------------|
| | | |

## WORK PROFILE INFORMATION

### 1. WORK PROFILE INFORMATION

| Date of Hire | Primary | Physical Demand Level | Work State |
|--------------|---------|----------------------|------------|
| 05/24/1993 | Y | Sedentary | MA |

| Company Job Title | EEOC Job Class | Company Job Code | EE Badge/ID Number |
|-------------------|----------------|------------------|--------------------|
| adminstrative assistant | Office Clerical | A05A036F0 | |

| Company Location Code | Company Location Description |
|-----------------------|------------------------------|
| | |

| Permanent Restrictions | Work Details and Restrictions | Job Accomodation | Job Eliminated |
|------------------------|-------------------------------|------------------|----------------|
| N | 85% SEDENTARY(PHONE WITH HEADSET, COPYING AND FAXING), 15 % WALKING. | Not currently available | N |

| Scheduled Hours Per Day | Scheduled Days Per Week | Total Hours Per Week |
|-------------------------|-------------------------|----------------------|
| 7.5 | 5.0 | 37.5 |

| Schedule Details |
|------------------|
| M-F  8:430 NO MANDATORY OT |

Contacts

| Name | Role | Telephone Number | Fax Number |
|------|------|------------------|------------|
| aristia NINOS | Supervisor | (508)795-3173 | |

AETNA CONFIDENTIAL

ADMIN REL 0136

## eTUMS Event Profile Report - Disability

AETNA CONFIDENTIAL

Name: LABRANCHE, KELLEY A.

Date Printed: Wed May 25 09:15:59 EDT 2005

ID: 0017620959

### 1. CERT/RECERT INFORMATION

**Disability Benefit Dates**

| ST Start | ST End | Test Change | A/D End |
|---|---|---|---|
|  |  |  |  |
| LT Start | LT End | Test Change Met | M/N End |
|  |  | N |  |

**Guidelines**

| Norm Source | Norm Days | Rec. Source | Recommended Days |
|---|---|---|---|
| Aetna Norm | 53 |  | 0 |

**Days**

| From Date | Days | Thru Date | Source |
|---|---|---|---|
| 04/12/2002 | 0 |  | Nurse Case Manager |
| **Total Days** | **Disclaimer** | **Successive** | **Appeal** |
| 0 | N | N | N |
| **Projected RTW** | **Physical Demand** | **State Cash** |  |
|  | Sedentary | N |  |

**Decision**

| Decision | Date | Reviewer | Rev. Method |
|---|---|---|---|
| Denied | 04/26/2002 | Chrostowski, Anne | Telephonic |
| **Reason** |  |  |  |
| Definition Of Disability |  |  |  |

## EVENT NOTES

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Appeal | Jackson, Rhonda | 03/21/2003 |

AETNA CONFIDENTIAL

ADMIN REL 0137

## eTUMS Event Profile Report – Disability

AETNA CONFIDENTIAL

Name: LABRANCHE, KELLEY A.

Date Printed: Wed May 25 09:15:59 EDT 2005

ID: 0017620959

## EVENT SUMMARY INFORMATION

### Notification

| Last Day Worked | First Day Missed | Date Claim Incurred | Appeal |
|---|---|---|---|
| 04/12/2002 | 04/12/2002 | 04/12/2002 | |
| Date All Data Collected | Review Date | Total Days Prior To Review | |
| 04/26/2002 | | 0 | |

### Event Indicators

| Occ / Non–Occ | Injury / Illness | Pre–Existing | Takeover |
|---|---|---|---|
| N | N | N | N |

| SSDI |
|---|
| Not Applicable |

### Disability Benefits Dates

| Start | End |
|---|---|
| | |

### Return To Work

| Projected | Modified | Actual |
|---|---|---|
| | | |

### Case Closed Information

| Case Closed | Reason Case Closed |
|---|---|
| 04/27/2002 | Contract Provisions |

### Penalty Information

| From Date | Thru Date | Reduction Percent | Penalty Amount |
|---|---|---|---|
| | | 0 | 0.0 |

## CERT/RECERT INFORMATION

AETNA CONFIDENTIAL

ADMIN REL 0138

## eTUMS Event Profile Report – Disability

AETNA CONFIDENTIAL

Date Printed: Wed May 25 09:16:59 EDT 2005

Name: LABRANCHE, KELLEY A.

ID: 0017620959

| Note | | |
|---|---|---|
| Appeal Letter transferred to Metlife. Ack letter sent to claimant indicating that Metlife will be handling the appeal. | | |

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Appeal | Weber, Christine | 03/20/2003 |

| Note | | |
|---|---|---|
| letter rcvd from attorney McGuire – referred to rj to refer to metlife – cew – csp | | |

| Subject | Prepared By | Date Prepared |
|---|---|---|
| MD–Appeal upheld | Attfield, Melvyn | 01/23/2003 |

| Note | | |
|---|---|---|
| note two of two  Medical data reviewed included but is not restricted to: · 4/18/02. Sandra Chiancola. "CI presents anxious / tearful. CI reports continued difficulties in work place. CI describes an incident of unfair management practice surrounding her utilization of family leave act. Confrontation resulted in a vague accusation directed at cl if  writing a threatening not ? disclosing to human resources ? union rep unfair management practice. CI repts she never saw the note and suspects the not was staged to ? impact her case to union / HR, ? flattening of emotion; derealization, frequent and ? thoughts, avoidance of ? significant ? "I can't stop crying."? Quality of trauma response · 4/29/02. Sandra Chiancola. "CI has made little gains over symptoms. Struggles with intrusive and ?CI? the strong ?.at workplace as another difficulty. CI agrees to work issues through ? EAP. Clinician strongly recommends new work environment. · 5/1/02. Karen Fleming NP. In September 2001  the insured began to develop symptoms "of anxiety related to multiple stressors. She did miss a few days of work but was well controlled on a combination of medications and counseling" The insured was described as having "significant difficulties at work and at home. She describes a hostile environment on her job site and has sought assistance through her employers EAP. SHE HAS BEEN OUT OF WORK SINCE APRIL OF 2002. WE ARE AWARE SHE IS IN COUNSELING SHE HAS HAD MEDICATIONS REEVALUATED AND WILL BE SEEING HER EAP COUNSELOR ON AN AS NEEDED BASIS. SHE WILL SEE US AS NEEDED. DUE TO INABILITY TO PERFORM THE FUNCTIONS OF HER JOB SHE IS ASKED BY HER COUNSELOR AND ME TO REMAIN OUT OF WORK UNTIL FURTHER NOTICE. I ANTICIPATE WITH AGGRESSIVE TREATMENT, TIME OFF AND MEDICATIONS SHE WILL RETURN BY JUNE 15,2002." · 10/31/02. Letter from Karen Fleming NP / William Gaines MD. Was seen in the office since 1994. "In April she contacted our office to obtain a note to remain out of work due to acute situational anxiety. The patient spoke to me via telephone and advised me that she had been in counseling and had initiated actions to address what she described as a hostile environment at work. She stated that she did not contact me initially as she was again seeing a counselor and was at that point initiating some assistance through her EAP. She described feeling uncomfortable at work. She felt anger and hostility from some of her coworkers. She stated she was having trouble concentrating and was fearful of making mistakes (some were made but she was able to rectify them without consequence) She described palpitations and panic attacks. She described feeling uncomfortable in crowds. She remained out of work due to advice from her counselor as well as myself until she could perform her dutines and address the issues affecting her employment "head on."     Melvyn Attfield Ph.D. DAAPM ABPN. ME00467 Consulting Clinical Neuropsychologist | | |

| Subject | Prepared By | Date Prepared |
|---|---|---|
| MD–Appeal upheld | Attfield, Melvyn | 01/23/2003 |

| Note | | |
|---|---|---|

AETNA CONFIDENTIAL

ADMIN REL 0139

## eTUMS Event Profile Report – Disability

AETNA CONFIDENTIAL

Name: LABRANCHE, KELLEY A.

Date Printed: Wed May 25 09:15:59 EDT 2005

ID: 0017620959

Cau note: final appeal decision is touphold original denial of disability benefits. Detailed letter to: Attorney at Law John K. McGuire, Jr. 45 Linden Street Worcester, MA 01609 ********* Dear Attorney McGuire: This letter is in response to your request for a review of the disability certification denial for the dates of April 12, 2002 through June 17, 2002. Pursuant to the terms of Verizon's Sickness and Accidental Disability Benefit Plans for New England Associates, (Sections 4.1 and 5.1) All Employees whose term of employment with the Employing Company is six (6) or more months shall become participants in the Sickness Disability Benefits portion of the Plan and be qualified to receive payments under the Plan on account of physical disability to work by reason of sickness. All Employees shall be participants in the Accidental Disability Benefit Plan and qualified to receive payments under the Plan on account of physical disability to work by reason of accidental injury arising out of and in the course of employment by the Employing Company.   In the first 12 months of a certified period of disability, to qualify for disability benefits Ms. Labranche must be unable, solely because of disease or injury, to perform the material duties of her own occupation. Material duties refer to those duties, both physical and cognitive, that are normally required for the performance of a particular occupation. Please be advised   Ms. Labranche's occupation does not mean the specific job she is performing for a specific employer or at a specific location. According to our records, Ms. Labranche's request for material disability certification was denied after our Disability Nurse Case Manager was unable to obtain sufficient clinical information from her treating physician that indicated she was unable to perform the material duties of her own occupation.    A review of Ms. Labranche's file indicates that she became disabled March 25, 2002. She was employed as an Administrative Assistant at the time she ceased active work. We reviewed the following information submitted as well as the medical information contained in Ms. Labranche's file: · Nurse Case Manager Notes · Your appeal letter · Letter dated October 31, 2002 from Karen M. Fleming, N.P. and William M. Gaines, MD  Ms. Labranche's file was forwarded to our Consulting Clinical Neuropsychologist, Melvyn Attfield, Ph.D. DAAPM, ABPN for review. Ms. Labranche is a 32 year–old employee with administrative assistant occupation who went out of work on April 12, 2002. Medical notes from the primary care provider, Karen Fleming, NP, fail to provide contemporaneous, objective data to support the presence of impairment sufficient to prevent her from working. Karen Fleming, NP, indicated that treatment with the counselor and through the physician's office would be on an as needed basis. This would not indicate the presence of a condition that is sufficiently impairing to prevent a return to work. Sandra Chiancola, LCSW, provided notes, which indicated probable job vs. occupation problems. For example, on April 29, 2002 Sandra Chiancola documented options that she felt might help to resolve Ms. Labranche's problems; one alternative being a new work environment. Details of work conflict and recommendations for a new work environment suggest problems with Ms. Labranche's "Job". The absence of objectively defined symptoms to support an impaired work capacity would suggest "occupation" potential.  Based on this information, we are maintaining our decision to deny Ms. Labranche's disability benefits from April 12, 2002 through June 17, 2002 on the basis that she did meet the plan's definition of disability. The medical information provided does not support her inability to perform the material duties of her own occupation.

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Appeal | Weber, Christine | 12/19/2002 |
| **Note** | | |
| ext letter sent to attorney – chris weber – csp | | |
| Subject | Prepared By | Date Prepared |
| Appeal | Jackson, Rhonda | 12/04/2002 |
| **Note** | | |
| File Forwarded for Medical Review. | | |
| Subject | Prepared By | Date Prepared |
| Appeal | Weber, Christine | 11/18/2002 |
| **Note** | | |
| letter rcvd from attorney along with a note from Fleming – referred to file – chris weber – csp | | |
| Subject | Prepared By | Date Prepared |

AETNA CONFIDENTIAL

ADMIN REL 0140

## eTUMS Event Profile Report - Disability

AETNA CONFIDENTIAL

Name: LABRANCHE, KELLEY A.

Date Printed: Wed May 25 09:15:59 EDT 2005

ID: 0017620959

Note one of two FILE REVIEW  CLAIMANT: Labranche, Kelly SS#: 017620959 CONTROL#: 719988 REFERRAL SOURCE: Rhonda Jackson  DATE: December 12, 2002  REFERRAL QUESTIONS "Dates in question are 4/12/02 through 6/17/02. Please review clinical information to determine if records support an impairment that rises to the level of disability for the above time period. Please indicate claimants's functional capacity to perform her sedentary occupation for the dates of 4/12/02-6/12/02."  DEMOGRAPHICS AND HISTORY. It is not feasible to personally evaluate the insured. Respectful of this limitation, comments are constrained by the medical notes that are reviewed. Restricting comments in this manner is consistent with recommendations of APA Code of Conduct and Ethical Guidelines.. 33 year old Administrative Assistant, diagnosed with Major Depressive Disorder, with a last date of work 1/12/02. RECOMMENDATION · Limited information in the file indicated 'job vs occ' issues. · The medical notes fail to provide a review of symptoms that would indicate the inability to return to her occupation. · I would recommend ensuring that all available notes for the period in question have been secured. · A Nurse initiated TPC, an MHS Questionnaire and a request for type written office notes to avoid misinterpretation of data would have been an appropriate method of attempting to determine the insured's functional capacity between the dates cited. Unfortunately, without written documentation from the providers, a retrospective analysis might be unreliable. SYNOPSIS Medical notes from the PCP Karen Fleming NP fail to provide contemporaneous, objective data to support the presence of an impairment sufficient to prevent the insured from working. Karen Fleming NP also indicated that treatment with the counselor and through the physician's office would be on an as needed basis. This would not indicate the presence of a condition that is sufficiently impairing to prevent return to work; Sandra Chiancola provided notes which indicated probable job vs occupation problems. For example on 4/29/02 Sandra Chiancola apparently documented options that she felt  might help resolve the insured's problems; one alternative being a new work environment. Details of work conflict and recommendations for a new work environment suggest problems with her 'job'. The absence of objectively defined symptoms to support an impaired work capacity would suggest 'occupation' potential. Missing information includes a detailed TPC with the nurse and a MHSS from either or both providers. see next note

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| Appeal | Pilotrowski, Maria | 01/22/2003 |
| Note | | |

<<cont>>> This review of your initial benefits determination will serve as your first level of review under the ERISA claims process.. If you wish to pursue a second level of review, you must submit a written letter of appeal within sixty (60) days of the date of this letter to Verizon's Claim Review Committee. Please include any additional information relevant to Ms. Labranche's claim including copies of the physician's assessments, progress notes, diagnosis, treatment plans, response to treatment, prognosis and recommendations for work for the time period that you are requesting Sickness Disability benefits and mail directly to the following address:        The Verizon Claims Review Committee C/o Verizon Benefits Center Claims Review Unit P.O. Box 1457 Lincolnshire, Il  60069-1457  If you have any questions, please contact us at 1-800-459-3329.

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| Appeal | Pilotrowski, Maria | 01/22/2003 |
| Note | | |

AETNA CONFIDENTIAL

## eTUMS Event Profile Report - Disability

AETNA CONFIDENTIAL                                                     Name: LABRANCHE, KELLEY A.

Date Printed: Wed May 25 09:15:59 EDT 2005                                         ID: 0017620959

ADMIN REL 0141

received by mail letter from John K Mcguire Jr, Meguire & Meguire pc, counselors at law, 45 Linden Street, Worcester, Ma 01609 dated 10-1-02 with postmark same date  (this ncm out of office 10-7 until 10-21)  Dear Ms. Chrostowski,   This office represents the above captioned, Kelly Lebranche, with regard to her application for disability benefits. Ms. Lebranche has submitted to you the opinions of Sandra Chiancola, her therapist, dated June 10, 2002 as well as a letter from her general practitioner, Dr. William Gaines, dated May 1, 2002.  Her therapist, Sandra Chiancola, in her letter of June 10, 2002, relates that Ms. Lebranche at that time was suffering "bouts of clinical depression with anxiety resulting in memory and concentration deficits, fatigue, hopelessness, depression and panic attacks. Her job as an administrative assistant during that period required that she perform various clerical tasks as well as other administrative duties which required highly functional organizational skills. During her claim for disability between April 15, 2002 to June 17, 2002, Ms. Lebranche was very often unable to leave her home due to her anxiety and panic attacks. On those occasions when she would be able to get out, her memory and concentration deficits prevented her from performing her work. Dr. Gaines specifically states, "due to her inability to perform the functions of her job she is asked by her counselor and me to remain out of work until further notice." By virtue of that sentence, Dr. Gaines intimates that he was familiar with her job and had indicated at that time that she was unable to perform it due to her emotional condition.   In view of the fact that this claim involves a brief closed period of disability and that you have paid periods in the past for the same condition, and further based on the opinions of three treating clinicians that Ms. Lebranche was totally disabled from performing her job as an administrative assistant during the period in question. Aetna and/or Verizon's obligations to pay benefits is clear. Therefore, please consider this an appeal of your determination of May 1, 2002, and a formal demand for the payment of benefits under the policy.   Thank you for your attention. Very truly yours,   John K. McGuire, Jr. (signed)

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| Status | Williams, Dahlia | 10/08/2002 |
| **Note** | | |
| tcf er aristia ninos, request denial letter sent to er for fda-04-12-02......will request to be sent.........dahlia williams,dsr | | |

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| Status | O'Brien, Kathleen | 09/27/2002 |
| **Note** | | |
| TCF Jeannette Vallencourt, Union requesting chronology of events  Discussed – ee has never been certified.  Reconsiderations have been upheld for denial –  never appealed    kathleen o'brien rn | | |

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| Status | Misenti, Kelly | 08/23/2002 |
| **Note** | | |
| TCF ER ARISTIA NINOS, SUPV........?ING RELAPSE CLAIM........EE RTW ON 6-19-02 AND WENT BACK OOW ON 6-26-02.........EE THEN RTW 6-27-02 AND WENT OOW IN THE BEGINNING OF JULY FOR ONE DAY........ADVISED ER THE INITIAL DENIAL WAS IN APRIL, THEREFORE, THIS WOULD NOT BE A SUCCESSIVE CLAIM........KMISENTIDSR. | | |

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| Other | Chrostowski, Anne | 07/05/2002 |
| **Note** | | |
| july 5, 2002   Mcguire & Mcguire, P.C. Counselors at Law Attn: John K McGuire, Jr. 45 Linden Street  Worcester, Massachusetts 01609  RE: Kelly Labranche  M719988-8017-62-0959  Dear Mr. McGuire:  In response to your request for the Long Term Disability policy, Ms. Labranche needs to contact Verizon Benefits for a benefit handbook.   Sincerely,   Anne Chrostowski  Verizon Managed Disability  AC/sl | | |

AETNA CONFIDENTIAL

ADMIN REL 0142

## eTUMS Event Profile Report - Disability

AETNA CONFIDENTIAL

Name: LABRANCHE, KELLEY A.

Date Printed: Wed May 25 09:15:59 EDT 2005

ID: 0017620959

| Claim Action Plan | Chrostowski, Anne | 11/07/2002 |
|---|---|---|
| **Note** | | |
| verbal discussion with Rhonda Jackson, appeals. at her request as EE is in appeals give her the note from ee. This was done. anne chrostowski,lpn | | |
| **Subject** | **Prepared By** | **Date Prepared** |
| Claim Action Plan | Chrostowski, Anne | 11/07/2002 |
| **Note** | | |
| received by us mail with postmark 11-1-02 note dated 10-9-02 from ee. Aetna, inc MC1 151 Farmington Avenue Hartford, CT 06156 Attn: Anne Chrostowski I, Kelley LaBranche SS#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, am requesting that copies all of my AETNA documentation medical or otherwise from April 15, 2002 through June 19, 2002 be released to: John E Marshall Business Manager IBEW Local 2325 300 West Main St, Building D Northboro, MA 01532 Thank you Kelley LaBranche (signed) | | |
| **Subject** | **Prepared By** | **Date Prepared** |
| Appeal | Weber, Christine | 10/29/2002 |
| **Note** | | |
| returned call to ee – left msg appeal rcvd and ackn letter is in the mail – chris weber – csp | | |
| **Subject** | **Prepared By** | **Date Prepared** |
| Appeal | Jackson, Rhonda | 10/28/2002 |
| **Note** | | |
| Appeal Rec'd/ Ack letter to claimant/ E-mail to S. Orlando for copy of claim file/ Appeal Intake form sent to Dis. Appeals Mailbox. | | |
| **Subject** | **Prepared By** | **Date Prepared** |
| Appeal | Chrostowski, Anne | 10/22/2002 |
| **Note** | | |
| formal appeal letter from attorney given to Rhonda Jackson in Appeals. at her request UA to make a copy of claim. UA given hard copy. anne chrostowski,lpn | | |
| **Subject** | **Prepared By** | **Date Prepared** |
| Appeal | Chrostowski, Anne | 10/22/2002 |
| **Note** | | |

AETNA CONFIDENTIAL

ADMIN REL 0143

## eTUMS Event Profile Report – Disability

AETNA CONFIDENTIAL

Date Printed: Wed May 25 09:15:59 EDT 2005

Name: LABRANCHE, KELLEY A

ID: 0017620958

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Nurse Review – Verbal | Chrostowski, Anne | 07/05/2002 |
| **Note** | | |
| letter from atty discussed with b. bishop--reld TL.   ua can send letter to attorney that LTD policy comes from Benefits Dept at Verizon.  anne chrostowski,lpn | | |
| Subject | Prepared By | Date Prepared |
| Other | Chrostowski, Anne | 07/05/2002 |
| **Note** | | |
| letter from mcguire & mcguire p.c., counselors at law, 45 linden street, worcester, ma 01609  june 19, 2002  please be advised that this office represents kelly labranche.  would you kindly provide us with a copy of her Long Term Disability policy.  thank you for your cooperation.  very truly yours,  john k mcguire jr (signed) | | |
| Subject | Prepared By | Date Prepared |
| Status | Koonce, June | 07/01/2002 |
| **Note** | | |
| tcf.er Arista.Ninos  Supv  Confirm ee rtw.06–19–02 fd ...June.koonce dsr | | |
| Subject | Prepared By | Date Prepared |
| Status | Paul, Michelle | 05/22/2002 |
| **Note** | | |
| TCF EE AND ANN FROM BENEFIT CENTER – STS HER HANDBOOK DOES NOT CONTAIN DENIAL SECTIONS, AS LISTED IN REASONS AND SECTIONS  ON NOD RECVD...ADV THAT BENEFIT CENTER OR SUPV PROVIDES DOCUMENTATION AND SECTIONS...BENEFIT CENTER ADV EE THAT AETNA SHOULD PROVIDE THESE HANDBOOKS...INFORMED THAT DENIAL REASON ARE GIVEN TO US FROM VERIZON..... EE UNDERSTOOD...BUT DOES NOT UNDERSTAND REASON FOR DENIAL...AT THIS POINT BENEFITS CENTER DISCONNECTED ...ADV EE THAT DENIAL WAS DUE TO LACK OF CLINICAL INFORMATION TO SUPPORT ABSENCE ----AND BASED ON MD REVIEW  THERE IS NO INDICATION ON MEDICIAL RECORDS PROVIDED FOR EE TO BE DISABLED ...ADV CLINICAL DATA TO SUPPORT THAT THE SX/SY RISE TO A LEVEL OF DISABILITY IS NEEDED IN ORDER FOR DENIAL TO BE RECONSIDERED...EE STS SHE WILL APPEAL THE PROCESS AGAIN AND WILL SPEAK WITH DR...EE WOULD LIKE TO HAVE AP CONTACT SOMEONE...ADV THAT WRITTEN DOCUMENTATION IS NEEDED IN ORDER FOR RECONSIDERATION ...EE EXPRESSED UNDERSTANDING ....MAPDSR | | |
| Subject | Prepared By | Date Prepared |
| Status | Schaller, Heather | 05/20/2002 |
| **Note** | | |
| TCF EE.....EE QUESTIONNED THE SECTIONS ON THE NOD FOR WHICH SHE WAS DENIED.....ADVISED THE EE THAT HER PLAN IS PROVIDED THRU HER BENEFITS WITHIN VERIZON AND THAT AUSHC JUST MANAGES THE CLAIMS....PROVIDED THE EE WITH THE BENEFITS DEPT PHONE #.....HSCHALLER, DSR | | |

AETNA CONFIDENTIAL

## eTUMS Event Profile Report - Disability

AETNA CONFIDENTIAL

Name: LABRANCHE, KELLEY A.

Date Printed: Wed May 25 09:15:59 EDT 2005

ID: 0017620959

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | O'Brien, Kathleen | 05/13/2002 |

**Note**

TFC JEANETTE VALLENCOURT QUESTIONING STATUS   Advised Jeanette that med dir has reviewed and denial is upheld.   Encouraged ee to appeal   Kathleen O'Brien RN

| Subject | Prepared By | Date Prepared |
|---|---|---|
| MD – Mts Occ Dem | DeFoy, Walter J | 05/07/2002 |

**Note**

Rev of TUMS; Rev of ltr from NP Flemming and AP Wm Gaines dated 5/01/02; Medical records 4/18/02, 4/29/02// This is a 32 yo EE with with a sed. adm. Assistant job who went OOW on 4/12/02. Objective clinical information to support impairments to the level of disability is not present. After reviewing the letter of the AP and NP they present no objective clinical data to support a disability. Review of the medical records shows what appears to be an HR issue and is referred to in the notes as "unfair management practice surrounding her utilization of family leave act" and the EE's response which required very low dose of Alprozolam to tx. There is no indication these anxiety symptoms required EE to be disabled.No further tx was initiated at the 4/29/02 visit./ Reconsideration: There is no objective clinical data presented to support that the sx/sy were of such severity that the impairment rose to the level of disability./WJDeFoy,MD:

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | O'Brien, Kathleen | 05/07/2002 |

**Note**

TCF JEANETTE VALLENCOURT, UNION   REGARDING STATUS OF CLAIM.  CLAIM REMAINS DENIED.  FURHTER CLINICAL WAS RCVD BUT DENIAL UPHELD AS INFORMATION DID NOT SUPPORT DISABILITY   KATHLEEN O'BRIEN, RN

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Other | Lickwar, Samantha | 05/08/2002 |

**Note**

initial denial letter returned from ups. fda: 04/12/02   begin: 04/18/02. reason for return:  apt # needed, not delivered. sending out regular mail to:     kelley labranche  220 providence rd unit 109  south grafton, ma 01560   samantha lickwar/oa.

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Mariani, Betsy | 05/02/2002 |

**Note**

TCF JEANETTE VALLENCOURT, UNION, QUESTIONING CERT STATUS  CASE REVIEWED  FDA OF 04/12/02 DENIED D/T LACK OF OBJECTIVE FUNCTIONAL IMPAIRMENT IDENTIFIED  CLIN SUBMITTED RECONSIDERATION HOWEVER DENIAL UPHELD  CLIN REFERENCES ISSUES IS WORK RELATED NOT DISABILITY  EE NEEDS TO F/U W/ ER, EAP ETC WITHIN VERIZON, CATHY MARAINI RN

AETNA CONFIDENTIAL

ADMIN REL 0144

**eTUMS Event Profile Report – Disability**

AETNA CONFIDENTIAL

Name: LABRANCHE, KELLEY A.

Date Printed: Wed May 25 09:15:59 EDT 2005

ID: 0017620959

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Medical Director Review – Written | Chrostowski, Anne | 05/02/2002 |
| **Note** | | |
| tasked claim and clinical to medical director for review after discussion with s. delvecchio BH TL. claim denial has been maintained and appeal letter sent to ee. anne chrostowski,lpn | | |

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Other | Chrostowski, Anne | 05/02/2002 |
| **Note** | | |
| Date  5–1–02  Anne Chrostowski  MC3E  Verizon Managed Disability  Phone: 800–459–3329  Fax: 877–484–2112   Ms. Kelley Labranche  220 Providence Road  So. Grafton, MA 01609    Dear Ms. Labranche,   Aetna has received faxed office notes from 4–18–02 and 4–29–02 from Sandra Chiancola  and faxed note dated 5–1 from Fallon Clinic K. Fleming NP.  Unfortunately, this information is not sufficient to warrant a reversal of our claim decision at this level.  Information missing in order to determine eligibility of benefits is an objective assessment of current impairments as well as assessment level of functioning in daily activities and how these impairments interfere with your ability to perform your current job as an administrative assistant.   Please refer to the initial denial that was sent to you on 4–27–02.  As indicated in that letter, you have the right to file a written appeal if you disagree with our decision. Your written appeal must be received by 180 days from 4–27–02  in order to be considered.   Please submit your appeal to the following address:   Disability Appeals Unit  151 Farmington Ave.  Hartford, CT 06156–2970    Sincerely,    Anne Chrostowski   Verizon Managed Disability | | |

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Clinical Information | Chrostowski, Anne | 05/02/2002 |
| **Note** | | |
| office notes from 4–18 and 4–29–02 attached to hard copy of claim from lic sw sandra chiancola.  anne chrostowski,lpn | | |

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Nurse Review – Verbal | Chrostowski, Anne | 05/02/2002 |
| **Note** | | |
| claim with new clinical received from fallon clinic K. fleming NP 5–1–02 discussed with s. delvecchio BH TL.  in agreement with ncm that information is subjective, does not say when ee seen in office. per conversation with this office on 4–29–02  ncm was told ee last seen there 11/01, fda for this claim is 4/02. current information does support that she is having problems and is undergoing counseling. Letter from NP states that ee advised to take a leave of absence which would not be disability. denial is maintained and updated appeal letter sent to ee by ncm with notation:  information missing in order to determine eligibility of benefits is an objective assessment of current impairments as well as assessment level of functioning in daily activities and how these impairments interfere with your ability to perform your current job as an administrative assistant. claim and clinical received also tasked to medical director for review.  anne chrostowski,lpn | | |

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Eligibility Review | Chrostowski, Anne | 05/01/2002 |
| **Note** | | |

AETNA CONFIDENTIAL

ADMIN REL 0145

## eTUMS Event Profile Report – Disability

AETNA CONFIDENTIAL                                                                Name: LABRANCHE, KELLEY A.

Date Printed: Wed May 25 09:15:59 EDT 2005                                        ID: 0017620959

received faxed note from fallon clinic dated 5-1-02 to ee · to whom it may concern:   ee is a patient of mine whom  I have known for over five years. she in september of 2001 began to develop symptoms of anxiety related to multiple stressors.  she did miss a few days of work but was well controlled on a combination of medications and counseling.    it appears her symptoms have recently worsened. she is having significant difficulties at work and at home. she describes a hostile enviornment on her job site and has sought assistance through her employers employee assistance program (eap).   it appears she began increasingly anxious and unable to perform the functions of her position. she was advised to consider a leave of absence, changing positions and dealing more effectively with her anxiety by addressing issues "head on".   she has been out of work since april of 2002. we are aware she is in counseling, she had medications reevaluated and will be seeing her eap counselor on an as needed basis. she will see us as needed. due to inability to perform the functions of her job she is asked by her counselor and me to remain out of work until further notice.   I anticipate with aggressive treatment, time off and medications she will return by june 15, 2002.

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Other | Chrostowski, Anne | 05/01/2002 |
| **Note** | | |
| Date  5-1-02  Anne Chrostowski  MC3E  Verizon Managed Disability  Phone: 800-459-3329  Fax: 877-484-2112   Ms. Kelley Labranche  220 Providence Road  So. Grafton, MA 01609 .  Dear Ms. Labranche,   Aetna has received faxed office notes from 4-18-02 and 4-29-02 from Sandra Chiancola  and faxed note dated 5-1 from Fallon Clinic K. Fleming NP.  Unfortunately, this information is not sufficient to warrant a reversal of our claim decision at this level.    Please refer to the initial denial that was sent to you on 4-27-02. As indicated in that letter, you have the right to file a written appeal if you disagree with our decision. Your written appeal must be received by 180 days from 4-27-02  in order to be considered.    Please submit your appeal to the following address:   Disability Appeals Unit  151 Farmington Ave.  Hartford, CT 06156-2970    Sincerely,     Anne Chrostowski  Verizon Managed Disability | | |

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Chrostowski, Anne | 05/01/2002 |
| **Note** | | |
| received tc from arista ninos er. ee has not rtw.  ncm explained claim is denied;  er wanted to know information as she will be sending letter out. ncm explained ee has 180 days from original denial date to provide clinical for possible reconsideration. | | |

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Chrostowski, Anne | 05/01/2002 |
| **Note** | | |
| received vm from arista ninos er.  asked that ncm update her as ee did not rtw, er is in meeting but can be paged at 508-354-9826 and she will call ncm.  anne chrostowski, lpn | | |

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Williams, Dahlia | 05/01/2002 |
| **Note** | | |
| TCF EE, CHKING IF FAX HAS BEEN REC'D, ADVISED YES HAS BEEN REC'D, BUT FORWARD TO NCM....EE REQUEST IF NOT NOT COMPLETE INFORMATION FOR NCM TO CONTACT DOCTOR ............DAHLIAM MANN, DSR | | |

| Subject | Prepared By | Date Prepared |
|---|---|---|

AETNA CONFIDENTIAL

ADMIN REL 0146

## eTUMS Event Profile Report – Disability

AETNA CONFIDENTIAL

Date Printed: Wed May 25 09:15:59 EDT 2005

Name: LABRANCHE, KELLEY A.

ID: 0017620959

| Status | Schaller, Heather | 05/01/2002 |
|---|---|---|
| **Note** | | |
| FAX REC'D VIA SERVER FROM DR. GAINES ON 5/1/2002 @ 1352 PM....AP NOTE 2 PAGES...FORWARDED TO THE NCM...HSCHALLER, DSR | | |

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Daniels, Sonya | 05/01/2002 |
| **Note** | | |
| TCF ER, ARISTA NINOS–SUPERVISOR, CHECKING STAUS OF EE'S CLAIM....ER WANTED TO KNOW STATUS FMLA AS SHE WAS ADVISED TO CALL.....GAVE ER FMLA 800 #....SDANIELS | | |

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Schaller, Heather | 05/01/2002 |
| **Note** | | |
| TCF ER ARISTIA NINOS....ER REQUESTED TO SPEAK WITH THE NCM...DENIED ASSISTANCE...TRANSFERRED CALL TO THE NCM....HSCHALLER, DSRF | | |

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Eligibility Review | Delvecchio, Steven | 05/01/2002 |
| **Note** | | |
| TCF ee. EE was informed that the clinical notes from her therapist were reviewed. There is not enough information to support disability Benefits. Informed ee of her right to appeal. In order to reconsider benefits, we would need an Objective assessment of Specific impairments that would prevent her from performing the duties of her job. I have agreed with her that the current information does support that she is having problems. What is not clear is if the problems rise to the level of a disability. EE expressed dismay. Informed her she would receive a letter informing her that reconsideration for benefit determination. Denial was upheld. Steven delvecchio rn Bh TL | | |

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Saraco, Jessica | 05/01/2002 |
| **Note** | | |
| TCF EE...TRANSFERRED CALL TO NCM...JSARACODSR | | |

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Eligibility Review | Delvecchio, Steven | 05/01/2002 |
| **Note** | | |
| TCT ee. Left message for cb. if ee calls back, please see if I am available or if NCM is available. ee needs to be advised Uphold denial. rights of appeal. Steven delvecchio Rn Bh TL | | |

AETNA CONFIDENTIAL

ADMIN REL 0147

## eTUMS Event Profile Report – Disability

AETNA CONFIDENTIAL

Date Printed: Wed May 25 09:15:59 EDT 2005

Name: LABRANCHE, KELLEY A.

ID: 0017620959

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Nurse Review – Written | Delvecchio, Steven | 05/01/2002 |
| Note | | |
| Behavioral health note. I have reviewed Session notes from Sandra Chiancola dated 04/18/02 and 04/29/02. The notes indicate that the ee is verbalizing conflict in the work place. What is not clear if ee has the ability to perform her job? There is no assessment of the ee's overall level of functioning and her activity level. Notes indicate that the ee agrees to work issues thru UNION and EAP. Based on current information looks to be a job mismatch. There is a lack of objective information to support that the ee has an impairment that rises to the level of a disability. My recommendation is to uphold the denial, would recommend ee appeal the decision. In order to reconsider benefit would require full objective assessment that supports impairments that would prevent her from performing the duties of an administrative assistant.  Steven Delvecchio Rn Bh TL. | | |

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Eligibility Review | Delvecchio, Steven | 04/30/2002 |
| Note | | |
| TCF ee. Spoke with ee at length. Ee indicates that she has been having difficulty with depression for the last three years. Ee states that her work place issues are separate from issues related to depression, however her depression does make issues more difficult to deal with at work. I have informed ee that I will review clinical information we received today with her NCM tomorrow. I have informed ee that I can make no Guarantees about a certification. Either the NCM or I will call her with a decision on her benefits. Mid to late AM 05/01/02. | | |

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Wilson, Latresa | 04/30/2002 |
| Note | | |
| TCF Jessica Saraco...EE sts that she would like her notes that were faxed to today to be rev and decision made today...advised EE that ncm is allowed time to rev info rec'd....EE sts that she would at least like to be advised if info rec'd is enough to be reconsidered or if ncm needed any further info...discussed matter with S. Delvecchio...call transferred to S.Delvecchio....LATRESAWILSON,DSR | | |

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Saraco, Jessica | 04/30/2002 |
| Note | | |
| TCF EE.....EE REQUESTING THAT SHE WOULD LIKE TO HAVE DSR FAX OVER CLINICAL REQUEST FORM TO AP CHIANCOLA ......EE STS THAT SHE WILL CB WITH AP CHIANCOLA FAX# ..... JSARACODSR.....EE REQUESTING TO SPEAK TO A SUP...DSR TRANSFERED CALL TO A TEAM LEAD.....JSARACODSR | | |

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Schaller, Heather | 04/30/2002 |
| Note | | |
| FAX RECD VIA SERVER FROM DR. ? ON 4/30/2002 @ 1134 AM....AP NOTE...FORWARDED TO THE NCM...HSCHALLER, DSR | | |

AETNA CONFIDENTIAL

AETNA CONFIDENTIAL

eTUMS Event Profile Report - Disability

AETNA CONFIDENTIAL

Date Printed: Wed May 25 09:16:59 EDT 2005

ADMIN REL 0148

Name: LABRANCHE, KELLEY A    ID: 001762095

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | O'Brien, Kathleen | 04/30/2002 |

Note

TOF: JEANETTE VALLENCOURT, UNION.....QUESTIONING STATUS OF CLAIM.....ADVISED THAT EE WAS ABLE TO PERFORM THE FUNCTIONS OF HER JOB.....IT WAS INDICATED THAT A DIFFERENT LOCATION WOULD BE BETTER BUT WE CANNOT DISABLE FOR WORK PLACE ISSUES.....EE IS IN PROCESS OF OBTAINING ADDITIONAL INFORMATION FOR RECON.....KATHLEEN O'BRIEN, RN

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Smith, Richard | 04/30/2002 |

Note

TOF: UNION REP JEANETTE VALLENCOURT.....REQUEST U. K. O'BRIEN.....ANNOUNCED AND XFERRED CALL....RICHARD SMITH, DSR

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Small-Miller, Linette | 04/30/2002 |

Note

TOF EE:TO ASK TYPE OF INFO NOM NEEDS FROM AP.....ADV EE AP SHOULD.-FAX TO NOM. ALL MED INFO PERTAINING TO HER DISABILITY, INCLUDING OFFICE NOTES...EE STATES SHE WILL HAVE AP FAX INFO. LSMALL-MILLER,DSR

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Schaller, Heather | 04/30/2002 |

Note

TOF EE...QUESTIONNED WHAT NEEDS TO BE SENT TO THE NOM IN ORDER FOR HER CLAIM TO BE RECONSIDERED......EE'S PHONE DISCONNECTED BEFORE THE EE COULD BE ADVISED OF WHAT WAS NEEDED...HSCHALLER, DSR

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Rodriguez, Virginia | 04/30/2002 |

Note

TOF ER ABISTA NINOS.....ER STS EE CORRECT FDA IS 4-15-02 NOT 4-12-02...VIRGINIA RODRIGUEZ,DSR   KELLEY LABRANCHE...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

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Carr, Russ | 04/30/2002 |

Note

- 17 of 22 -

AETNA CONFIDENTIAL

ADMIN REL 0149

## eTUMS Event Profile Report – Disability

AETNA CONFIDENTIAL

Date Printed: Wed May 25 09:15:59 EDT 2005

Name: LABRANCHE, KELLEY A.

ID: 0017620959

TCF ER ARISTIA NINOS..ADVISED CLAIM DENIED FOR LACK OF CLINICAL....RCARRDSR

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Clinical Information | Chrostowski, Anne | 04/29/2002 |
| Note | | |

late entry for 4–26. tct donna at karen fleming NP, pcp. ncm explained claim denied for insufficient objective information. ee has been advised by ncm to get office notes from therapist and prescribing physician for medication for possible reconsideration. donna offers that ee was last seen in this office on 11–7–01. is on xanax. donna aware those notes would not be helpful since fda on this claim is 4–12–02. anne chrostowski,lpn

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Clinical Information | Chrostowski, Anne | 04/29/2002 |
| Note | | |

late entry for 4–26 4:37pm. received vm from donna at apo, asked that ncm call her 508–721–1140. ee called her but she is not sure what is needed. will be in office until 5pm. anne chrostowski,lpn

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Misenti, Kelly | 04/26/2002 |
| Note | | |

TCF EE.......EE ?ING CONFIDENTIALITY......EE JUST ?ING WHAT HAPPENS WITH THE CLINICAL.......ADVISED EE ONCE CLINICAL IS RCD, IT IS ENTERED INTO THE SYSTEM AND FORWARDED DIRECTLY TO THE NCM FOR REVIEW......ADVISED EE THERE WOULD NEVER BE A BREACH OF CONFIDENTIALITY AND NO INFO IS EVER TOLD TO THE ER........EE XPRESSED UNDERSTANDING FOR SHE WAS JUST CONCERNED THAT HER ER WILL BE CALLING NEXT WEEK TO FIND OUT WHAT IS WRONG WITH HER..........ADVISED EE NO ONE AT AUSHC WOULD SUBMIT THAT INFO............KMISENTIDSR

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Carr, Russ | 04/26/2002 |
| Note | | |

LATE ENTRY FROM 03 54PM AS DSR AND NCM WERE INN CLAIM....  TCF EE...TRANSFERRED TO NCM...RCARRDSR

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Chrostowski, Anne | 04/26/2002 |
| Note | | |

AETNA CONFIDENTIAL

ADMIN REL 0150

## eTUMS Event Profile Report – Disability

AETNA CONFIDENTIAL

Name: LABRANCHE, KELLEY A.

Date Printed: Wed May 25 09:15:59 EDT 2005

ID: 0017620959

received to from ee. denial of claim explained to ee and reason why denial as work issues with job location transfers are not addressed by std. ee offers she also has health problems and is on medication and cannot work. ncm advised ee to have therapist and physician prescribing medication fax office notes and initial mental health assessment form from time period of fda to ncm for possible reconsideration, gave fax #. ee offers she has not seen MD in a while, has been on and off medications in past. ee does not want her pay affected and will give information to therapist on monday with her session to send notes. ee can check with rep to see if anything has been rec'd but ncm will not make decision to uphold or overturn denial same day information is rec'd. ee ? concerns if therapist or md do not have records. ee has 180 days from today to provide clinical information. verbalizes agreement and understanding of process and why claim denied. anne chrostowski,lpn

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Chrostowski, Anne | 04/26/2002 |
| Note | | |
| no vm left by ee (note from dsr). anne chrostowski,lpn | | |

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Snow, Annie | 04/26/2002 |
| Note | | |
| ****************ADDENDUM ................ADVISED EE CLAIM IS DENIED.....ANNIE SNOW DSR | | |

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Snow, Annie | 04/26/2002 |
| Note | | |
| TCF EE KELLEY A. LABRANCHE RTC CALL TO NCM .....ADVISED EE NCM NOT AVAIL ...TRAN X CALL TO NCM VM ...A. CHROSTOWSKI ......ANNIE SNOW DSR | | |

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Chrostowski, Anne | 04/26/2002 |
| Note | | |
| tct aristia ninos, er. left vm with name and 800#. claim with fda 4–12 denied, ee has been left vm. anne chrostowski,lpn | | |

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Clinical Information | Chrostowski, Anne | 04/26/2002 |
| Note | | |
| *** cert decision. doi 4–12–02. claim denied for insufficient objective information, ee having work issues, therapist said ee could do job in different location with different supervisors, has union and EAP involvement for job location transfer. db 451–no. to ca for initial denial ndd to ee and aristia ninos er. anne chrostowski,lpn***. #34 NO INFORMATION RECEIVED The plan provides that a disability period will be certified only if Aetna determines that due to an illness or off duty injury, you are disabled from working. Aetna has not certified your disability because we have not been provided with clinical information to establish that you are disabled/ Section 6(10) & Section 4(1). | | |

AETNA CONFIDENTIAL

ADMIN REL 0151

## eTUMS Event Profile Report – Disability

AETNA CONFIDENTIAL

Name: LABRANCHE, KELLEY A.

Date Printed: Wed May 25 09:15:59 EDT 2005

ID: 0017620959

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Chrostowski, Anne | 04/26/2002 |

**Note**

tct ee. left vm with name and 800#. asked that she call. ncm attempted to let ee know claim wtds fda 4–12 denied, put call thru to ncm for explanation. anne chrostowski,lpn

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Nurse Review – Verbal | Chrostowski, Anne | 04/26/2002 |

**Note**

claim and clinical discussed with s. delvecchio bh TL. in agreement with ncm to deny claim. ee could provide initial mental health assessment and office notes for possible reconsideration from therapist and medication prescribing MD. therapist told ncm ee could do job in different location with different supervisor, union and EAP involved with work issues. anne chrostowski,lpn

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Status | Daniels, Sonya | 04/24/2002 |

**Note**

TCF EE, CHECKING STATUS OF CLAIM....INFORMED EE NCM RCV CLINCIAL TODAY 04/24/02 AND CURRENTLY REVIEWING AND NCMWILL CALL WITH DETETMINATION....SDANIELS

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Clinical Information | Chrostowski, Anne | 04/24/2002 |

**Note**

received tc from sandra chinancola llc sw. office 6 melville street, worcester ma 01605, tax #015547128. has information ncm asked for. ee is using union and EAP appropriately and therapist feeling is that union needs to find ee new job in a different location. therapist is aware that this is not a std issue and ncm would not be involved. ncm ? ee be able to do job in admin assistant in different location with different supervisor, yes. offers that ee is also exhibiting sleep disturbance and is on medication, does not have chart with her but believes it is lorazepam, axis V–51, ee is hypervigilant. ncm ? ee able to do ADLs, offers baseline has decreased, unable to tend to tasks, not completing all ADL activities, last visit ee was clean but disheveled. artw unknown at this time. anne chrostowski,lpn

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Clinical Information | Chrostowski, Anne | 04/24/2002 |

**Note**

tct sandra chiancola, clinician. left vm with name and 800#. ncm rec'd vm, however more information is needed. ncm still needs spelling of clinician's name, address and tax id#, ee artw status if known, ncm ? what is going to change when ee rtw, ? does ee have union/EAP involved, can leave vm but information is needed.. anne chrostowski,lpn

| Subject | Prepared By | Date Prepared |
|---|---|---|
| Clinical Information | Chrostowski, Anne | 04/24/2002 |

AETNA CONFIDENTIAL

ADMIN REL 0152

## eTUMS Event Profile Report – Disability

**AETNA CONFIDENTIAL**

Date Printed: Wed May 25 09:15:59 EDT 2005

Name: LABRANCHE, KELLEY A.

ID: 0017620959

| Note |
|------|
| received vm from sandy chiancola. clinician in worcester ma. .ee is currently involved in psychotherapy biweekly, her dx includes 296.2, 300.2 and a recent dx of 308.3 subacute stress disorder x two weeks now. symptoms associated with ee dx subacute stress disorder include derealization, states of anxiety, avoidance of stimuli associated with the trauma, panic symptoms, numbing and detachment. ee struggles with ongoing depression as well as generalized anxiety symptoms including worthlessness, decreased pleasure in activities that brought pleasure, depressed mood most of the time, irritibility, anxious racing thoughts associated with generalized anxiety disorder. symptom duration for depression and generalized anxiety has been about a year and half now, the subacute stress disorder is actually in response to a work related situation that was manipulative in abuse of managerial power thru unfair practices in terms of time off. if more information is needed call 508–854–0642. anne chrostowski,lpn |

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| Clinical Information | Chrostowski, Anne | 04/23/2002 |

| Note |
|------|
| tct sandra chincola 508–854–0642. left detailed vm with name and 800#. asked that she call with dx, symptoms preventing work as admin asst, treatment plan, artw if known or followup appt, information needed by 4–26 to process claim, fda 4–12, also asked that she confirm spelling of her last name and tax id#, what her specialty is, can leave vm but information needed, ee paycheck dependent on clinical being returned. anne chrostowski,lpn |

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| Clinical Information | Koonce, June | 04/22/2002 |

| Note |
|------|
| ******Initial call to ap . for dci 04–12–02..AP SANDRA CHIANCOLA @ : 508–854–0642 ... JUNE KOONCE DSR   reach vm ..left vmm to rtc to ncm Elizabeth Cain .. or cb with fax # ...june koonce dsr |

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| New Case Intake | Koonce, June | 04/22/2002 |

| Note |
|------|
| EE 3PT · EE NAME KELLY A. LABRANCHE · & SS# 017–62–0959 .FDA: 04–15–02 LDW : 04–11–02 ADDRESS: 220 PROVIDENCE RD UNIT 109 SOUTH GRAFTON MASS 01609 EE PHONE #: 508–612–9780 OK TO LEAVE MESSAGE: YES JOB TITLE: ADM. ASST HOURS 8:43PM 5 /WEEK, OT–NO AP NAME SANDRA CHIANCOLA & PHONE: 508–854–0642 AP FAX #: N/A AP ADDRESS: 6 MILL VILLE RD WORCESTER MASS ARTW: N/A Last OV : 04–18–02   Next OV NOT SCHEDULED:          ADVISED OF ROI?: YES  ADVISED EE THAT AETNA WILL NEED WRITTEN PERMISSION FROM EE TO SPEAK TO FAMILY MEMEBER IF FAMILY MEMBER IS GOING TO CALL TO INQUIRE ON CLAIM ADVISED OF MDIS YES & DRUE YES ..... NCM : ANNE CHROSTOWSKI DSR : JUNE KOONCE |

| Subject | Prepared By | Date Prepared |
|---------|-------------|---------------|
| Status | Small–Miller, Linette | 04/19/2002 |

| Note |
|------|
| PREVIOUS INTAKE INFO SHOWS ***NEW TELEPHONIC**** CLAIM....THIS IS A ****NON–SUCCESSIVE**** CLAIM. L.SMALL–MILLER,DSR |

**AETNA CONFIDENTIAL**

**eTUMS Event Profile Report — Disability**

AETNA CONFIDENTIAL

Name: LABRANCHE, KELLEY A.

Date Printed: Wed May 25 09:15:59 EDT 2005

ID: 0017620959

ADMIN REL 0153

| Subject | Prepared By | Date Prepared |
|---|---|---|
| New Case Intake | Small–Miller, Linette | 04/19/2002 |

**Note**

TCF ER ARISTIA NINOS TO REPORT NEW TELEPHONIC INTAKE FOR DCI 04/12/2002 ON 04/19/2002 AT 3:16 PM   EE'S NAME: KELLEY LABRANCHE  EE'S SSN: 017620959   SUPERVISORS NAME & TITLE: ARISTIA NINOS, DESIGN ADMINISTRATOR  PHONE NUMBER: (508) 795–3173  CELL OR PAGER (IF APPLICABLE) N/A   NAME OF PERSON TO RECEIVE DISABILITY NOTICE: ARISTIA NINOS  MAILING ADDRESS: 15 CHESTNUT  STREET, 6TH FLOOR, WORCESTER, MA 01609   EMPLOYEE'S JOB TITLE: ADMIN.ASST  EE PHONE: 508 612 9780  EE ADDRESS: 220 PROVIDENCE ROAD, SOUTH GRAFTON, MA  01560   FIRST DAY ABSENT:  04/12/2002  LAST DAY WORKED: 04/11/2002  HAS EE RETURNED TO WORK YET? NO    DATE:    WITH RESTRICTIONS?    ADVISED ER THAT IF NO INFORMATION RECEIVED AFTER 5 BUSINESS DAYS, NURSE CASE MANAGER WILL CONTACT WHEN DETERMINATION IS MADE....YES    L. SMALL–MILLER,DSR

AETNA CONFIDENTIAL