UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-40064-FDS

_____
                                       )
Kelly Labranche Urella                 )
                                       )
    Plaintiff,                         )
                                       )
v.                                     )
                                       )
Verizon Employee Benefits Committee, et al. )
                                       )
    Defendants.                        )
_____)

**STIPULATION OF DISMISSAL OF METROPOLITAN LIFE INSURANCE COMPANY WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff, Kelly Labranche Urella, and defendants,* Metropolitan Life Insurance Company, Verizon Employee Benefits Committee, Chairperson of the Verizon Employee Benefits Committee, and Verizon Claims Review Committee hereby stipulate that all claims against defendant Metropolitan Life

---

* Defendant Aetna Life Insurance Company was previously dismissed from this action by order dated December 29, 2005.

Insurance Company be dismissed with prejudice, with all parties to bear their own attorneys' fees and costs, and with rights of appeal waived.

<table>
<tr><td>

KELLY LABRANCHE URELLA
By her attorney,

/s/ John K. McGuire
per tel. authorization 5/05/06
_____

John K. McGuire, Jr.  BBO #335030
MCGUIRE & MCGUIRE
45 Linden Street
Worcester, MA  01609
(508) 754-3291

</td><td>

METROPOLITAN LIFE INSURANCE
COMPANY
By its attorneys,

/s/ Constance M. McGrane
_____

James F. Kavanaugh, Jr.  BBO #262360
Constance M. McGrane  BBO #655178
CONN KAVANAUGH ROSENTHAL
  PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA  02109
(617) 482-8200

</td></tr>
</table>

VERIZON EMPLOYEE BENEFITS
COMMITTEE, CHAIRPERSON OF THE
VERIZON EMPLOYEE BENEFITS
COMMITTEE, and VERIZON CLAIMS
REVIEW COMMITTEE
By their attorney,

/s/ Windy L. Rosebush
per tel. authorization  4/25/06
_____

Windy L. Rosebush  BBO #636962
EDWARDS ANGELL PALMER
  & DODGE, LLP
111 Huntington Avenue
Boston, MA  02199
(617) 239-0100

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing on May 5, 2006.

/s/ Constance M. McGrane
Constance M. McGrane, Esq.

251418.1