UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Urella,
          Plaintiff(s),

    V.

CIVIL ACTION

NO. 05-40064-FDS

Verizon Employee Benefits Committee.,
          Defendant(s),

SETTLEMENT ORDER OF DISMISSAL

Saylor, D. J.

    The Court having been advised on ___July 31, 2006___ that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

___August 1, 2006___　　　　　　　　　　/s/ Martin Castles
      Date　　　　　　　　　　　　　　　　　Deputy Clerk